UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL CONFERENCE
Courtroom 840

BEFORE: GARY R. BROWN
U.S. DISTRICT JUDGE

DATE: 7/29/2020
TIME: 12:00

CASE: 16-CV-5760; 18-CV-4397; 18-CV-6453; 19-CV-942; 19-CV-4381; 20-CV-511
In re: Northrup Grumman Corporation Litigation

APPEARANCES: Plaintiff: Paul Napoli, Nichlas Rigano (18cv 6453)

Defendant: Grant Esposito -NGC, Peter Tamigi -Town

COURT REPORTER/FTR#:12:04-1:13   AT&T Conference

**THE FOLLOWING RULINGS WERE MADE:**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 29 2020 ★
LONG ISLAND OFFICE

X   Other: Discovery issued discussed. Status letter due within 30 days. Status conference set for 9/30/2020 at 11:30 a.m.

To obtain a copy of the transcript counsel should contact ESR Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.