

August 5, 2020

**Via ECF**

Hon. Gary R. Brown
District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722-4451

Re: *Romano v. Northrop Grumman Corp. et al.*, No. 16-cv-5760 ("*Romano*")
*Ackerman v. Northrop Grumman Corp.*, No. 18-cv-4397 ("*Ackerman*")
*Ackerson v. Northrop Grumman Corp.*, No. 19-cv-942 ("*Ackerson*")
*Ball v. Northrop Grumman Corp.*, No. 19-cv-4381 ("*Ball*")
*Cammarata v. Northrop Grumman Corp.*, No. 20-cv-0511 ("*Cammarata*")

Dear Judge Brown:

      We represent the Plaintiffs in the above referenced actions. Pursuant to the Court's request at the conference held on July 29, 2020, we write to advise Your Honor of several cases filed by other parties against the Northrop Grumman defendants. Below is the list of actions and their status.

      Respectfully submitted,

      NAPOLI SHKOLNIK PLLC
      *Counsel for Plaintiffs*

      By: /s/ Paul Napoli
           Paul Napoli

      360 Lexington Avenue, 11th Floor
      New York, New York 10017
      Telephone: (212) 397-1000
      Email: pnapoli@nsprlaw.com

Cc: All Counsel of Record via ECF

| CASE NO. | COURT | JUDGES | PLAINTIFFS | DEFENDANTS | NATURE OF ACTION | CURRENT STATUS |
|---|---|---|---|---|---|---|
| 2:05-cv-01945-JMA-AKT | United States District Court Eastern District of New York | Judge Joan M. Azrack Magistrate Judge A. Kathleen Tomlinson | **Town of Oyster Bay** | **Northrop Grumman Systems Corporation;** The United States Navy; the United States | Cost recovery for Town's cleanup at Bethpage Community Park | ORDER re 155 Status Report filed by Town of Oyster Bay, New York A further status report is due by 8/18/2020. Ordered by Judge Joan M. Azrack on 5/19/2020. |
| 2:16-cv-03652-ENV-ST | U.S. District Court Eastern District of New York | Judge Eric N. Vitaliano Magistrate Judge Steven Tiscione | **Town of Hempstead** | United States of America; Department of the Navy; **Northrop Grumman Corporation; Northrop Grumman Systems Corporation;** Covestro, LLC, Bayer Corporation; Occidental Chemical Corporation; | Contamination of the Town's public water supply wells in Levittown | ORDER re 127 Letter filed by Town of Hempstead: The proposed discovery extension will be discussed at the conference scheduled for August 10th. So Ordered by Magistrate Judge Steven Tiscione on 7/29/2020. |
| 1:16-cv-08778-LGS | United States District Court Southern District of New York / US. District Court of Appeals | Judge Lorna G. Schofield Magistrate Judge Frank Maas | **Travelers Indemnity Co. et al.** | **Northrop Grumman Corp, et al.,** and Century Indemnity Co, eventual successor in interest to Insurance Co. of North America | Litigation over insurance coverage | Summary judgment on coverage issues being briefed |
| 2:13-cv-06362-SJF-AYS | U.S. District Court Eastern District of New York | Judge Sandra J. Feuerstein Magistrate Judge Anne Y. Shields | **Bethpage Water District** | **Northrop Grumman Corporation and Northrop Grumman Systems Corporation,** | Contamination of District's public water supply wells | Closed |
| 16-2592-CV | United States Court of Appeals for the Second Circuit | Chin, Droney, Restani | **Bethpage Water District** | **Northrop Grumman Corporation, Northrop Grumman Systems Corporation** | Appeal from dismissal of above action on statute of limitations grounds | Closed 4/27/18 Judgment affirmed |
| 2:19-cv-01348-NG-RLM | U.S. District Court Eastern District of New York | Judge Nina Gershon Chief Mag. Judge Roanne L. Mann | **Bethpage Water District** | The Dow Chemical Company; Ferro Corporation; Vulcan Materials Company; **Northrop Grumman Corporation; Northrop Grumman Corporation** | Contamination of District's public water supply wells with 1,4-Dioxane | 11/25/2019 Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41 (a)(1)(A)(i) without prejudice against the defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation. |
| 2:19-cv-01404-NG-RLM | U.S. District Court Eastern District of New York | Judge Nina Gershon Chief Mag. Judge Roanne L. Mann | **South Farmingdale Water District** | The Dow Chemical Company, Ferro Corporation; Vulcan Materials Company; **Northrop Grumman Corporation; Northrop Grumman Corporation** | Contamination of District's public water supply wells with 1,4-Dioxane | 11/25/2019 Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41 (a)(1)(A)(i) without prejudice against the defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation. |