| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>Courtroom 940 |
| BEFORE: GARY R. BROWN<br>         U.S. DISTRICT JUDGE | DATE: 12/3/2020<br>TIME:  10:00 |

CASE: 16-CV-5760; 18-CV-4397; 18-CV-6453; 19-CV-942; 19-CV-4381; and 20-CV-511
In re: Northrup Grumman Water District Cases

APPEARANCES:     Plaintiff: Peter Napoli
.
                 Defendant:    Grant Esposito, Peter Tamigi

FTR#:10:03-10:52

**THE FOLLOWING RULINGS WERE MADE:**


X     Other: Discovery Rulings made on the record. Matter referred to Magistrate Judge Lindsay for any further disputes.  Parties will start the process for class action certification.


To obtain a copy of the transcript counsel should contact ESR Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.