United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

　　2:21　　CV　00415 (JS)(ARL)　　

1) indicated that this case is related to the following case(s):

　　2:16　　　CV　05760 (GRB)(ARL)
　　2:18　　　CV　04397 (GRB)(ARL)
　　2:18　　　CV　06453 (GRB)(ARL)
　　2:19　　　CV　00942 (GRB)(ARL)
　　2:19　　　CV　04381 (GRB)(ARL)
　　2:20　　　CV　00511 (GRB)(ARL)

2)　　was directly assigned as a Pro Se case related to