UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*IN RE: Romano v. Northrop Grumman Corp. et al.*, No. 16-cv-5760 *and Related Cases*

## JOINT SUBMISSION REGARDING PHASE I DISCOVERY AND REQUEST FOR ADJOURNMENT AND EXTENSION OF TIME

Dear Judge Brown and Magistrate Judge Lindsay:

The parties submit this letter to the Court requesting a brief adjournment of the current class certification discovery and briefing deadlines. The Court had set September 1, 2021 as the date for the commencement of motion practice for class action certification. (*See* Order dated December 4, 2020.) Subsequently, Magistrate Judge Lindsay accepted the parties' proposed deadlines for Phase I discovery (ECF No. 126) and set additional deadlines for discovery and briefing of Plaintiffs' Rule 23 motion (ECF No. 127). The parties have continued to meet and confer regarding the completion of Phase I discovery in advance of the August 30, 2021 conference before Magistrate Judge Lindsay and the submission of Plaintiffs' motion, and have resolved all Phase I discovery disputes. The Parties jointly and respectfully submit for the Court's approval the following stipulation and proposed modification of the Court's August 19, 2021 scheduling Order (ECF No. 127). The parties hereby withdraw their request for the August 30, 2021 conference, which can be canceled.

## [PROPOSED] STIPULATION

1. The parties have met and conferred regarding Phase I class certification discovery and have resolved all discovery disputes that were or could have been raised, including those submitted to Your Honor in the August 5, 2021 Joint Submission (ECF No. 135).

2. Plaintiffs withdraw their notice and intent to depose Mike Wolfert during Phase I. Instead, Plaintiffs will depose Fred Weber regarding Phase I class certification issues no later than September 30, 2021, and questioning will conform to the Court's prior orders as to the scope of Phase I.

3. The parties will confer to schedule depositions of the remaining proposed class representatives William Glueckert, Patricia Glueckert, and John Schlosser, to be completed by September 10, 2021. If a putative class representative's deposition is not held by that date, s/he will be withdrawn as a class representative. Plaintiffs have withdrawn as proposed class representatives Daniel Gallante, Florence Raucci, and Thomas Nucci.

4. The parties respectfully request that the Court enter these dates to complete Phase I:

| Event | Existing Deadline | [Proposed] Deadline |
|---|---|---|
| Plaintiffs' identification of class certification experts, including | August 15, 2021 | September 2, 2021 |

| Event | Existing Deadline | [Proposed] Deadline |
|---|---|---|
| disclosure of subject matter and summary of facts and opinions to which the expert is expected to testify | | |
| Service of Rule 23 motion and Plaintiffs' class certification expert reports | September 1, 2021 | October 29, 2021 |
| Defendants' identification of class certification experts, including disclosure of subject matter and summary of facts and opinions to which the expert is expected to testify | September 15, 2021 | November 12, 2021 |
| Defendants depose Plaintiffs' class certification experts | November 1, 2021 | January 21, 2022 |
| Service of Defendants' response to Plaintiffs' Rule 23 motion and Defendants' class certification expert reports | January 14, 2022 | April 29, 2022 |
| Plaintiffs depose Defendants' class certification experts | March 4, 2022 | June 10, 2022 |
| Plaintiffs serve reply brief to Rule 23 motion and rebuttal expert reports, and file the fully briefed motion | April 4, 2022 | July 11, 2022 |

5. The parties reserve all rights regarding the scope and timing of Phase II merits discovery, to be determined after resolution of Plaintiffs' motion for class certification.

NAPOLI SHKOLNIK

By: /s/ Lilia Factor
Lilia Factor

400 Broadhollow Rd.
Melville, NY 11747
Telephone: (212) 397-1000
lfactor@napolilaw.com;

Paul Napoli
Email: pnapoli@nsprlaw.com

ENVIRONMENTAL LITIGATION GROUP, PC
Gregory A. Cade
Greg Anderson
Kevin B. McKie
2160 Highland Avenue South
Birmingham, AL 35205
Telephone: (205) 328-9200
email: GregC@elglaw.com;
gary@elglaw.com; kmckie@elglaw.com

*Counsel for Plaintiffs*

MORRISON & FOERSTER LLP

By: /s/ Katie Viggiani
Jessica Kaufman
Katie L. Viggiani

250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: jkaufman@mofo.com;
kviggiani@mofo.com

*Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation*