United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**22-CV-00285-AMD-ARL**

1) indicated that this case is related to the following case(s):

16 CV 05760 (GRB)(ST)
18 CV 04397 (GRB)(ST)
18 CV 06453 (GRB)(ARL)
19 CV 00942 (GRB)(ST)
19 CV 04381 (GRB)(ST)
20 CV 00511 (GRB)(AKT)
21 CV 00415 (GRB)(ST)
21 CV 04426 (GRB)(ARL)