UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROSALIE ROMANO; PATRICIA GLUECKERT, individually and on behalf of the Estate of WILLIAM G. GLUECKERT; WILLIAM P. GLUECKERT; JAYNE MANN; ROSS MEADOW and ARLENE MEADOW; JACOB KHOLODNY and BELLA KHOLODNY; FLO RAUCCI, individually and on behalf of the Estate of SALVATORE RAUCCI; DANIEL GALLANTE and JENNIFER GALLANTE; TERESA MEADE, DONALD LAGOMARSINO, SCOTT RUST, LAURIE FRANKS, THOMAS NUCCI, CHRISTOPHER BLADES, DAWN CIRINO-SAMBADE, MARY ELLEN GINTY, JOHN SCHLOSSER, individually and on behalf of all others similarly situated; and DENISE FLORIO; MARYANN HERBERT; CHRISTINA ANDREWS-SALES; CHRISTOPHER CAGNA; JACKIE LIEBERMAN; CATHERINE LEWONKA; EUGENE CONNOLLY; VIVIANE BLICKENSDERFER; DANA BLICKENSDERFER; GLENN FALINO and MARCIA FALINO; individually, | Case No: 16-cv-5760 GRB-ST |
| Plaintiffs, | |
| vs. | |
| NORTHROP GRUMMAN CORPORATION; NORTHROP GRUMMAN SYSTEMS CORPORATION | |
| Defendants. | |

---

**DECLARATION OF ROBERT GITELMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE MOTION TO EXCLUDE THE OPINIONS OF W. RICHARD LATON**

I, Robert Gitelman, submit this declaration, pursuant to the Court Order dated December 2, 2023, along with the exhibit annexed hereto, in further support of Plaintiff's Opposition to Motion to Exclude the Opinions of W. Richard Laton.

1) Attached hereto as Plaintiffs' Supplemental Exhibit are true and correct copies of the excerpts from Defendant's expert Dr. Nathan Epler August 2, 2022 Deposition Testimony cited to in Plaintiffs Opposition to Motion to Exclude.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Melville, New York
December 4, 2023

Respectfully submitted,

*Counsel for Plaintiffs and
the Proposed Classes*

NAPOLI SHKOLNIK

By:  */s/ Robert Gitelmanp*

Robert Gitelman
400 Broadhollow Rd.
Melville, NY 11747
Telephone: (212) 397-1000
rgitelman@napolilaw.com

Paul J. Napoli, Esq.
NS PR LAW SERVICES LLC
1302 Avenida Ponce de Leon
San Juan PR  00907-3982
Tel. (787) 493-5088
PNapoli@NSPRLaw.com


ENVIRONMENTAL LITIGATION
GROUP, PC
Gregory A. Cade
Greg Anderson
Kevin B. McKie
2160  Highland  Avenue South
Birmingham, AL 35205
Telephone: (205) 328-9200
email:
GregC@elglaw.com
gary@elglaw.com
kmckie@elglaw.com