**SUPPLEMENTAL EXHBIT TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF W. RICHARD LATON**

**Excerpts From Deposition of Dr. Epler August 2, 2022 Testimony Used in Plaintiff's MOL in Opposition to Motion to Exclude the Opinions of Dr. W. Richard Laton**

1      IN THE UNITED STATES DISTRICT COURT
2     FOR THE EASTERN DISTRICT OF NEW YORK
3                  -   -   -
4

ROSALIE ROMANO, et       :
5    al.,                    :
          Plaintiffs,       :   Case No:
6                            :   16-cv-5760
          v.                :
7                            :
NORTHROP GRUMMAN          :
8    CORPORATION; NORTHROP   :
GRUMMAN SYSTEMS          :
9    CORPORATION,            :
          Defendants.       :
10

11                 -   -   -
12             August 2, 2022
13                 -   -   -
14

15           Remote videotape deposition
of NATHAN EPLER, Ph.D., P.G., LEP,
16   conducted at the location of the witness
in Islandia, New York, commencing at
17   10:00 a.m., on the above date, before
Kimberly A. Cahill, a Federally Approved
18   Registered Merit Reporter, Certified
Court Reporter, and Notary Public.
19

20

                   -   -   -
21

22        GOLKOW LITIGATION SERVICES
     877.370.3377 ph | 917.591.5672 fax
23            deps@golkow.com
24

```
 1   APPEARANCES:
 2
 3       NAPOLI SHKOLNIK, PLLC
         BY:  ROBERT GITELMAN, ESQUIRE
 4       BY:  LILIA FACTOR, ESQUIRE
         400 Broadhollow Road
 5       Melville, New York  11747
         (212) 397-1000
 6       rgitelman@napolilaw.com
         lfactor@napolilaw.com
 7       Representing the Plaintiffs
 8
         ENVIRONMENTAL LITIGATION GROUP, P.C.
 9       BY:  GARY ANDERSON, ESQUIRE
         BY:  KEVIN McKIE, ESQUIRE
10       2160 Highland Avenue South
         Birmingham, Alabama  35205
11       (205) 328-9200
         gary@elglaw.com
12       kmckie@elglaw.com
         Representing the Plaintiffs
13
14       HOLLINGSWORTH, LLP
         BY:  MARK A. MILLER, ESQUIRE
15       BY:  PETER CHATTRABHUTI, ESQUIRE
         1350 I Street N.W.
16       Washington, D.C.  20005
         (202) 898-5800
17       mmiller@hollingsworthllp.com
         pchattrabhuti@hollingsworthllp.com
18       Representing the Defendants
19
         MORRISON FOERSTER, LLP
20       BY:  ROBERT J. BAEHR, ESQUIRE
         250 West 55th Street
21       New York, New York  10019-9601
         (212) 468-7900
22       rbaehr@mofo.com
         Representing the Defendants
23
24
```

**Dr. Epler August 2, 2022, Deposition Transcript Excerpts**

# Pages 139 – 140

1           objection to form.  You can

2           answer.

3                 THE WITNESS:  Okay.

4                 I've worked on several

5           large-scale projects, as my

6           industry would define them, large

7           industrial Superfund sites,

8           high-profile sites that are in the

9           public view, some of them, you

10          know, hundreds of acres, involving

11          Fortune 500 corporations.

12                So, yes, I would consider

13          that I've worked on several very

14          large, high-profile projects.

15   BY MR. GITELMAN:

16          Q.    So just general question,

17   not specifically to this site or any

18   other site.  So when you're trying to

19   assess environmental impact of

20   contamination, an industrial site or

21   large-scale environmental project, would

22   you -- if you come aboard, would you look

23   at the history of the site?

24          A.    Inasmuch as that history

1    exists in previous reports, it would

2    probably be the first thing that I would

3    do.

4         Q.    Would you also look at --

5    you would also look at history of

6    operations at the site; correct?

7         A.    Inasmuch as that history

8    exists and it's relevant to what I am

9    tasked to do, yes.

10        Q.    And if you're dealing with,

11   let's say, groundwater plume, you would

12   also looked at chemicals used at the

13   facility; correct?

14        A.    Could you clarify or

15   rephrase the question?  I can't answer it

16   as asked.

