March 5, 2025

**Via ECF**

The Honorable Steven L. Tiscione
United States Direct Court for the New York Eastern District
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:   Joint Status Report for *Romano v. Northrup Grumman Corp.*, No. 16-cv-5760 and Related Cases

Dear Judge Tiscione,

      The parties jointly submit this letter in response to the Court's February 6, 2025 Order directing the parties to submit a joint status report advising the Court on the status of the above-referenced cases.

      Following the telephone conference held by the Court on February 6, 2025, the parties have made progress and scheduled additional calls with the mediator, leading up to another in-person mediation session scheduled for April 2, 2025. As such, the parties seek an additional 30 days to continue mediating and propose providing the Court with a status report by April 7, 2025. Should the parties reach impasse, per the Court's February 6, 2025 Order, the proposed status report would contain a proposed schedule for next steps in the litigation.

Respectfully submitted,

The Honorable Steven L. Tiscione
March 5, 2025
Page 2

| NAPOLI SHKOLNIK PLLC | PROSKAUER ROSE LLP |
|---|---|
| By: /s/ Robert Gitelman | By: /s/ Grant J. Esposito |
| Robert Gitelman<br>400 Broadhollow Road, Suite 305<br>Melville, NY 11747<br>Telephone: (212) 397-1000<br>rgitelman@napolilaw.com<br><br>Paul J. Napoli<br>NAPOLI SHKOLNIK<br>1302 Avenida Ponce de Leon<br>Santurce, Puerto Rico 00907<br>Telephone: (787) 493-5088<br>pnapoli@nsprlaw.com<br><br>*Attorneys for Plaintiffs* | Grant J. Esposito<br>David J. Fioccola<br>Robert J. Baehr<br>Claire N. Abrahamson<br>Eleven Times Square<br>New York, NY 10036<br>gesposito@proskauer.com<br>dfioccola@proskauer.com<br>rbaehr@proskauer.com<br>cabrahamson@proskauer.com<br><br>*Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation* |