# EXHIBIT A

## INDIVIDUAL ACTIONS

1) 2:16-cv-05760 - 33 plaintiffs
2) 2:18-cv-04397 - 76 plaintiffs
3) 2:18-cv-06453 - 3 plaintiffs
4) 2:19-cv-00942 - 51 plaintiffs
5) 2:19-cv-04381 - 17 plaintiffs
6) 2:20-cv-00511 - 22 plaintiffs
7) 2:21-cv-00415 - 28 plaintiffs
8) 2:21-cv-04426 - 14 plaintiffs
9) 2:22-cv-00285 - 10 plaintiffs
10) 2:22-cv-00584 - 10 plaintiffs
11) 2:22-cv-00982 - 10 plaintiffs
12) 2:22-cv-01432 - 10 plaintiffs
13) 2:22-cv-01719 - 10 plaintiffs
14) 2:22-cv-02070 - 11 plaintiffs
15) 2:22-cv-02504 - 10 plaintiffs
16) 2:22-cv-02780 - 10 plaintiffs
17) 2:22-cv-03199 - 10 plaintiffs
18) 2:22-cv-03645 - 10 plaintiffs
19) 2:22-cv-04777 - 10 plaintiffs
20) 2:22-cv-05441 - 10 plaintiffs
21) 2:22-cv-07353 - 11 plaintiffs
22) 2:23-cv-01429 - 21 plaintiffs
23) 2:23-cv-06599 - 10 plaintiffs
24) 2:23-cv-08089 - 10 plaintiffs
25) 2:24-cv-03989 - 21 plaintiffs
26) 2:24-cv-05285 - 20 plaintiffs