United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

---

The Civil Cover Sheet filed in civil action

**25-CV-03461(GRB)(ST)**

1) indicated that this case is related to the following case(s):

16 CV 05760 (GRB)(ST); 18 CV 04397 (GRB)(ST);
18 CV 06453 (GRB)(ST); 19 CV 00942 (GRB)(ST);
19 CV 04381 (GRB)(ST); 20 CV 00511 (GRB)(ST);
21 CV 00415 (GRB)(ST); 21 CV 04426 (GRB)(ST);
22 CV 00285 (GRB)(ST); 22 CV 00584 (GRB)(ST);
22 CV 00982 (GRB)(ST); 22 CV 01143 (GRB)(ST);
22 CV 01432 (GRB)(AYS); 22 CV 01719 (GRB)(ST);
22 CV 02070 (GRB)(AYS); 22 CV 02504 (GRB)(ST);
22 CV 02780 (GRB)(ST); 22 CV 03199 (GRB)(AYS);
22 CV 03645 (GRB)(AYS); 22 CV 04777 (GRB)(ST);
22 CV 05441 (GRB)(ST); 22 CV 07353 (GRB)(JMW);
23 CV 01429 (GRB)(LGD); 23 CV 06599 (GRB)(ST);
23 CV 08089 (GRB)(ST); 24 CV 03989 (GRB)(ST);
24 CV 05285 (GRB)(LGD); 25 CV 03230 (JMA)(ARL)