

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 21, 2025

David J. Fioccola
Partner
d +1.212.969.3025
f 212.969.2900
DFioccola@proskauer.com
www.proskauer.com

The Honorable Gary R. Brown
United States District Court for the New York Eastern District
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:   Relation of *Romano Jr. v. Northrop Grumman*, No. 2:25-03841-JS-JMW Pursuant to Rule 3(b) of the Rules for the Division of Business for the Eastern District of New York

Dear Judge Brown:

We represent defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation (collectively, "Northrop Grumman") in the matter captioned above. We write to seek a determination under Rule 3(b) that *Romano Jr.* is related to *Romano v. Northrop Grumman*, No. 2:16-cv-05760-GRB-ST ("*Romano*") and twenty-nine other related and consolidated actions removed to this Court,[1] and request that the case be assigned to Your

---

[1] The *Romano* case was removed to this Court in October 2016. The other twenty-three related and consolidated actions removed to this Court include *Ackerman v. Northrop Grumman*, No. 2:18-cv-04397-GRB-ST ("*Ackerman*") (removed in Aug. 2018); *Cornett v. Northrop Grumman*, No. 2:18-cv-06453-GRB-ARL ("*Cornett*") (removed in Nov. 2018); *Ackerson v. Northrop Grumman*, No. 2:19-cv-00942-GRB-ST ("*Ackerson*") (removed Feb. 2019); *Ball v. Northrop Grumman*, No. 2:19-cv-04381-GRB-ST ("*Ball*") (removed July 2019); *Cammarata v. Northrop Grumman*, No. 20-cv-00511-GRB-ST ("*Cammarata*") (removed Jan. 2022); *Auer v. Northrop Grumman*, No. 2:21-cv-00415-GRB-ST ("*Auer*") (removed Jan. 2021); *Betancourt v. Northrop Grumman*, No. 2:21-cv-04426-GRB-ARL ("*Betancourt*") (removed Aug. 2021); *Cornell-Trotto v. Northrop Grumman,* No. 2:22-cv-00285-GRB-ST ("*Cornell-Trotto"*) (removed Jan. 2022); *Cerza v. Northrop Grumman*, No. 2:22-cv-00584-GRB-ST ("*Cerza*") (removed Feb. 2022); *Bencal v. Northrop Grumman*, No. 2:22-cv-00982-GRB-ARL ("*Bencal*") (removed Feb. 2022); *Accardi v. Northrop Grumman*, No. 2:22-cv-01143-GRB-ST ("*Accardi"*) (removed Mar. 2022)*; DeGregoris v. Northrop Grumman*, No. 2:22-cv-0001432-GRB-AYS ("*DeGregoris*") (removed Mar. 2022); *Beganskas v. Northrop Grumman*, No. 2:22-cv-01719-GRB-ST  ("*Beganskas*") (removed Mar. 2022); *Chapman v. Northrop Grumman*, No. 2:22-cv-02070-GRB-AYS (*"Chapman"*) (removed Apr. 2022); *Barletta v. Northrop Grumman*, No. 2:22-cv-02504-GRB-ST ("*Barletta*") (removed May 2022); *Bland v. Northrop Grumman*, No. 2:22-cv-02780-GRB-ST ("*Bland"*) (removed May 2022); *Agrillo v. Northrop Grumman*, No. 2:22-cv-03199-GRB-AYS  ("*Agrillo*") (removed May 2022); *Alahverdian v. Northrop Grumman*, No. 2:22-cv-03645-GRB-AYS ("*Alahverdian*") (removed June 2022); *Becker v. Northrop Grumman*, No. 2:22-cv-04777-MKB-ARL ("*Becker*") (removed Aug. 2022); *Holohan v. Northrop Grumman*, No. 2:22-cv-05441-GRB-ST ("*Holohan*") (removed Sept. 2022); *DiBenedetto v. Northrop Grumman*, No. 2:22-cv-07353-GRB-JMW ("*DiBenedetto*") (removed Dec. 2022); *Cannava v. Northrop Grumman*, No. 2:23-cv-01429-GRB-LGD ("*Cannava*") (removed Feb. 2023); *Ceglio v. Northrop Grumman*, No. 2:23-cv-06599-GRB-ST ("*Ceglio*") (removed Sept. 2023); and *Coleman v. Northrop Grumman,* No. 2:23-cv-08089-GRB-ST ("*Coleman"*) (removed Oct. 2024); *Blessinger v. Northrop Grumman,* No. 2:24-cv-03989-GRB-ST ("*Blessinger*") (removed June 2024); *Brzozowski v. Northrop Grumman,* No. 2:24-cv-05285-GRB-LGD ("*Brzozowski*") (removed July 2024); *Sager v. Northrop Grumman,* No. 2:25-cv-03230-GRB-ST ("*Sager*") (removed June 2025); *Barry v. Northrop Grumman,* No. 2:25-cv-GRB-ST ("*Barry*") (removed June 2025); and *Santoriello v. Northrop Grumman,* No. 2:25-cv-03643-GRB-ST (together with *Romano,* the "*Romano*

**Proskauer»**

The Honorable Gary R. Brown
August 21, 2025
Page 2

Honor.  Your Honor currently presides over all the *Romano* Consolidated Actions, all of which are currently stayed pending resolution of the motion for class certification in *Romano* consistent with Your Honor's prior Orders.  Counsel for the *Romano Jr.* parties conferred via email, and Plaintiff's counsel consented to designating the *Romano Jr.* case as related to the *Romano* Consolidated Actions.

