**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | October 21, 2025 |
| TIME: | 12:00 P.M. |
| DOCKET NUMBER(S): | CV-16-5760 (GRB) |
| NAME OF CASE(S): | Romano et al v. Northrop Grumman Corporation et al |
| FOR PLAINTIFF(S): | Napoli, McKie, Cade, Anderson |
| FOR DEFENDANT(S): | Fioccola, Miller, Esposito |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (12:00 - 12:15) |
| RULINGS FROM Telephone Conference : | |

ORDER re [183] STATUS REPORT (JOINTLY FILED with Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation). The proposed schedule is adopted and hereby entered as an Order of the Court. Pursuant to the schedule, parties shall file the fully-briefed supplemental motions by February 27, 2026.