**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

*IN RE: Romano v. Northrop Grumman Corp. et al.*, No. 16-cv-5760 *and Related Cases*

**JOINT STATUS REPORT**

Dear Magistrate Judge Tiscione:

    Briefing regarding class certification remains ongoing, and pursuant to the current schedule Northrop Grumman disclosed to Plaintiffs a supplemental rebuttal expert report in response to Plaintiffs' proposed supplemental expert testimony. The parties conferred and jointly submit a proposal to complete the remainder of the class certification briefing in the chart below. The parties further agreed, also subject to the Court's approval, to permit Plaintiffs to file a reply brief exceeding the default page limitation (from 3,500 words/10 pages to 7,000 words/20 pages). The parties' efforts to mediate this matter also remain ongoing.

    In addition, as discussed during the October 21, 2025, telephone conference, the parties are meeting and conferring regarding Plaintiffs' request for a partial lift of the current stay to proceed with Phase II discovery for a discrete set of plaintiffs whose cases are before this Court and are representative of the individual plaintiffs. Plaintiffs reserve the right to file a motion to lift the stay if the parties cannot agree on a joint proposal.

| Jointly Proposed Amended Schedule to Complete Supplemental Class Cert Briefing | Proposed Deadline |
|---|---|
| Northrop Grumman serves its supplemental opposition to Plaintiffs' Amended Rule 23 Motion, including any further submissions concerning Dr. Rosenfeld and Dr. Boyle's opinions, limited to their supplemental reports and Dr. Rosenfeld's opinion that is the subject of the pending motion to strike. | Jan. 9, 2026[1] |
| Plaintiffs serve their supplemental reply brief to Rule 23 motion and response to Northrop Grumman's submission challenging Plaintiffs' experts. | February 27, 2026 |
| Defendants take any needed additional expert discovery and serve reply briefs in support of their challenge to Plaintiffs' experts; and the parties file their respective supplemental submissions. | April 15, 2026 |

---

[1] Due to unavailability of a Plaintiff witness for a deposition, the Parties previously agreed to defer service of Northrop Grumman's supplemental class cert opposition and Rule 702 motions until January 9, 2026.

Respectfully submitted,

| | |
|---|---|
| NAPOLI SHKOLNIK PLLC | PROSKAUER ROSE LLP |
| By: /s/ Robert Gitelman | By: /s/ Grant Esposito |
| Robert Gitelman<br>400 Broadhollow Road, Suite 305<br>Melville, New York 11747<br>Telephone: (212) 397-1000<br>rgitelman@napolilaw.com | Grant J. Esposito<br>David J. Fioccola<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 969-3010<br>gesposito@proskauer.com<br>dfioccola@proskauer.com |
| Paul J. Napoli<br>1302 Avenida Ponce de Leon<br>Santurce, Puerto Rico 00907<br>Telephone: (787) 493-5088<br>pnapoli@nsprlaw.com | Mark A. Miller (*pro hac vice*)<br>HOLLINGSWORTH LLP<br>1350 I Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 898-5800<br>Facsimile: (202) 682-1639<br>mmiller@hollingsworthllp.com |
| ENVIRONMENTAL LITIGATION GROUP, P.C. | *Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation* |
| By: /s/ Kevin B. McKie | |
| Kevin B. McKie<br>Gregory A. Cade<br>Gary A. Anderson<br><br>2160 Highland Avenue South<br>Birmingham, Alabama 35205<br>Telephone: (205) 328-9200<br>kmckie@elglaw.com<br>GregC@elglaw.com<br>gary@elglaw.com<br><br>*Attorneys for Plaintiffs* | |