| Plaintiff Name | Case No. | Lead Plaintiff | Plaintiff's Injury |
|---|---|---|---|
| Passarella, Michele T | 2:18-cv-04397 | Ackerman | Kidney Cancer |
| Rowan, Linda | 2:18-cv-04397 | Ackerman | Breast Cancer |
| Tantillo, Valerie | 2:18-cv-04397 | Ackerman | Non-Hodgkins Lymphoma |
| D'Accolti, Patricia | 2:19-cv-00942 | Ackerson | Lung Cancer |
| Henriques, Lauri J | 2:19-cv-00942 | Ackerson | Breast Cancer |
| Lu, Candace | 2:19-cv-00942 | Ackerson | Breast Cancer |
| Martello, Marie | 2:19-cv-00942 | Ackerson | Breast Cancer |
| Seaman, Dana A. | 2:19-cv-00942 | Ackerson | Breast Cancer |
| Lowe, Amanda | 2:19-cv-04381 | Ball | Breast Cancer |
| Yilmaz, Jacquelyn | 2:19-cv-04381 | Ball | Breast Cancer |
| Faggione, Steven | 2:21-cv-00415 | Auer | Lung Cancer |
| Cornell-Trotto, Elisa | 2:22-cv-00285 | Cornell-Trotto | Lung Cancer |
| DiRoma, Damon | 2:22-cv-00285 | Cornell-Trotto | Non-Hodgkins Lymphoma |
| Kutner, Jenny | 2:22-cv-00285 | Cornell-Trotto | Kidney Cancer |
| Nattrass, Frank | 2:22-cv-00285 | Cornell-Trotto | Throat Cancer |
| Cerza, Michele | 2:22-cv-00584 | Cerza | Lung Cancer |
| Santoriello, Diane | 2:22-cv-00584 | Cerza | Breast Cancer |
| Stein, Scott | 2:22-cv-00584 | Cerza | Kidney Cancer |
| Donaldson, Loretta | 2:22-cv-00982 | Bencal | Breast Cancer |
| Tyd, Janet | 2:22-cv-00982 | Bencal | Multiple Myeloma |
| DePalo, Sharon | 2:22-cv-01719 | Beganskas | Breast Cancer |
| Montgomery, Carolyn A | 2:22-cv-01719 | Beganskas | Lung Cancer |
| Weaver, Francine | 2:22-cv-01719 | Beganskas | Breast Cancer |
| Moss, Colleen | 2:22-cv-02504 | Barletta | Breast Cancer |
| Piechota, Cynthia | 2:22-cv-02504 | Barletta | Lung Cancer |
| Zaner, Steven | 2:22-cv-02504 | Barletta | Lung Cancer |
| Bland, Frank | 2:22-cv-02780 | Bland | Tongue Cancer |
| Mauro, Dana | 2:22-cv-02780 | Bland | Breast Cancer |
| Woolfson, Donna | 2:22-cv-02780 | Bland | Lung Cancer |
| Kramer, Amy | 2:22-cv-04777 | Becker | Lung Cancer |
| Holohan, Marianne | 2:22-cv-05441 | Holohan | Breast Cancer |
| Lusso, Beverly | 2:22-cv-05441 | Holohan | Breast Cancer |
| Reichardt, Maureen | 2:22-cv-05441 | Holohan | Breast Cancer |
| Iavarone, Steven | 2:24-cv-03989 | Blessinger | Lung Cancer |
| Side, Joseph E | 2:24-cv-03989 | Blessinger | Throat Cancer |
| Lauria, Nina | 2:25-cv-03230 | Sager | Lung Cancer |
| Lewitt, Sunny | 2:25-cv-03230 | Sager | Lung Cancer |
| Sager, Joanne | 2:25-cv-03230 | Sager | Lung Cancer |
| Barry, Carol | 2:25-cv-03461 | Barry | Lung Cancer |
| Neofytides, Christina | 2:25-cv-03461 | Barry | Breast Cancer |