UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------)
ROSALIE ROMANO; PATRICIA GLUECKERT,                )
individually and on behalf of the Estate of WILLIAM G.    )    Case No:
GLUECKERT; WILLIAM P. GLUECKERT; JAYNE       )    16-cv-5760GRB-ST
MANN; ROSS MEADOW and ARLENE MEADOW;          )
JACOB KHOLODNY and BELLA KHOLODNY; FLO       )
RAUCCI, individually and on behalf of the Estate of        )
SALVATORE RAUCCI; DANIEL GALLANTE and        )
JENNIFER GALLANTE; TERESA MEADE, DONALD      )
LAGOMARSINO, SCOTT RUST, LAURIE FRANKS,      )
THOMAS NUCCI, CHRISTOPHER BLADES, DAWN       )
CIRINO-SAMBADE, MARY ELLEN GINTY, JOHN       )
SCHLOSSER, individually and on behalf of all others       )
similarly situated; and DENISE FLORIO; MARYANN      )
HERBERT; CHRISTINA ANDREWS-SALES;            )
CHRISTOPHER CAGNA; JACKIE LIEBERMAN;         )
CATHERINE LEWONKA; EUGENE CONNOLLY;          )
VIVIANE BLICKENSDERFER; DANA                 )
BLICKENSDERFER; GLENN FALINO and MARCIA      )
FALINO; individually,                              )
                                                )
                          Plaintiffs,            )
                                                )
vs.                                             )
                                                )
NORTHROP GRUMMAN CORPORATION;                )
NORTHROP GRUMMAN SYSTEMS CORPORATION     )
                                                )
                          Defendants.           )
-------------------------------------------------------------------------)

**DECLARATION OF ROBERT GITELMAN IN SUPPORT OF PLAINTIFFS'
SUPPLEMENTAL MEMORANDUM OF LAW FOR CLASS CERTIFICATION**

I, Robert Gitelman, submit this declaration, pursuant to the Court Order, along with

the exhibit annexed hereto, in support of Plaintiff's Supplemental Motion for Class

Certification.

1) Attached here to as Plaintiffs' **Exhibit No. 27** is a true and correct copy of

Plaintiffs' expert Paul Rosenfeld, Ph.D.'s Supplemental Report on March and May 2023

Attic Dust Sampling for Chromium in the Community Surrounding the Former Grumman Aerospace Corporation and Naval Weapons Industrial Reserve Plant Facilities in Bethpage, Nassau County, New York, Dated July 7, 2025.

2) Attached hereto as Plaintiffs' **Exhibit No. 28** is a true and correct copy of Plaintiffs' expert Dr.  Kevin Boyle's Groundwater Property-Value Damage Expert Report dated July 22, 2025.

3) Attached hereto as Plaintiffs' **Exhibit No. 29** is a true and correct copy of Plaintiffs' expert Dr. Kevin Boyle's Chromium Property-Value Damage Expert Report, dated July 22, 2025.

4) Attached hereto as Plaintiffs' **Exhibit No. 30** is a true and correct copy of the Second Amended Complaint filed in *Town of Oyster Bay v. Northrop Grumman Systems Corporation, CA* 2:23-cv-07146-NJC-AYS  (ECF 62).

5) Attached hereto as Plaintiffs' **Exhibit No. 31** is a true and correct copy of Exhibit C to Second Amended Complaint in Town of Oyster Bay v. Northrup Grumman Systems Corporation, 2:23-cv-07146 (E.D.N.Y)

6) Attached hereto as Plaintiffs' **Exhibit No. 32** is a true and correct copy of the map depicting locations of the class representative from Dr. Rosenfeld's Expert Report.

7) Attached hereto as Plaintiffs' **Exhibit No. 33** identifying residential properties located in the proposed TCE property damages class area that were purchased prior to February 2020 to satisfy the proposed class numerosity requirement.

8) Attached hereto as Plaintiffs' **Exhibit No. 34** identifying residential properties located in the proposed Hexavalent Chromium Property Clas area that were purchased prior to August 2023 to satisfy the proposed class numerosity requirement.

9)   Attached hereto as Plaintiffs' **Exhibit No. 35** is a true and correct copy of the

Memorandum Oder by the United States District Judge Hon. Jospeh N. Plaplante issued

on December 29, 2023 in *Brown v. Saint-Gobain Performance Plastics*, Civil 16-cv-242-

JL, Opinion 2023 DNH 156 (D. N.H. Dec 29, 2023)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Melville, New York
        July 25, 2025

Respectfully submitted,

*Counsel for Plaintiffs and
 the Proposed Classes*

NAPOLI SHKOLNIK

By:  */s/ Robert Gitelman*

Robert Gitelman
400 Broadhollow Rd.
Melville, NY 11747
Telephone: (212) 397-1000
rgitelman@napolilaw.com

Paul J. Napoli, Esq.
NS PR LAW SERVICES LLC
1302 Avenida Ponce de Leon
San Juan PR  00907-3982
Tel. (787) 493-5088
PNapoli@NSPRLaw.com


ENVIRONMENTAL LITIGATION
GROUP, PC
Gregory A. Cade
Greg Anderson
Kevin B. McKie
2160  Highland  Avenue South
Birmingham, AL 35205
Telephone: (205) 328-9200
GregC@elglaw.com
gary@elglaw.com
kmckie@elglaw.com