# EXHIBIT 27

Case 2:16-cv-05760-GRB-ST    Document 192-2    Filed 04/14/26    Page 1 of 18 PageID #: 12615



SOIL WATER AIR PROTECTION ENTERPRISE
2656 29th Street, Suite 201
Santa Monica, California 90405
Paul E. Rosenfeld, Ph.D.
prosenfeld@swape.com

July 7, 2025

Paul Napoli, Esq.

Napoli Shkolnik PLLC

360 Lexington Ave, 11th Floor

New York, NY 10017

Greg Cade, Esq.

Environmental Litigation Group, P.C.

2160 Highland Avenue

Birmingham, AL 35205

Subject:     Report on March and May 2023 Attic Dust Sampling for Chromium in the Community Surrounding the Former Grumman Aerospace Corporation and Naval Weapons Industrial Reserve Plant Facilities in Bethpage, Nassau County, New York

Dear Messrs. Napoli and Cade:

Soil Water Air Protection Enterprise ("SWAPE") is pleased to provide you with this *Report on March and May 2023 Attic Dust Sampling for Chromium in the Community Surrounding the Former Grumman Aerospace Corporation and Naval Weapons Industrial Reserve Plant Facilities in Bethpage, Nassau County, New York.* The former Grumman Aerospace Corporation and Naval Weapons Industrial Reserve Plant Facilities (the "Facilities") historically released hazardous air pollutants; in particular, hexavalent chromium ("Cr-VI") and trichloroethylene ("TCE"), during the period from 1950 through 1994. SWAPE conducted sampling of indoor attic dust in March and May 2023 and submitted the dust samples for laboratory analysis of total chromium ("Cr") as well as Cr-VI. Results of this assessment were summarized in an Affidavit of Paul Rosenfeld, Ph.D. submitted to the Court on May 30, 2023. The enclosed Report has been prepared at your request to more formally document our assessment.

Very Truly Yours,

Paul E. Rosenfeld, Ph.D.

## TABLE OF CONTENTS

1 INTRODUCTION   1

    1.1 Background and Scope of Assessment   1

    1.2 Qualifications   2

2 SAMPLING ACTIVITIES   3

    2.1 Sampling Locations   3

    2.2 Attic Dust Sampling Methodology   5

    2.3 Laboratory Chemical Analysis   5

3 SAMPLING RESULTS   6

4 DISCUSSION   7

    4.1 Dust Samples Indicate Chromium Levels Exceeding Background   7

    4.2 Hexavalent Chromium Levels Were Higher Historically   10

    4.3 Chromium Contamation Has Persisted in the Community for Decades   11

        Contamination of Groundwater   11

        Contamination of Bethpage Community Park   12

    4.4 Contamination Levels are Tangible to Residents   14

5 FINDINGS AND CONCLUSIONS   15

## LIST OF EXHIBITS

A.  Paul E. Rosenfeld, Ph.D. Curriculum Vitae

B.  Locations of Residences with Attic Dust Samples Collected

C.  Field Notes and Sample Collections Logs

D.  Summary of Residences with Attic Dust Samples Collected and Analyzed

E.  Analytical Results for Chromium and Hexavalent Chromium in Attic Dust Samples

F.  Chromium and Hexavalent Chromium Concentrations in Attic Dust Samples

G.  Analytical Results of Attic Dust Samples Compared to Background

# 1     INTRODUCTION

## 1.1    Background and Scope of Assessment

Soil Water Air Protection Enterprise ("SWAPE") was retained in October 2020 by Napoli Shkolnik LLP and Environmental Litigation Group, P.C. ("Clients") to conduct expert witness services concerning historical exposure risk to hazardous air pollutants in the residential community surrounding the former Grumman Aerospace Corporation ("Grumman") and Naval Weapons Industrial Reserve Plant ("NWIRP") Facilities in Bethpage, New York (the "Facilities").  Plaintiffs that lived in the community surrounding the Facilities during the period from 1950 to 1995 were exposed to elevated concentrations of hexavalent chromium ("Cr-VI"), trichloroethylene ("TCE"), and other chemicals. An Expert Report by Paul Rosenfeld, Ph.D. was submitted in October 2021.[1]

As demonstrated in the October 26, 2021 Expert Report, Plaintiffs and other residents in the community surrounding the Facilities were historically exposed to Cr-VI emissions.  Ambient air concentrations of Cr-VI deposited in soil as well as inside residential dwellings.  Bethpage Community Park ("BCP"), once industrial land used by the Facilities for disposal of hazardous wastes, has been shown to contain high concentrations of Cr-VI and other contaminants from the Facilities. Contamination in the residential community surrounding the Facilities has been reported in the news media for decades.

Because settled particulate matter in attics may remain undisturbed for many years, attic dust has been established as a useful medium for assessing the accumulation of historical atmospheric contaminants. The use of attic dust sampling as a metric for indicating contact potential and exposure has been used by SWAPE and other researchers in published studies.  Examples are a chromium surveillance study by Freeman, et al. (1997)[2] and an investigation of other metals in attic dust by Davis & Gulson (2005)[3].

In March and May 2023, SWAPE conducted two phases of attic dust sampling under my direction at residential dwellings located in the community surrounding the Facilities. The samples collected from these events were then submitted for laboratory chemical analysis of total chromium (Cr) as well as hexavalent chromium (Cr-VI).  An Affidavit summarizing the results of the attic dust sampling and laboratory analysis of the dust samples was submitted to the Court on May 30, 2023.[4]  In June 2025, I was

---

[1] Rosenfeld 2021. Retrospective Assessment of Community Exposure to Historical Emissions from the Former Grumman Aerospace Corporation and Naval Weapons Industrial Reserve Plant Facilities in Bethpage, Nassau County, New York.  Paul E. Rosenfeld, Ph.D.  October 26, 2021.

