

**Sample ID: 11**
248 North Fifth Street, Bethpage, NY 11714

**Sample ID: 2**
162 Maple Avenue, Bethpage, NY 11714

**Sample ID: 9**
209 North Fourth Street, Bethpage, NY 11714

**Sample ID: Blacksmith**
38 Blacksmith Road, Levittown, NY 11756

**Sample ID: 7**
130 Bloomingdale Road, Levittown, NY 11756

**Sample ID: Jupiter**
6 Jupiter Lane, Levittown, NY 11756

**Sample ID: Belmont**
19 Belmont Avenue, Bethpage, NY 11803

**Sample ID: Caffrey**
87 Caffrey Avenue, Bethpage, NY 11714

**Sample ID: 12**
127 Maple Avenue, Bethpage, NY 11714

**Sample ID: Parkview**
18 Parkview Circle, Bethpage, NY 11714

**Sample ID: 6**
31 Coronet Crescent, Bethpage, NY 11714

**Sample ID: Peach**
15 North Peach Street, Bethpage, NY 11714

**Sample ID: Troscher**
22 Troscher Lane, Bethpage, NY 11714

**Sample ID: Ceil**
7 Ceil Place, Bethpage, NY 11714

**Exhibit B - Locations of Residences with Attic Dust Samples Collected**

Source: Basemap from Google Earth, aerial photograph date: June 18, 2023.