17        Q.    I'm sorry?

18        A.    I can't answer it as asked.

19   It's too vague.

20        Q.    Okay.  So if you're looking

21   -- if you working on large-scale

22   environmental project where you have

23   groundwater contamination plume and you

24   have to investigate that plume, would you

**Dr. Epler August 2, 2022, Deposition Transcript Excerpts**

# Page 143

Nathan Epler, Ph.D., P.G., LEP

```
1    and extent of site contamination or
2    releases or anything like that.  I just
3    know what I need to do to engineer a
4    solution.
5         Q.    Fair enough.  If one of your
6    tasks would be determining where the
7    pollution originated from, would you need
8    to know -- would you look at the history
9    of chemicals disposed at the site?
10        A.    Yes.
11        Q.    Would you look at -- if
12   you're investigating the plume, would you
13   look at the environmental disposal
14   practices at the site?
15             MR. MILLER:  Objection to
16        form.
17             THE WITNESS:  It depends on
18        what I was tasked to do.  I'm not
19        trying to be difficult.  I'm just
20        saying that I've worked on large
21        contaminant plumes without knowing
22        anything about the history of
23        disposal or sources for many
24        years.
```

**Dr. Epler August 2, 2022, Deposition Transcript Excerpts**

# Pages 165 - 167

1          background of opinions -- page 3

2          of the actual report.  It's page 5

3          -- go back a page -- background of

4          Dr. Laton's opinions.

5   BY MR. GITELMAN:

6          Q.    The second paragraph reads:

7   Dr. Laton's methodology used to propose

8   the property damage class boundary which

9   was to be based on vapor intrusion (VI)

10  risk is flawed and not applicable to the

11  conditions in the proposed property

12  damage class area.

13              Do you see that?

14         A.    Yes.  Yes.

15         Q.    Do you agree that Dr. Laton

16  does not state in his report that he

17  calculated the actual vapor intrusion?

18         A.    To the best of my

19  recollection, he did not calculate

20  whether -- I'm sorry.  Your question is a

21  little vague.  You said calculate an

22  actual vapor intrusion, do you mean --

23  what do you mean by that?  Do you mean

24  concentration or --

1    Q.    Actual risk of vapor

2 intrusion.

3    A.    He did not calculate an

4 actual risk.

5    Q.    Would you agree that he

6 opined about the potential risk for vapor

7 intrusion in the proposed property damage

8 class area?

9         MR. MILLER:  Objection to

10       form.

11        THE WITNESS:  Yes, it's my

12       understanding that that was his

13       goal of this report.

14 BY MR. GITELMAN:

15    Q.    So your understanding of

16 this is that opinion of Dr. Laton that

17 you're rebutting in your report that Dr.

18 Laton proposed property damage class

19 boundary based on potential for vapor

20 intrusion from the contaminated

21 groundwater plume.  Right?

22        MR. MILLER:  Objection to

23       form.

24        THE WITNESS:  Could you

1       restate the question?

2           MR. GITELMAN:  Yes.

3  BY MR. GITELMAN:

4       Q.   So do you understand that

5  Dr. Laton proposed property damage class

6  area based on potential for vapor

7  intrusion from the contaminated

8  groundwater plume?

9         I'm not asking if you agree

10  with that.  I'm asking if that's your

11  understanding --

12       A.   Just taking time to think.

13       Q.   Okay.

14       A.   Yes, I would say in general

15  that it's my understanding that he based

16  his risk of vapor -- of potential risk of

17  vapor intrusion in the proposed property

18  damage class area based upon the extent

19  of impacted groundwater.

20       Q.   And in doing so, he used a

21  horizontal extent of groundwater plume as

22  far as delineated to 5 parts per billion

23  of TCE.  Right?

24       A.   Yes.

**Dr. Epler August 2, 2022, Deposition Transcript Excerpts**

# Pages 197 - 210

1    So throughout your rebuttal

2    report, you are saying that because there

3    is a layer of clean water, that vapor

4    intrusion is not possible; is that

5    accurate?

6         A.    Because there's a layer of

7    clean water, I think what I said was,

8    there is not a complete closure pathway.

9    I don't know if I used the word that it's

10   not possible.

11        I think I quoted regulatory

12   agencies with respect to what they said

13   about having a layer of clean water and

14   no source of the water table with respect

15   to --

16        Q.    How do you -- how do you

17   define clean water?

18        A.    In my business, clean water

19   is defined as not having contamination

20   above regulatory guidance values,

21   criteria, standards, or screening levels,

22   depending on the constituent of concern.

23        Q.    In this particular case, if

24   we're talking about TCE, what would you

Nathan Epler, Ph.D., P.G., CEP

1  define as clean water?

2          A.    In my industry, we would

3  define the water as -- we don't use the

4  word "clean," okay, that's not a

5  technical term.  So we wouldn't say clean

6  water.  We would say water that does not

7  contain TCE at or above the standard --

8  the drinking water standard, which is 5

9  micrograms per liter.

10              MR. GITELMAN:  Give me one

11         second.

12              (Pause.)

13              MR. GITELMAN:  Give me one

14         second, Dr. Epler.

15              THE WITNESS:  Sure.  Take

16         your time.

17              (Pause.)

18              MR. GITELMAN:  Dave, can you

19         pull up Dr. Epler's report?  It's

20         page 2 -- I mean Exhibit 2, page

21         10 -- page 13 of the PDF.