*Romano Jr.* asserts claims based on essentially the same underlying allegations as asserted in the thirty *Romano* Consolidated Actions.  Five of the previous lawsuits were consolidated in February 2020,[2] and twenty-five were assigned to Your Honor before *Romano Jr.* was filed.[3] *Romano Jr.* involves similar facts and legal issues as the *Romano* Consolidated Actions, and substantial saving of judicial resources is likely to result from assigning this case to Your Honor. (*See* Local Rule 3(a).)

*Romano Jr.* is brought on behalf of an individual plaintiff who also resides or resided in the Bethpage area, and the case also asserts negligence, strict liability, nuisance, and trespass claims premised on many of the same allegations—sometimes repeating allegations from complaints in the *Romano* Consolidated Actions.  (*Compare Romano Jr.* Compl. ¶¶ 6–7, ECF No. 1, 2:25-03841-JS-JMW (describing individual claims sought based on negligence, abnormally dangerous activity and absolute and strict liability, trespass, nuisance, and claims for medical monitoring and property damages) *with Romano* Third Am. Compl. ¶¶ 14–16, ECF No. 129, 2:16-cv-05760 (same).)  Northrop Grumman is named as a defendant in all cases.  Moreover, the *Romano Jr.* plaintiff appears to be a member of *Romano's* putative classes.

Your Honor is familiar with the issues shared between cases and can help the parties avoid duplication of efforts that otherwise will result in *Romano Jr.*  Accordingly, we respectfully

---

Consolidated Actions").

[2] *See Romano*, 2:16-cv-05760, February 10, 2020 Order Consolidating Cases.

[3] *See Cornett*, 2:18-cv-06453, March 2, 2020 Order Reassigning Case; *Auer*, No. 2:21-cv-00415, February 8, 2021 Order Reassigning Case; *Betancourt*, No. 2:21-cv-04426, August 12, 2021 Order Reassigning Case; *Cornell-Trotto*, No. 2:22-cv-00285, January 20, 2022 Order Reassigning Case; *Cerza*, No. 2:22-cv-00584, February 1, 2022 Case Assignment; *Bencal*, No. 2:22-cv-00982, February 23, 2022 Case Assignment; *Accardi*, No. 2:22-cv-01143, March 31, 2022 Order Reassigning Case; *Beganskas*, No. 2:22-cv-01719, April 8, 2022 Order Reassigning Case; *Chapman*, No. 2:22-cv-02070, April 12, 2022 Case Assignment; *Barletta*, No. 2:22-cv-02504, May 3, 2022 Case Assignment; *Bland*, No. 2:22-cv-02780, May 13, 2022, Case Assignment; *Agrillo*, No. 2:22-cv-03199, June 1, 2022 Case Assignment; *Alahverdian*, No. 2:22-cv-03645, June 22, 2022 Case Assignment; *DeGregoris*, No. 2:22-cv-01432, June 23, 2022 Case Assignment; *Holohan*, No. 2:22-cv-05441, September 15, 2022 Order Reassigning Case; *Becker*, No. 2:22-cv-04777, December 7, 2022 Order Reassigning Case; *DiBenedetto*, No. 2:22-cv-07353, December 7, 2022 Order Reassigning Case; *Cannava*, No. 2:23-cv-01429, February 24, 2023 Case Assignment; *Ceglio*, No. 2:23-cv-06599, September 7, 2023 Order Reassigning Case; *Coleman*, No. 2:23-cv-08089, November 1, 2023 Order Reassigning Case; *Blessinger*, No. 2:24-cv-03989, March 21, 2025 Order Reassigning Case; *Brzozowski*, No. 2:24-cv-05285, August 16, 2024 Order Reassigning Case; *Sager*, No. 2:25-cv-03230, June 24, 2025 Order Reassigning Case; *Barry*, No. 2:25-cv-03461, June 23, 2025 Case Assignment; *Santoriello*, No. 2:25-cv-03643, July 7, 2025 Order Reassigning Case.

**Proskauer»**

The Honorable Gary R. Brown
August 21, 2025
Page 3

request that this case be deemed related to the *Romano* Consolidated Actions and assigned to Your Honor.

Respectfully submitted,

*/s/ David G. Fioccola*
David. J. Fioccola

cc: All counsel of record (by ECF)