[2] Freeman 1997.  Exposure to Chromium Dust from Homes in a Chromium Surveillance Project.  Natalie Freeman, Alan Stern, and Paul Lioy.  Archives of Environmental Health, Vol. 52, No. 3.  May/June 1997. Pages 213-219.

[3] Davis & Gulson 2005.  Ceiling (attic) dust: A ''museum'' of contamination and potential hazard.  Jeffrey Davis & Brian Gulson.  Environmental Research, Vol. 99.  2005.  Pages 177–194.

[4] Rosenfeld 2023. Affidavit of Paul E. Rosenfeld, Ph.D.  In re:  Rosalie Romano, et al. vs. Northrup Grumman Corporation, et al.  In the United Stated District Court, Eastern District of New York, CA No: 16-cv-5760–GRB.  May 30, 2023.

requested to prepare a more formal report on the attic dust sampling work that was conducted in 2023. This Report has been prepared to document the sampling events and discuss the results.

## 1.2     Qualifications

My name is Paul Rosenfeld, Ph.D. I am a co-founder and principal at the environmental consulting firm of Soil Water Air Protection Enterprise ("SWAPE"), located at 2656 29th Street, Suite 201, in Santa Monica, California 90405. I have practiced as an environmental risk assessor for over 25 years and have specific knowledge and experience that qualifies me to provide expert opinions in this matter. I am over the age of 21 and am competent to be a witness in this action.  I am being compensated at a rate of $325/hour for my work in this matter.

I received a B.A. in Environmental Studies from the University of California, Santa Barbara in 1991, an M.S. in Environmental Science from the University of California, Berkeley in 1995, and a Ph.D. in Soil Chemistry from the University of Washington in 1999. In addition to my education, I have extensive experience in evaluating the fate and transport of environmental contaminants, risk and exposure assessment of contaminants released from pollution sources, monitoring and modeling of pollution sources that may cause impacts on human health and ecological systems, and evaluation of odorous chemicals. I am presently a principal environmental scientist and risk assessor at SWAPE, which I co-founded in 2003.

I have co-authored several important peer reviewed manuscripts using attic dust as a surrogate for community exposure over long periods of time. Some manuscripts include *PCBs and dioxins/furans in attic dust collected near former PCB production and secondary copper facilities in Sauget, IL*,[5] and *Dioxin Furan Blood Lipid and Attic Dust Concentrations in Populations Living Near Four Wood Treatment Facilities in the United States*.[6]  These papers demonstrate how attic dust is a time capsule for historic community exposure to contaminants.

I obtained much of my experience in evaluating contaminated sites while working for the United States Navy, where I served as a Remedial Project Manager for the Navy Base Realignment and Closure ("BRAC") Team, South West Division on Treasure Island, California. While working for BRAC, I managed many sites with environmental contamination concerns and oversaw remediation activities. This experience encompassed a considerable amount of work on site investigations, air monitoring, risk assessment, and remedial actions. I have previously taught courses on the subject of environmental health at the University of California, Los Angeles (UCLA), presented at professional environmental conferences on various

---

[5] Gonzalez, J., Feng, L., Sutherland, A., Waller, C., Soka, H., Hesse, R., & Rosenfeld, P. (2011). PCBs and dioxins/furans in attic dust collected near former PCB production and secondary copper facilities in Sauget, IL. *Procedia Environmental Sciences, 4*, 113–125. https://doi.org/10.1016/j.proenv.2011.03.014

[6] Feng, L., Wu, C., Tam, L., Sutherland, A. J., Clark, J. J., & Rosenfeld, P. E. (2010). Dioxin furan blood lipid and attic dust concentrations in populations living near four wood treatment facilities in the United States. *Journal of Environmental Health, 72*(10), 22–27.

subjects involving environmental contamination and remediation, and have published scientific studies on contaminant fate and transport. I have also co-authored several books concerning environmental contamination and best practices in the chemical industry. These publications include *The Risks of Hazardous Waste* (2011), *Handbook of Pollution Prevention and Cleaner Production: Best Practices in the Agrochemical Industry* (2011), *Handbook of Pollution Prevention and Cleaner Production: Best Practices in the Wood and Paper Industries* (2010), and *Handbook of Pollution Prevention and Cleaner Production, Best Practices in The Petroleum Industry* (2009).

I use my education, experience, knowledge, and expertise to conduct investigations and prepare exposure and risk assessments. I have performed numerous investigations, monitoring projects and assessments for governmental and private entities concerning risks to human health and the environment due to contamination from diesel particulate matter, formaldehyde, odorous chemicals, pesticides, polychlorinated biphenyls, petroleum hydrocarbons, polycyclic aromatic hydrocarbons, dibenzo-p-dioxins and dibenzofurans, volatile organic compounds, perchlorate, heavy metals, per- and polyfluoroalkyl substances, asbestos, mold, bacteria, and other contaminants. I have conducted numerous risk assessments over a period of more than twenty years specifically relating to air contaminants and have testified at deposition and/or at trial as an expert witness on numerous cases involving environmental contamination, exposure, and human health risk. My experience and expert witness testimony assignments are presented in my Curriculum Vitae attached in Exhibit A.