22  BY MR. GITELMAN:

23         Q.    So paragraph 6 says:  The

24  first detections of TCE beneath the

1    property damage class area are most often

2    overlain by groundwater with no detected

3    TCE or TCE at very low concentrations,

4    suggesting that a layer of clean

5    groundwater is present above the impacted

6    groundwater.

7                So you do refer to this

8    layer as a clean water in your report and

9    there are some other instances of that.

10               What do you mean by not

11   referring in your report to a clean

12   water?

13       A.    Okay.  You caught me on that

14   one.  I should have said a layer of

15   groundwater that is in compliance with

16   potable water standards, in retrospect.

17       Q.    You then go on on page 18,

18   page 21 of the report, the last

19   paragraph, you do say, second sentence:

20   If there is clean groundwater (i.e.,

21   groundwater with no VOCs detected) at the

22   water table interface and above a zone of

23   impacted groundwater -- sorry?

24       A.    Where are you reading?

1   Where are you reading?

2          Q.    Last paragraph.

3          A.    Okay.  So I qualify it with

4   no VOCs detected at the water table

5   interface, yes.

6          Q.    No VOCs detected, what do

7   you mean by no VOCs detected?

8          A.    That means exactly what it

9   says.  All laboratory methods have a

10  detection limit and typically that

11  detection limit has to be below the

12  standard, and so that means no VOCs were

13  detected at a level above the detection

14  limit.

15         Q.    And wouldn't you agree that,

16  first, detection level -- detection limit

17  is often depending on the amount of

18  sample, how a sample is collected, and

19  may not be related to the minimum level

20  required by the regulation?

21         A.    That can be the case,

22  especially when --

23         Q.    Do you -- Dr. Laton

24  opined -- in this particular case, the

1  TCE plume Dr. Laton uses is the plume

2  delineated to the 5 parts per billion of

3  TCE in groundwater; is that correct?

4       A.    I'm sorry.  I was coughing.

5  Could you repeat the question?  I

6  apologize.

7       Q.    No worries.  In Dr. Laton's

8  report, he use TCE plume in groundwater

9  as delineated to 5 parts per billion; is

10  that correct?

11       A.    You -- you have to -- that

12  question is vague and not clear, so if

13  you could rephrase it?

14       Q.    Dr. Laton in his report uses

15  the plume of TCE delineated to 5 parts

16  per billion; is that true?

17           (Pause.)

18           THE WITNESS:  I'm sorry.  I

19       can't answer that question as

20       asked.  Could you please rephrase

21       --

22           MR. GITELMAN:  Sure.

23  BY MR. GITELMAN:

24       Q.    If you go to page 3 of Dr.

1  Epler's report, page 6 of PDF, second

2  paragraph from the top -- it's not on the

3  one you were looking at -- Dr. Laton used

4  maps of contaminant plumes, including TCE

5  and other groundwater contaminants, from

6  Navy-Northrop Grumman and New York State

7  DEC.

8            It goes on to say -- Dr.

9  Laton also refers to the plume as mapped

10 in the 2019 AROD, which shows the area

11 that exceeds TCE groundwater standards of

12 5 parts per billion, or 5 milligrams per

13 liter.

14           Do you agree with that

15 statement?

16      A.   Yes.  I agree with that is

17 what he did.

18      Q.   Right.  So when we talked

19 about clean groundwater, you indicated or

20 intimated that clean groundwater refers

21 to the groundwater where TCE

22 concentration is below that standard; is

23 that accurate?

24           A.   Well, that's not my opinion.

1  That's what the regulators say.  And,

2  actually, you know, what I said about

3  clean before, that it is not a technical

4  term that we use on the street, was in

5  fact incorrect, because I saw that it was

6  used by the DOH in defining clean

7  groundwater above a plume.

8         So, yes, it would be correct

9  to say that --

10         Q.    So --

11         A.      -- our industry definition

12  of clean, it would be nondetect or below

13  the standard.

14         Q.    You keep referring to

15  industry standard.  Is there a codified

16  somewhere or is it the subject source

17  that you're referring to?  Is it your --

18  is it your opinion based on your

19  experience?

20         A.    Well, first of all, as I

21  said, I misspoke regarding the word

22  "clean."  And when I say standard

23  practice, it's based on my 32 years of

24  experience, yes.

1          Q.     And you misspoke it a few

2     times in your report as well, but moving

3     on --

4          A.     I'm sorry?

5          Q.     -- the standard for TCE is 5

6     parts per billion, right, for the drink

7     -- it's the drinking water standard; is

8     that correct?

9          A.     Yes.

10          Q.     In Dr. Laton's report, in

11     his opinion 17, he opines that there is a

12     potential for groundwater -- a potential

13     for vapor intrusion of TCE above the

14     screening level, and he calculates it to

15     be 1.12 parts per billion.  At least

16     that's what Dr. Laton's opinion is.