## 2    SAMPLING ACTIVITIES

### 2.1   Sampling Locations

SWAPE conducted attic dust sampling of randomly selected homes within the Property Damage Class boundary (as delineated in my October 26, 2021 Expert Report) during site visits to the Bethpage area in March and May of 2023.  The selection of homes was randomized through coordination with Clients. Homes that were sampled during the March and May 2023 field events were accessed based on coordination with property owners and/or occupants during the field trips to the Bethpage area.  The locations of residential dwellings that were sampled in March and May 2023 and the boundary of the former Facilities are presented on a map in Figure 1 and Exhibit B.



Figure 1: Attic Dust Sampling Locations

For the March and May 2023 sampling events, potential sampling sites consisting of Plaintiff residences were initially identified by Clients. SWAPE personnel subsequently coordinated site visits to Plaintiffs' residences during the sampling events on March 16 and 17, 2023 and May 18 and 19, 2023. During the site visits, some homes were determined to not be accessible and were eliminated as potential locations for sampling. Field notes recorded during the site visits are presented in Exhibit C.

Six (6) residential dwellings that were sampled during the March 16 and 17, 2023 sampling event had sufficient sample size to be submitted for chemical analysis. Another eight (8) homes sampled during the May 18 and 19, 2023 event had samples collected and submitted for analysis. Some of the residences inspected and sampled did not have samples submitted for laboratory analysis due to insufficient sample size. A table summarizing the residences where attic dust samples were collected and submitted for laboratory chemical analysis is presented in Exhibit D.

4

## 2.2   Attic Dust Sampling Methodology

Attic dust samples were collected using the methods outlined by Wu, et al. (2008) in *Methods for Collecting Samples for Assessing Dioxins and Other Environmental Contaminants in Attic Dust: A Review.*[7] The SWAPE Vacuum Method discussed in Wu, et al. (2008) utilized a configuration similar to other vacuum-based dust sampling methods adopted by the United States Environmental Protection Agency ("U.S. EPA").  However, the SWAPE Vacuum Method involved the use of a dust collector cartridge, containing a high-efficiency particulate air ("HEPA") filter, fitted ahead of the vacuum, hoses, and couplings.  I developed the SWAPE Vacuum Method, which incorporates a single-use sample collector design, to ensure efficient sample collection, minimal equipment decontamination steps, and reduce potential for cross-contamination. Additional details concerning the SWAPE Vacuum Method are presented Wu, et al. (2008).

Following sample collection, attic dust samples were placed in resealable plastic bags and placed into a secure storage box for further processing after the completion of the field activities. Sample processing consisted of opening individual sample cartridges and carefully dispensing the contents (e.g., dust and other fragments) onto a clean piece of notebook paper.  Large fragments consisting of materials such as pieces of wood, insects, and other debris were physically removed from the sample and fine grained material was then transferred to a laboratory-supplied, 4-ounce glass sample jar. Clean nitrile gloves were worn during the sample handling process and changed in between individual sample processing and work area cleaning steps.  A new toothbrush was also utilized to assist in extracting dust from some of the filter cartridges and discarded after processing of each sample.

## 2.3   Laboratory Chemical Analysis

Attic dust samples were submitted with completed Chain-of-Custody ("COC") forms to Enthalpy Analytical, Inc. ("Enthalpy") of Orange, California.  The samples were submitted for analysis of chromium (Cr-III) using U.S. EPA Method 3050B/6010B and for hexavalent chromium (Cr-VI) using U.S. EPA Method 3060A/7199. Electronic copies of the final laboratory analytical reports prepared by Enthalpy are provided separately as Portable Document Format (PDF) files in a Supporting Files archive folder that accompanies this Report. A summary of the laboratory analytical results for the attic dust samples collected from the fourteen (14) residential dwellings sampled in March and May 2023 is presented in Exhibit E.

The Enthalpy laboratory analytical reports note some quality assurance / quality control ("QA/QC") comments in the Case Narratives and/or as footnotes in the Analysis Results pages.  It is noteworthy that low concentrations of hexavalent chromium were detected in method blanks for some analytical runs.  In cases where the respective dust sample results were less than ten times (10x) the concentrations in the

---

[7] Wu 2008.  Methods for Collecting Samples for Assessing Dioxins and Other Environmental Contaminants in Attic Dust: A Review. Wu, et al.  Organohalogen Compounds, Volume 70, Pages 527-530.  2008.

respective method blanks, the results were flagged "B" (Contamination found in associated Method Blank) and "J" (Estimated value). For samples collected on March 16 and 17, 2023, four of six samples were flagged "B,J" to indicate the estimated result for Cr-VI.  However, two of the six March 2023 dust samples detected Cr-VI concentrations greater than ten times the concentration found in the method blank. For the samples collected on May 18 and 19, 2023, six of eight samples were flagged "B,J" to indicate the estimated result and the remaining two samples were reported as non-detections for Cr-VI.

The trace method blank detections of Cr-VI reported by Enthalpy were typically found at concentrations in between the method detection limit (MDL) and the reporting limit (RL).  As reported by Enthalpy, the Cr-VI sample results flagged "B,J" should be considered estimated values. The two attic dust samples collected in March 2023 that were not flagged may be considered more accurate. In practice, data validators conventionally apply a "10x" multiplication factor as a screening criteria when evaluating sample results with associated method blank contamination.

# 3    SAMPLING RESULTS

As shown in Exhibit E, total chromium (Cr) was detected in the attic dust samples at concentrations ranging from 30 to 110 milligrams per kilogram ("mg/kg").  These concentrations are generally elevated above what would be normally considered background in soils based on New York State Department of Environmental Conservation ("NYSDEC") guidance, as explained in the following section of this Report. Hexavalent chromium (Cr-VI) concentrations were detected at levels ranging from below the Reporting Limit (RL) to 0.44 mg/kg.  The chromium and hexavalent chromium concentrations detected in the dust samples collected at Plaintiff residences are also graphically depicted on a map presented in Exhibit F.