17     Right?

18          A.     That is his opinion.

19          Q.     I understand.  I'm not

20     asking you to agree with it.  I'm asking

21     you that's Dr. Laton's opinion.

22          A.     Yes, I'm agreeing that it's

23     his opinion as is written in his report.

24          Q.     Okay.  So if we look at Dr.

 1   Laton's opinion where he opines that

 2   groundwater concentration of 1.12 parts

 3   per billion could cause potential for

 4   vapor intrusion in subject -- in the

 5   property damage class area, that would

 6   fall into your definition of clean water.

 7            MR. MILLER:  Objection to

 8       form.

 9            MR. GITELMAN:  Even though

10       "clean" may not be the right term.

11            MR. MILLER:  Same objection.

12            MR. GITELMAN:  You can

13       answer.

14            THE WITNESS:  I don't recall

15       whether the 0.012 was a soil vapor

16       or groundwater concentration.

17       Either way, it was --

18            MR. GITELMAN:  Groundwater.

19            THE WITNESS:  Okay.  I don't

20       know where he came up with that

21       and that's incorrect.  So --

22   BY MR. GITELMAN:

23       Q.    It's probably going to go

24   faster if you listen to the question.

Nathan Epler, Ph.D., P.G., CEP

1    A.    Okay.

2    Q.    I understand that you -- I

3  understand you disagree with Dr. Laton's

4  opinion and his calculation.  My question

5  is that he calculate -- in his opinion,

6  opinion number 17 -- let's look at it.

7    A.    Yeah.

8         MR. GITELMAN:  Dave, can you

9    pull up Dr. Laton's report?  I

10   forgot what exhibit it was --

11   yeah, number 9 on your list.  Can

12   you scroll -- actually, it was in

13   Dr. Epler's report as well.  You

14   can use Dr. Epler's report so we

15   don't jump from one document to

16   another.

17        (Pause.)

18        THE VIDEO TECHNICIAN:  I

19   apologize.  Can we go off the

20   record for one second?

21        MR. GITELMAN:  Yes.

22        THE VIDEO TECHNICIAN:  We're

23   going to go off the record, 3:02

24   p.m.

Case 2:16-cv-05760-GRB-ST Document 163-1 Filed 12/04/23 Page 24 of 51 PageID #: 12480

```
 1                    -   -   -

 2              (A discussion off the record

 3         occurred.)

 4                    -   -   -

 5              THE VIDEO TECHNICIAN:  We're

 6         back on the record at 3:03 p.m.

 7              MR. GITELMAN:  Thank you.

 8    BY MR. GITELMAN:

 9         Q.    This is page 5 of your

10    report.  Number 17, which you -- like we

11    talked earlier, you labeled Dr. Laton's

12    opinion bullet points with numbers,

13    number 17, vapor intrusion:  The level of

14    TCE within the groundwater that would

15    pose a risk of overlying properties is

16    1.2 microgram per liter.  This level is

17    based on the USEPA attenuation factor of

18    .03 for groundwater.  To date, the TCE

19    plume has only been mapped to 5 parts per

20    billion, 5 micrograms per liter, which is

21    four times greater than the potential of

22    risk level, according to the USEPA.

23              And I submit to you that

24    there is a typo here as part of the
```

1   attenuation factor it's .001.

2          But this is Dr. Laton's

3   opinion that you're rebutting; is that

4   accurate?

5          A.    That is Dr. Laton's opinion.

6          Q.    And according to Dr. Laton,

7   your risk -- potential of risk of TCE

8   vapor intrusion lies when the groundwater

9   concentration is 1.2 micrograms per

10  liter; is that correct?  Is that what Dr.

11  Laton opined?

12         A.    That is what Dr. Laton

13  points out.  It's woefully correct.

14         Q.    I understand that you

15  disagree with Dr. Laton.

16         1.2 micrograms per liter is

17  less than 5 parts per billion and that

18  would fall into, quote, unquote, clean

19  water above the plume in your definition;

20  is that correct?

21         MR. MILLER:  Objection to

22     form.

23         (Pause.)

24         MR. GITELMAN:  In other

1    words -- let me rephrase it, Dr.

2    Epler.

3                THE WITNESS:  Yes, please.

4    BY MR. GITELMAN:

5        Q.    If the groundwater -- if the

6    groundwater at the water table was 1.2

7    micrograms per liter, you would consider

8    it as clean water; correct?

9        A.    I wouldn't consider it.  It

10   would fall under the definition of clean

11   based upon regulatory standards.  I'm not

12   making that determination.  The

13   determination is made by the regulators

14   and their standards.

15       Q.    But we're talking about

16   drinking water standard.  Right?