For purposes of evaluating the attic dust samples (as discussed in the following section of this Report), I calculated the Upper Confidence Limit ("UCL") concentration for total chromium detected in the attic dust samples using ProUCL software. ProUCL is a statistical software developed by the U.S. EPA for analyzing environmental data, including handling non-detects and calculating key metrics like UCLs to support risk assessments and regulatory compliance.[8] The 95th percentile UCL is used to account for uncertainty in estimating exposure concentrations.  ProUCL input files and calculations are provided separately as Microsoft Excel (XLSX) files in a Supporting Files folder that accompanies this Report.

There were 12 samples used for analysis for total chromium content with a mean of 53.58 mg/kg. The minimum value was 30 mg/kg and the maximum value was 110 mg/kg.  ProUCL, the U.S. EPA's recommended statistical software, suggested using a 95% UCL value of 66.7 mg/kg. The 95% UCL calculated by ProUCL exceeds NYSDEC's background chromium concentration utilized for Soil Cleanup

---

[8] ProUCL Software (website).  United States Environmental Protection Agency.  Last accessed July 2025.  Available online at: https://www.epa.gov/land-research/proucl-software.

Objectives ("SCOs").  A discussion of background is presented in Section 4.1 of this Report.  There were 12 samples used for analysis for hexavalent chromium (Cr-VI) content with a mean of 0.236 mg/kg. The minimum value was 0.089 mg/kg and the maximum value was 0.44 mg/kg.  ProUCL suggested using a 95% UCL value of 0.302 mg/kg. The 95% UCL for Cr-VI can not be similarly compared to a background level (as was done for total chromium), because the State did not publish a rural soils background level for Cr-VI as discussed below.

In their *Guidance for Data Useability in Risk Assessments* (Part A-12), the U.S. EPA stated, "With proper interpretation, the [estimated] results of analytes which are flagged "J" can often be used…".[9] It is appropriate to note that the twelve values used in my ProUCL analysis exceeded the blank values with the maximum hexavalent chromium (Cr-VI) values being greater than four times the values reported for the method blanks.

The chromium detections evidenced by the attic dust samples discussed above are indicative of atmospheric emissions from the Facilities during its long history of manufacturing and contamination in the surrounding area over many decades. Environmental investigations and publicity in the news media have revealed that residual pollution from the Facilities lingers and that concerns are tangible.  The following section discusses facts and information that speak to the nature and extent of residual chromium contamination from the Facilities and concerns that many residents may share.

## 4    DISCUSSION

### 4.1    Dust Samples Indicate Chromium Levels Exceeding Background

The chromium levels detected in the attic dust samples are higher than background concentrations in New York State soils. Indoor house dust, including attic dust, contains a large proportion of particles derived from outside sources. Chromium pollution occurred in the past due to atmospheric emissions from the Facility as discussed in my Expert Report. In addition to direct contamination, contaminated soils can be resuspended, enter homes, and accumulate over time, with up to 50% of household dust originating as outdoor soil.[10]

As discussed in Section 4.3 below, soil sampling conducted at the Bethpage Community Park (BCP), which was formerly part of the Facilities, revealed elevated levels of chromium associated with hazardous wastes

---

[9] USEPA 1992.  Guidance for Data Useability in Risk Assessment (Part A-12), Final, April, 1992 (website). United States Environmental Protection Agency.  Last accessed July 2025.  Available online at: https://www.epa.gov/risk/guidance-data-useability-risk-assessment-part-12-final-april-1992.

[10] Cizdziel 1998. Plutonium Anomalies in Attic Dust and Soils at Locations Surrounding the Nevada Test Site. Chemosphere. Vol. 37, No. 6. Page 1165.

disposed by the Facilities.[11] Concentrations of total chromium and hexavalent chromium in soils at the BCP were compared to background levels in New York State based on a 2006 Technical Support Document developed by the NYSDEC and the New York State Department of Health ("NYSDOH").[12] This report indicated a New York State Background total chromium (Cr) and hexavalent chromium (Cr-VI) concentration range of 1.5-40 mg/kg.

The 2006 NYSDEC Technical Support Document on development of Soil Cleanup Objectives (SCOs) summarized several studies documenting background levels of total chromium in New York State.[13] The largest of these studies, the Rural Survey, involved the systematic collection of surface soil samples from 125 randomly selected rural properties, 119 of which yielded a total of 265 valid samples analyzed for total chromium.[14] A Summary Report on the Statewide Rural Surface Soil Survey indicates that the 50th percentile chromium concentration from the habitat dataset was 10.7 mg/kg.[15] For the entire State, the 2006 Technical Support Document weighted five studies based on their sample size to derive a Rural Soil Background Concentration ("RSBC") of 30 mg/kg for chromium (Cr-III) in rural soils.[16]

As indicated in Exhibits E and F, and in Table 1 below, the chromium concentrations in the attic dust samples ranged from 30 mg/kg to 110 mg/kg. As mentioned in Section 4.3 (below), chromium concentrations were also elevated in soil samples collected at the BCP. These findings are comparable indications of contamination associated with former aerospace manufacturing activities at the Facilities.

---

[11] D&B 2003. Town of Oyster Bay – Bethpage Community Park – Investigation Sampling Program – Field Report. Dvirka and Bartilucci Consulting Engineers. December 2003. NGROM0936024.