17       A.    Yes.

18       Q.    So under your definition --

19   under your definition as you follow the

20   regulators, if the groundwater -- if the

21   concentration of TCE in groundwater at

22   the groundwater table is 1.2 parts per

23   billion, would be considered clean water

24   under --

1    A.    Yes.

2    Q.    -- your view; correct?

3    A.    Yes.

4    Q.    What would you consider --

5  if the concentration at the groundwater

6  table was 14 parts per billion, would you

7  consider it clean water?

8    A.    I would consider that above

9  the drinking water standard.

10         MR. GITELMAN:  Okay.  Can we

11         go to -- I just want to show you a

12         few diagrams and one of them is

13         page 16 of Dr. Epler's report.

14         Dave?  Dave, we lost you.

15         Page 16?  Yes, this picture.

16  BY MR. GITELMAN:

17    Q.    In your report, on page 16

18  of your report, you reproduced a picture

19  from the EPA; is that correct?

20    A.    Yes.

21    Q.    And --

22    A.    Yes.

23    Q.    I'm sorry?

24    A.    Yes.

**Dr. Epler August 2, 2022, Deposition Transcript Excerpts**

# Pages 250 - 251

1          THE WITNESS:  Do I agree

2     that TCE is present in groundwater

3     under property damage class area,

4     is that your question?

5          MR. GITELMAN:  Yes.

6          (Pause.)

7          MR. GITELMAN:  Let me make

8     it simpler.  Do you agree that

9     there is VOCs including TCE --

10          THE WITNESS:  I was thinking

11     about the answer, but go ahead.

12  BY MR. GITELMAN:

13     Q.    Do you agree that there are

14  VOCs including TCE in the plume below --

15  in the plume delineated to 5 parts per

16  billion below the property damage class

17  area?

18          MR. MILLER:  Objection to

19     form.

20          THE WITNESS:  Yes, in most

21     cases, at least 50 to a hundred

22     feet and in most cases several

23     hundred feet below, yes.

24          MR. GITELMAN:  I understand.

1    Can you please answer the question

2    I ask?  If you want to clarify it,

3    you can say so.

4         But do you agree that VOCs

5    are in the plume; correct?

6         THE WITNESS:  I'd like to

7    clarify my answer then.  There are

8    VOCs below the house -- below the

9    homes, but that doesn't tell you

10   anything.

11   BY MR. GITELMAN:

12        Q.    Do you agree that vapors

13   have a route along which to migrate above

14   the groundwater table?

15        A.    Repeat the question, please?

16        Q.    Do you agree that vapors

17   have a route along which to migrate above

18   the water table in the property damage

19   class area?

20        A.    I can't answer that question

21   without more information.

22        Q.    Are you familiar with the --

23        A.    You have to look at it on a

24   site-specific basis before you can answer

**Dr. Epler August 2, 2022, Deposition Transcript Excerpts**

# Pages 346 - 365

1    TCE was present at the water

2    table, if so was the concentration

3    high enough to take into account a

4    generic attenuation factor as well

5    as the depth to the water table,

6    taking all those into account.

7    That's how I made my

8    determination.

9  BY MR. GITELMAN:

10    Q.    Where in your report do you

11  do any of this calculation?

12    A.    These are not --

13    Q.    You mentioned attenuation

14  factor.  What -- did you do any

15  calculations?

16    A.    No.  I obtained a generic --

17  since we do not have site-specific data

18  and I did not have access to

19  site-specific data, that is the purpose

20  of generic attenuation factors.

21    Q.    Okay.

22    A.    And I believe -- I believe I

23  cite in my report the generic attenuation

24  factor recommended by one of the guidance

1    documents.

2          Q.    Right.  And it was .001; is

3    that correct?

4          A.    That sounds right.

5          Q.    Once you looked at the

6    reference source -- and it's attenuation

7    factor groundwater to indoor air; is that

8    correct?

9                MR. MILLER:  Objection to

10         form.

11               THE WITNESS:  It might --

12         there are attenuation factors from

13         groundwater to the surface and

14         then there's attenuation factors

15         across the slab or basement.

16               I do not recall which this

17         was or this may just take

18         everything into account and be

19         from the water table to indoor

20         air.

21               MR. GITELMAN:  Just a

22         second.

23               Dave, can you pull Dr.

24         Laton's report?  Page 70 of PDF.

1           70, 7-0.

2    BY MR. GITELMAN:

3           Q.    Dr. Epler, table 10 in Dr.

4    Laton's report lists attenuation factors

5    from EPA 2015 OSWER from page 110.  We

6    can look up that document.

7                 Do you agree that this is an

8    accurate presentation of what OSWER

9    attenuation factors are?

10                MR. MILLER:  Object to the

11          form.