[12] NYSDEC 2006. New York State Brownfield Cleanup Program - Development of Soil Cleanup Objectives - Technical Support Document. New York State Department of Environmental Conservation and New York State Department of Health. September 2006.

[13] Ibid., Table 9.1-2, Page 320.

[14] NYSDEC 2005. Appendix D. Concentrations of Selected Analytes in Rural New York State Surface Soils: A Summary Report on the Statewide Rural Surface Soil Survey. August 2005. Page 5.

[15] Id., Table 6b, PDF Page 97.

[16] Ibid., Table 9.1-9, Page 327.

| Sample ID | Sample Date | Laboratory ID | Chromium (mg/kg) | MDL (mg/kg) | RL (mg/kg) | Hexavalent Chromium (mg/kg) | MDL (mg/kg) | RL (mg/kg) | Lab Job Number | Report Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 3/16/2023 | 481897-001 | 110 | 0.073 | 0.98 | 0.089 B,J | 0.027 | 0.4 | 481897 | 3/30/2023 |
| 6 | 3/16/2023 | 481897-002 | 52 | 0.071 | 0.96 | 0.44 | 0.027 | 0.4 | 481897 | 3/30/2023 |
| 7 | 3/16/2023 | 481897-003 | 30 | 0.071 | 0.96 | 0.44 | 0.027 | 0.4 | 481897 | 3/30/2023 |
| 9 | 3/16/2023 | 481897-004 | 31 | 0.071 | 0.96 | 0.24 B,J | 0.026 | 0.4 | 481897 | 3/30/2023 |
| 11 | 3/17/2023 | 481897-005 | 81 | 0.073 | 0.99 | 0.14 B,J | 0.027 | 0.4 | 481897 | 3/30/2023 |
| 12 | 3/17/2023 | 481897-006 | 33 | 0.073 | 0.99 | 0.13 B,J | 0.027 | 0.4 | 481897 | 3/30/2023 |
| Ceil | 5/18/2023 | 485559-001 | 55 | NR | 0.98 | ND | NR | 0.41 | 485559 | 5/30/2023 |
| Caffrey | 5/18/2023 | 485558-001 | 35 | NR | 0.94 | ND | NR | 0.4 | 485558 | 5/30/2023 |
| Blacksmith | 5/18/2023 | 485557-001 | 82 | 0.093 | 0.98 | 0.18 B,J | 0.027 | 0.4 | 485557 | 5/23/2023 |
| Peach | 5/18/2023 | 485556-001 | 39 | 0.091 | 0.95 | 0.14 B,J | 0.026 | 0.39 | 485556 | 5/23/2023 |
| Parkview | 5/19/2023 | 485550-001 | 57 | 0.092 | 0.97 | 0.39 B,J | 0.026 | 0.4 | 485550 | 5/23/2023 |
| Belmont | 5/19/2023 | 485551-001 | 37 | 0.091 | 0.95 | 0.13 B,J | 0.027 | 0.41 | 485551 | 5/23/2023 |
| Jupiter | 5/19/2023 | 485555-001 | 55 | 0.092 | 0.96 | 0.3 B,J | 0.026 | 0.39 | 485555 | 5/23/2023 |
| Troscher | 5/19/2023 | 485549-001 | 36 | 0.092 | 0.96 | 0.21 B,J | 0.027 | 0.4 | 485549 | 5/23/2023 |

Table 1: Analytical Results for Attic Dust Samples (Exhibit E)

mg/kg = milligrams per kilogram.
B = Contamination found in associated Method Blank.
J = Estimated value.
ND = Not Detected.
NR - Not Reported.

The total chromium levels detected in the attic dust samples largely exceeded the background chromium RSBC of 30 mg/kg.  A comparison of the attic dust chromium analytical results to the habitat dataset 50th percentile from the NYSDEC (2005) Rural Surface Soil Survey and to the 98th percentile developed in the 2006 Technical Support Document are shown below in Table 2 (Exhibit G). On average, total chromium detections were 4.9 times greater than the 50th percentile and 1.7 times greater than the 98th percentile chromium concentrations found in New York soil.

| Sample ID | Attic Dust Total Chromium Concentration (mg/kg) | New York State 50th Percentile Chromium Concentration (NYS-50th) | Attic Dust Total Chromium Divided by NYS-50th | New York State 98th Percentile Chromium Concentration (NYS-98th) | Attic Dust Total Chromium Divided by NYS-98th | Attic Dust Hexavalent Chromium Concentration (mg/kg) |
|---|---|---|---|---|---|---|
| 2 | 110 | 10.7 | 10.28 | 30 | 3.67 | 0.089 |
| 6 | 52 | 10.7 | 4.86 | 30 | 1.73 | 0.44 |
| 7 | 30 | 10.7 | 2.80 | 30 | 1.00 | 0.44 |
| 9 | 31 | 10.7 | 2.90 | 30 | 1.03 | 0.24 |
| 11 | 81 | 10.7 | 7.57 | 30 | 2.70 | 0.14 |
| 12 | 33 | 10.7 | 3.08 | 30 | 1.10 | 0.13 |
| Parkview | 57 | 10.7 | 5.33 | 30 | 1.90 | 0.39 |
| Belmont | 37 | 10.7 | 3.46 | 30 | 1.23 | 0.13 |
| Jupiter | 55 | 10.7 | 5.14 | 30 | 1.83 | 0.3 |
| Troscher | 36 | 10.7 | 3.36 | 30 | 1.20 | 0.21 |
| Peach | 39 | 10.7 | 3.64 | 30 | 1.30 | 0.14 |
| Blacksmith | 82 | 10.7 | 7.66 | 30 | 2.73 | 0.18 |
| Caffrey | 35 | 10.7 | 3.27 | 30 | 1.17 | ND |
| Ceil | 55 | 10.7 | 5.14 | 30 | 1.83 | ND |
| AVERAGE | 52 | 10.7 | 4.9 | 30.0 | 1.7 | |
| UCL | 66.7 | | | | | |