12                THE WITNESS:  Well, since I

13          think he got one wrong, I would

14          want to check these against the --

15                MR. GITELMAN:  Okay.  We'll

16          pull --

17                THE WITNESS:  Usually as

18          part of my due diligence, I would

19          check to make sure he got --

20                MR. GITELMAN:  I understand

21          that.  I stated earlier Dr. Laton

22          made a -- there was a typo in his

23          opinion, but here it says .01.

24                Dave, can you pull up OSWER

1        2015, page 110?  I think it's

2        referenced by Dr. Laton there?

3        110.

4                (Pause.)

5                THE VIDEO TECHNICIAN:  I'm

6        at page 98.  Do you want me to

7        scroll up to 110?

8                MR. GITELMAN:  Yes.  Yes.

9   BY MR. GITELMAN:

10       Q.     Table 6 Recommended Vapor

11  Attenuation Factors for Risk-Based

12  Screening of the Vapor Intrusion Pathway,

13  do you see that?

14       A.     Yes.

15       Q.     And it says:  Groundwater --

16  the first one, sampling medium:

17  Groundwater - generic value except for

18  shallow water tables less than 5 feet

19  below foundation, the presence of

20  preferential vapor migration in vadose

21  zone soils.

22              Do you see that?

23       A.     Yes.

24       Q.     And attenuation factor is

Nathan Epler, Ph.D., P.G., LEP

1    .001.

2         A.    Okay.

3         Q.    So that's attenuation factor

4    that's in groundwater and soil vapor.

5    Would you agree with that?

6              MR. MILLER:  Objection to

7         form.

8    BY MR. GITELMAN:

9         Q.    How do you use this -- go

10   ahead.  You didn't answer.

11        A.    I use it in my report just

12   to point out that his attenuation factor

13   was incorrect.

14        Q.    Dr. Epler, is this the

15   correct attenuation factor .001?

16        A.    This is his -- where is this

17   from?

18        Q.    2015 OSWER report.

19        A.    Oh, this is OSWER.  Okay.

20   So then, yes, OSWER probably got it

21   right, yes.

22        Q.    OSWER got it right.  Okay.

23   What do you do then in your -- in your

24   report, you mention generic attenuation

Nathan Epler, Ph.D., P.G., CEP

1    factor of .001.  What did you -- you

2    didn't do any calculations with that --

3    what did you do with that in rendering

4    your opinion?

5              MR. MILLER:  Object to form.

6              THE WITNESS:  I believe what

7         you would do is multiply the

8         concentration at the water table

9         by that attenuation factor to give

10        an estimate at a screening level

11        of what you may have in indoor

12        air.

13   BY MR. GITELMAN:

14        Q.    And concentrations at water

15   table, it is your interpretation of the

16   guidance; correct?

17        A.    Yes.

18              MR. GITELMAN:  So remember

19        the table we looked at, RSL

20        standards, and we looked at --

21        specifically for -- one for

22        dioxane.  If we'll look at that

23        exhibit, there is a number there

24        for TCE.

Nathan Epler, Ph.D., P.G., CEP

1            Dave, can you pull up that?

2        It was one of the first exhibits?

3        Regional screening levels?

4                (Pause.)

5                MR. GITELMAN:  Number 8.

6                Go to page 10.

7    BY MR. GITELMAN:

8        Q.    Do you see trichloro --

9    trichloroethylene?  We looked at it

10   earlier.  These are resident ambient air

11   tables, target with concentrations.

12                Do you remember that, Dr.

13   Epler?

14       A.    Yes, I remember, but I think

15   you have to scroll down to get to TCE.

16       Q.    Yeah, TCE --

17       A.    It's right there,

18   trichloroethylene, okay.

19       Q.    Stop.

20       A.    Trichloroethylene, which is

21   an alternate name, okay.

22       Q.    And the target concentration

23   -- the target risk would be .48

24   micrograms per cubic meter; correct?

1    A.    Yes.

2          MR. GITELMAN:  Dave, you

3    didn't pull this exhibit yet.  Can

4    you go to -- yes, go ahead, Dr.

5    Epler.

6          THE WITNESS:  Well, just go

7    to the top of the column and let's

8    see exactly what that means.

9          MR. GITELMAN:  Okay.

10         THE WITNESS:  It's a

11   carcinogenic screening level with

12   a target risk of one in a million.

13         MR. GITELMAN:  Okay.

14         Dave, I sent you two

15   exhibits earlier today.  This was

16   one of them.  Can you pull the

17   other?

18              -  -  -

19         (Deposition Exhibit No.

20   P-19, May 2014 USEPA Vapor

21   Intrusion Screening Level (VISL)

22   Calculator User's Guide, was

23   marked for identification.)

24              -  -  -

1          MR. GITELMAN:  Dr. Epler,

2      this was downloaded from the same

3      EPA site.  We can go and follow

4      URL, but have you ever seen this

5      document?

6          It's USEPA vapor intrusion

7      screening level (VISL) calculator

8      user's guide, dated May 2014.