Table 2: Analytical Results of Attic Dust Samples Compared to Background (Exhibit G)

mg/kg = milligrams per kilogram.
NYS-50th = The 50th percentile value for Chromium (Total) in Table 6b of NYSDEC (2005).
NYS-98th = The 98th percentile value for Chromium (Total) in Table 9.1-9 of NYSDEC (2006).
UCL = Upper Confidence Limit
NYSDEC (2005).  Appendix D - Concentrations of Selected Analytes in Rural New York State Surface Soils: A Summary Report on the Statewide Rural Surface Soil Survey. August 2005. Table 6b. PDF Page 97.
NYSDEC (2006).  New York State Brownfield Cleanup Program - Development of Soil Cleanup Objectives - Technical Support Document. New York State Department of Environmental Conservation and New York State Department of Health.  September 2006. Table 9.1-9. PDF Page 97.

## 4.2    Hexavalent Chromium Levels Were Higher Historically

Grumman stopped emitting stack emissions in Bethpage around 1994.  Therefore, the average Cr-VI and Cr-III concentrations detected in the attic dust samples are likely lower than results that would have been obtained 28 years earlier. This attic dust likely underestimates the value of Cr-VI in the homes due to the reduction of Cr-VI to Cr-III. Hexavalent chromium (Cr-VI) reduces naturally to Cr-III and "…has an estimated half life ranging from 16 hours to 4.8 days…" in the atmosphere.[17]

The analytical results for the attic dust samples largely indicate low estimated concentrations (largely below the reporting limit) of hexavalent chromium (Cr-VI). However, these Cr-VI concentrations in the attic dust samples are not likely to be representative of environmental levels that existed years to decades in the past, because Cr-VI chemically transforms to trivalent chromium (Cr-III) through chemical reduction. Chemical reduction in soils (i.e., and house dust) depletes Cr-VI concentrations as discussed further below.

---

[17] Kimbrough 1999.  A Critical Assessment of Chromium in the Environment. David Kimbrough, Yoram Cohen, Arthur Winer, Lynn Creelman & Clayton Mabuni.  Critical Reviews in Environmental Science and Technology, Vol. 29(1), Pages 1–46.  1999.  PDF Page 17.

Trivalent chromium (Cr-III) and hexavalent chromium (Cr-VI) are the primary states found in the environment.[18] In most soils, chromium is primarily present as trivalent chromium (Cr-III), which has low reactivity and low mobility.[19] In this case, attic dust containing chromium derived from historical air pollutants from the Facilities has likely degraded over time, resulting in lower Cr-VI measurements. Reduction of hexavalent chromium (Cr-VI) to trivalent chromium (Cr-III) can occur in aerobic, low pH soils that contain appropriate organic matter to facilitate redox reactions.[20] Trivalent chromium, on the other hand, is environmentally stable as stated in a 2006 NYSDEC Technical Support Document.[21]

## 4.3    Chromium Contamation Has Persisted in the Community for Decades

Contamination of Groundwater

As indicated in my October 2021 Expert Report, chromium compounds were detected in public wells near the Facilities as early as 1947.[22] This point is based on a 1995 NYSDEC Record of Decision indicating that "...Grumman was notified that Well #3 of the Central Park Water District (predecessor of the present day Bethpage Water District) contained 1.4 parts per million (ppm) of hexavalent chromium".[23] This early indication that the Facilities had impacted public drinking water occurred long before the public was made aware of widespread contamination. As discussed below, the groundwater aquifer underlying Bethpage and used for public drinking water was also impacted by releases of trichloroethylene ("TCE") from the Facilities.

Extensive contamination of the groundwater aquifers beneath the Facilities was determined through the completion of an extensive series of environmental investigations. The contaminated groundwater plume beneath the Facilities was eventually delineated to extend several miles.

In December 2019, the NYSDEC finalized an Amended Record of Decision ("2019 AROD") to address Off-Site Groundwater.[24] This 2019 AROD presented a final remedy for cleanup of the groundwater plume

---

[18] USEPA 1994. EPA Ground Water Issue: Natural Attenuation of Hexavalent Chromium in Groundwater and Soils. U.S. Environmental Protection Agency. October 1994. PDF Page 1.

[19] ATSDR 2012. Toxicological Profile for Chromium. Agency for Toxic Substances and Disease Registry. September 2012. PDF Page 396.

[20] Ibid., Page 396.

[21] NYSDEC 2006. New York State Brownfield Cleanup Program - Development of Soil Cleanup Objectives - Technical Support Document. New York State Department of Environmental Conservation and New York State Department of Health. September 2006. Page 304.

[22] Rosenfeld 2021. Retrospective Assessment of Community Exposure to Historical Emissions from the Former Grumman Aerospace Corporation and Naval Weapons Industrial Reserve Plant Facilities in Bethpage, Nassau County, New York. Paul E. Rosenfeld, Ph.D. October 26, 2021. PDF Page 37.

[23] NYSDEC 1995. Record of Decision - Grumman Aerospace, Bethpage Facility, Operable Unit 1, Inactive Hazardous Waste Site. New York State Department of Environmental Conservation. March 1995. PDF Pg. 7.