9          THE WITNESS:  Yes, I have

10     seen this document.

11 BY MR. GITELMAN:

12     Q.   And basically on EPA

13 website, there is a calculator where --

14 interactive calculator where you can go

15 and do all the calculations so you

16 wouldn't have to do it manually.  Right?

17         MR. MILLER:  Objection to

18     form.

19         THE WITNESS:  I believe so.

20     I certainly have not used this

21     calculator in a long time.

22 BY MR. GITELMAN:

23     Q.   Have you ever used it?

24     A.   One would assume if it's an

1   online calculator, that that would be its

2   purposes.

3       Q.    I'm sorry.  Can you repeat

4   that?

5       A.    One would assume that if

6   it's online calculator, that would be its

7   purpose.

8       Q.    Yes, it's an online

9   calculator -- Dave, can you go to page 8

10  -- page 8 of this document, yes.  Go to

11  the top.

12           Dr. Epler, do you see the

13  bold line "Target Groundwater

14  Concentration Corresponding to Target

15  Indoor Air Concentrations," column I?

16      A.    Yes.

17      Q.    And column I refers to the

18  Excel table that pops up when you go to

19  EPA website to do the calculation.

20  Right?

21           MR. MILLER:  Objection to

22      form.

23  BY MR. GITELMAN:

24      Q.    Would you agree with that?

1        A.     I don't know because I --

2   like I said, I have not run this myself

3   in --

4        Q.     The first -- the first

5   formula that you see -- let's read it:

6   The target groundwater concentration

7   corresponding to chemical's target indoor

8   air concentration is calculated by

9   dividing the target indoor air

10  concentration by attenuation factor of

11  .001 and then converting the vapor

12  concentration to an equivalent

13  groundwater concentration, assuming

14  equilibrium between the aqueous and vapor

15  phases at the water table.  The

16  equilibrium partitioning is assumed to

17  obey Henry's Law so that -- and there is

18  a formula.

19        A.     That's Henry's Law, correct.

20        Q.     Do you generally agree that

21  -- and the formula is C ground -- GW,

22  which is target groundwater concentration

23  in micrograms per cubic liter, equals

24  target of indoor air concentration

1   divided over Henry's Law Constant, and

2   multiplied by attenuation factor times

3   thousand liters per cubic meter.

4           Do you -- does that formula

5   seem to be accurate?

6       A.    That is how the equation

7   reads.

8       Q.    What is Henry's Law

9   Constant?

10      A.    In a simple sense, it is --

11  it describes the equilibrium vapor

12  pressure between a dissolved phase

13  volatile compound in water with the vapor

14  phase -- it describes equilibrium between

15  dissolved phase and the vapor phase in a

16  closed container of a volatile organic

17  compound at equilibrium.

18      Q.    How do you determine Henry

19  Law Constant for TCE?

20      A.    I believe -- well -- I would

21  have to guess.

22      Q.    You don't know for sure?

23      A.    I don't know for sure, but I

24  generally understand it -- go ahead.

Nathan Epler, Ph.D., P.G., QEP

1    Q.    So do you understand this

2  formula to be if all -- strike that.  The

3  target indoor air concentration would --

4  for TCE, would that be .48 micrograms per

5  meter, we just looked at the table?

6              MR. MILLER:  Objection to

7         form.

8              THE WITNESS:  Can you go

9         back to the table?  Okay.  It was

10        .48 for a target risk of one in a

11        million --

12             MR. GITELMAN:  Correct.

13             THE WITNESS:  -- it might be

14        different in New York State using

15        the matrices, but that table, as I

16        recall, specified that if you want

17        a target of one in a million

18        cancer risk, excess lifetime

19        cancer risk, your target

20        concentration for indoor air

21        should be 0.48 micrograms per

22        cubic meter.

23  BY MR. GITELMAN:

24             Q.    And attenuation factors here

1    would be .001; correct?

2         A.    The generic -- default

3    value.  They call it a default value --

4         Q.    And --

5         A.    -- not knowing a

6    site-specific value.

7         Q.    And Henry's Law Constant,

8    which you don't recall how to obtain, can

9    be looked up and a specific number for

10   each specific chemical at a certain

11   temperature; is that correct?

12        A.    Yes, it's dependent on

13   temperature.

14        Q.    So if one would plug in

15   those numbers, .48 on top, the numerator,

16   and Henry's Law Constant, the

17   denominator, and .001 for attenuation

18   factor for groundwater to indoor air,

19   multiplied by the unit conversion, one

20   would get the target concentration in

21   groundwater above which you would have to

22   screen -- anticipate or screen for indoor

23   groundwater -- indoor soil vapor

24   intrusion; wouldn't that be correct?

1          MR. MILLER:  Objection to

2     form.