[24] NYSDEC 2019. Amended Record of Decision - Northrop Grumman Bethpage Facility, Operable Unit Number 02: Off-Site Groundwater. New York State Department of Environmental Conservation. December 2019.

beneath the Facilities.  The estimated present worth cost (in 2019) to implement the groundwater cleanup remedy was $585 million.

In July 2024, Northrop Grumman and the State of New York reached the final drafting of an agreement to clean up the Bethpage plume according to a story aired on WHSU Public Radio entitled *New York finalizes deal with Northrop Grumman to clean up the toxic Bethpage plume.*[25]

<u>Contamination of Bethpage Community Park</u>

As discussed briefly in my Expert Report, the Bethpage Community Park (BCP), which was formerly part of the Facilities and used for disposal of various hazardous wastes, has been a source of contamination in the community for many years.[26]  Multiple investigations have occurred and portions of the BCP have been closed for decades. News stories concerning the BCP indicate that cleanup remains unfinished and is of widespread concern in the community.

In around 1962, Grumman donated the BCP property to the Town of Oyster Bay.[27]  The Town soon after constructed recreational facilities at the BCP for use by the public.  Around 30 years later, environmental investigations started revealing extensive contamination at the site.

An early Risk Assessment (2002) for the BCP indicated that the site was contaminated by a variety of toxic chemicals, including arsenic, chromium, mercury, and polychlorinated biphenyls ("PCBs").[28]  This 2002 Risk Assessment indicated carcinogenic risks for Recreational Users exceeding one in a million.  Risks ranged from 2.78 in a million (Adult) to 11 in a million (Child).[29]

A 2003 Field Report describing environmental investigations at the BCP documented disturbing soil and groundwater contamination at the site.[30] This Report indicated that the site was used for disposal of wastewater treatment plant sludge that resulted from metal finishing operations at the Facilities.[31] The 2003 Field Report revealed extensive contamination, including metals and other chemicals of concern such as volatile organic compounds (VOCs), semi-volatile organic compounds (SVOCs), and PCBs.  Total

---

[25] WSHU 2024.  New York finalizes deal with Northrop Grumman to clean up the toxic Bethpage plume. By Desiree D'Iorio, WSHU Public Radio. July 14, 2022.  Last accessed June 2025.  Available online at: https://www.wshu.org/long-island-news/2022-07-14/new-york-finalizes-deal-with-northrop-grumman-to-clean-up-the-toxic-bethpage-plume.

[26] Rosenfeld 2021. Retrospective Assessment of Community Exposure to Historical Emissions from the Former Grumman Aerospace Corporation and Naval Weapons Industrial Reserve Plant Facilities in Bethpage, Nassau County, New York.  Paul E. Rosenfeld, Ph.D.  October 26, 2021. PDF Page 59.

[27] D&B 2003.  Town of Oyster Bay – Bethpage Community Park – Investigation Sampling Program – Field Report. Dvirka and Bartilucci Consulting Engineers. December 2003. NGROM0936024.

[28] GannettFlemming 2002.  Town of Oyster Bay – Bethpage Community Park – Risk Assessment for Park (excluding ball field). Gannett Fleming Engineers and Architects, P.C.  November 15, 2002. NGROM0749721.

[29] Ibid., PDF Page 4.

[30] D&B 2003.  Town of Oyster Bay – Bethpage Community Park – Investigation Sampling Program – Field Report. Dvirka and Bartilucci Consulting Engineers. December 2003. NGROM0936024.

[31] Ibid., PDF Page 12.

chromium and hexavalent chromium were detected in numerous soil samples at levels exceeding the "Eastern USA Background Level or Recommended Soil Cleanup Objective".[32]  The 2003 Field Report referenced the New York State Background total chromium (Cr) and hexavalent chromium (Cr-VI) range of 1.5-40 mg/kg and a proposed revised criteria of 50 mg/kg.

In 2009, a consultant (Arcadis) working for Northrop Grumman conducted a Human Health Risk Assessment ("HHRA") for the BCP.[33]  A total of 176 soluble chromium samples were taken at the BCP for Arcadis's 2009 HHRA. Five (5) of the forty-one (41) samples analyzed for hexavalent chromium (Cr-VI) indicated a presence of the metal ranging from 6.28-560 mg/kg for Cr-VI and 1.1-124,000 mg/kg for trivalent chromium (CR-III).[34] As discussed above in Section 4.1, NYSDEC uses a background chromium concentration of 30 mg/kg when developing SCOs.[35]  The levels of chromium detected in the BCP and presented in the 2009 HHRA are clearly elevated compared to background.  These elevated chromium levels are attributable to Grumman as they are responsible for the cleanup.[36]

The ratio of maximum total chromium detections to maximum Cr-VI detections at the BCP and the community attic sampling was approximately 220:1 and 250:1, respectively.  Grumman dumped Cr-VI contaminated materials and other toxic wastes in the community's public park (BCP) and, over time, much of that Cr-VI has reduced to Cr-III. The similarity between the two ratios demonstrates that Grumman was the cause of the chromium contamination in Bethpage.  Based on this analysis, it is my opinion that the chromium results found in the houses (i.e., attic dust samples) are more likely than not attributable to the chromium emissions and wastes (e.g., Cr-VI) released by the Defendants.

In April 2024, a story on WSHU Public Radio reported that buried drums were found at the BCP early last year.[37]  This discovery was dropped on the community more than a decade after areas of the BCP had been closed to limit potential human health exposures.  The Oyster Bay Town Supervisor, Joe Saladino, was quoted saying "despite our demands, and Grumman knowing about pollution in this park for decades, they continue to drag their feet and use a haphazard approach for dealing with this environmental nightmare".