3          MR. GITELMAN:  It's been a

4     long day --

5          THE WITNESS:  That was a

6     mouthful.  I'm just trying to

7     follow the question.  Could you

8     possibly rephrase that?

9          MR. GITELMAN:  Yes.

10  BY MR. GITELMAN:

11     Q.    So if I -- I know target

12  air, we just discussed it, .48 micrograms

13  per cubic meter.  We know attenuation

14  factor.  If we look up the tables for

15  Henry's Law Constant and plug it in, if

16  you would do this math, the result would

17  be the target groundwater concentrations

18  in micrograms per liter, at which time

19  there would be potential for soil vapor

20  intrusion at the target indoor air

21  concentration.

22          MR. MILLER:  Objection to

23     form.

24          (Pause.)

Nathan Epler, Ph.D., P.G., LEP

1           MR. GITELMAN:  I'll help you

2      out a little bit.  Isn't that what

3      the paragraph states before, the

4      target groundwater concentration

5      --

6           THE WITNESS:  Yes.  I mean

7      -- yes, it does state that, but I

8      -- I don't have access to the

9      entire document to understand all

10     of the assumptions that go into

11     this.

12          MR. GITELMAN:  Fair enough.

13          THE WITNESS:  But every --

14     every calculation like this has

15     assumptions and I -- and I would

16     want to know by reading the entire

17     document exactly whether it's

18     appropriate.

19          But the answer to -- the

20     answer to your question, yes.

21 BY MR. GITELMAN:

22     Q.    In the paragraph you were

23 looking at, the target groundwater

24 concentration, et cetera, does it say

1  anywhere that you have to -- the target

2  groundwater concentration is at the

3  groundwater table?

4           MR. MILLER:  Objection to

5       form.

6           THE WITNESS:  Well, the

7       Henry -- that's actually in --

8       that assumption is in the Henry's

9       Law Constant, actually.  If you

10       don't have -- if you don't have a

11       dissolved phase at the water table

12       in contact with the vapor phase,

13       which the Henry's Law Constant

14       assumes, then it would be invalid

15       to use the Henry's Law Constant.

16           You have to have dissolved

17       phase of the water table in

18       contact with vapor phase in the

19       vadose zone in order for the

20       Henry's Law Constant to be

21       applicable.

22  BY MR. GITELMAN:

23       Q.   And we talked about it that

24  you look at a sample, look at the data,

1  and there were groundwater samples taken

2  at the groundwater table that show

3  presence of TCE above 5 parts per

4  billion?

5       A.    Yes.

6            MR. GITELMAN:  Can we take

7       five-minute break?  And I think

8       I'm almost done.  Dave, how much

9       time do I have?

10           THE VIDEO TECHNICIAN:  We're

11      going to go off the record.  The

12      time is 6:29 p.m.

13           (A recess was taken from

14      6:29 p.m. to 6:37 p.m.)

15           THE VIDEO TECHNICIAN:  We're

16      back on the record at 6:37 p.m.

17           MR. GITELMAN:  Dr. Epler,

18      we're almost done here.  I

19      appreciate you spending the entire

20      day here.  I just have one

21      question.

22 BY MR. GITELMAN:

23      Q.    Dr. Laton in his report

24 using the formula we just discussed

1 calculates the target of groundwater

2 concentration to be 1.12 micrograms per

3 cubic meter -- 1.2 parts per billion.

4 I understand there are some

5 typos and you disagree with the

6 attenuation factor that he used, he

7 mistyped 0.03. I'll let Dr. Laton deal

8 with that.

9 But the groundwater

10 concentration, assuming the numbers are

11 correct, .48 and the Henry's Law Constant

12 that he used, he comes up to 1.21 parts

13 per billion.

14 When you were making your --

15 when you were making your decision that

16 there is no source, you were looking at

17 groundwater at 5 parts per billion; is

18 that correct?

19 A. No source that was

20 sufficient to -- I think I qualify -- I

21 think I qualified in my report that the

22 word "source" meant concentrations at the

23 water table high enough to present a

24 vapor intrusion risk.

1    Q.    I understand.  But you

2  didn't do any calculations.

3    A.    No, I did not.

4          MR. GITELMAN:  I have no

5    further questions.  Thank you very

6    much, Dr. Epler.

7          THE WITNESS:  You're

8    welcome.

9          MR. GITELMAN:  I'm not sure

10   if Mark has any questions for you

11   or anybody else.

12         THE WITNESS:  I'm here.

13         MR. MILLER:  I hate to do

14   this, but could we take a

15   ten-minute break to review my

16   notes -- so I can review my notes?

17         THE WITNESS:  Of course.

18   It's okay with me.

19         MR. GITELMAN:  Thank you,

20   Mark.

21         THE VIDEO TECHNICIAN:  We're

22   going to go off the record at 6:39

23   p.m.

24         MR. MILLER:  Thank you.