---

[32] Ibid., Table B-4, PDF Pages 147-175.

[33] Arcadis 2009. Human Health Risk Assessment - Former Grumman Settling Ponds (Operable Unit 3), Bethpage, New York. Arcadis. April 2009.

[34] Ibid., Table 2-1. PDF Page 49.

[35] NYSDEC 2006. New York State Brownfield Cleanup Program - Development of Soil Cleanup Objectives - Technical Support Document.  New York State Department of Environmental Conservation and New York State Department of Health.  September 2006. PDF Page 327.

[36] Community Spotlight: Bethpage (website).  Northrop Grumman.  Last accessed July 2025.  Available online at: https://www.northropgrumman.com/esg/community-spotlight-bethpage/.

[37] WSHU 2024.  DEC investigates chemical drums discovered in former Grumman dumping ground. By Desiree D'Iorio, WSHU Public Radio.  April 5, 2024.  Last accessed June 2025.  Available online at: https://www.wshu.org/long-island-news/2024-04-05/ny-toxic-chemicals-bethpage-community-park-northrup-grumman.

## 4.4    Contamination Levels are Tangible to Residents

The results of the attic dust samples presented in this Report and any other environmental samplings that take place in the community are tangible.Multiple lines of evidence show that chromium contamination in Bethpage homes is real and tangible, including: (1) elevated chromium levels in attic dust, (2) significant contamination at the Facility site, (3) groundwater pollution from Facility releases, (4) permits documenting large hexavalent chromium emissions by Northrup Grumman, (5) extensive media coverage, and (6) numerous official reports confirming widespread contamination. Taken together, this evidence proves the contamination is substantial and above background levels.  When all the evidence is evaluated together, the chromium contamination is real, significant, above background, and tangible.

# 5    FINDINGS AND CONCLUSIONS

Soil Water Air Protection Enterprise (SWAPE) conducted an assessment of chromium and hexavalent chromium levels in samples of settled attic dust collected from twelve (14) residential dwellings situated at locations surrounding the Facilities in Bethpage, New York.  Sampling activities were conducted March 16-17 and May 18-19, 2025.  Based on my experience and knowledge of historical emissions from the Facilities and the results of this assessment, the following findings and opinions are proffered:

1.  In March and May 2023, SWAPE conducted two phases of attic dust sampling in the Bethpage community surrounding the Facilities. An Affidavit summarizing the results of the attic dust sampling and laboratory analysis of the dust samples was submitted to the Court on May 30, 2023. This Report has been prepared to document the sampling events and discuss the results.

2.  Attic dust samples were collected using a published sampling methodology as described in Wu, et al. (2008): *Methods for Collecting Samples for Assessing Dioxins and Other Environmental Contaminants in Attic Dust: A Review.*[38]

3.  Fourteen (14) samples were submitted for laboratory analysis of chromium and twelve (12) samples were analyzed for hexavalent chromium (Cr-VI).  Attic dust samples were analyzed by Enthalpy Analytical, Inc. of Orange, California.

4.  Total chromium (Cr) was detected in the attic dust samples at concentrations ranging from 30 to 110 milligrams per kilogram ("mg/kg"). Hexavalent chromium (Cr-VI) concentrations were detected at low levels ranging from below the Reporting Limit (RL) to 0.44 mg/kg.

---

[38] Wu 2008.  Methods for Collecting Samples for Assessing Dioxins and Other Environmental Contaminants in Attic Dust: A Review.  Wu, et al. Organohalogen Compounds, Volume 70, Pages 527-530.  2008.

5. Total chromium (Cr) levels in the attic dust samples exceed an established background level of 30 mg/kg in New York State rural soils. A NYSDEC Technical Support Document indicates a Rural Soil Background Concentration ("RSBC") of 30 mg/kg for chromium (Cr-III) in rural soils.[39]

6. The hexavalent chromium (Cr-VI) concentrations detected in the attic dust samples are not likely to be representative of environmental levels that existed years to decades in the past, because Cr-VI chemically transforms to trivalent chromium (Cr-III) through chemical reduction.

7. The Facilities have contaminated groundwater in the community and the Bethpage Community Park (BCP) with chromium and other chemicals of concern. Community residents in the Bethpage area, who have been exposed to years of news stories concerning the underlying groundwater plume, contaminants at the BCP, and delays by Grumman to clean up these problems, are sufficiently educated and interested in levels of contaminants present in the community. Accordingly, the results of the attic dust samples presented in this Report and any other environmental samplings that take place in the community are tangible.

8. Finally, there are multiple lines of evidence that demonstrate the chromium contamination in the Bethapage homes are "tangible" including but not limited to: (1) measured levels of chromium above background in the attic dust of the Bethpage community, (2) evidence of significant onsite chromium contamination at the Facility above State clean up levels, (3) evidence of significant groundwater contamination resulting from Facility releases, (4) permits showing Northrup Grumman emitted thousands of pounds of hexavalent chromium into the community, (5) numerous news stories, (6) numerous government and consultant documents proving the significance of the chromium contamination throughout the community, and (7) finally when all the evidence is evaluated together the chromium contamination is real, significant, above background, and tangible.

Paul E. Rosenfeld, Ph.D.

---

[39] NYSDEC 2006.  New York State Brownfield Cleanup Program - Development of Soil Cleanup Objectives - Technical Support Document.  New York State Department of Environmental Conservation and New York State Department of Health.  September 2006.  Table 9.1-9, Page 327.

15