#1

## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethpage
Completed by: Paul Rosenfeld, Lina Savage, Sophia Winter
Sampling Date: 03/16/2023
Resident Name: ~~Katherine~~ Pamico
Owner Name: Robert Turk
Site Address: ~~212 N Robert Damm~~ St.

162 Maple Bethpage

Duration of Residency: 1982
Contact Info: (516) 433-9375

Comments:

Site Location Sketch

vent

### General Site Information

Date of Construction: 1959
Type of Construction: ranch

Structural Changes: new roof in 2013

Type of Insulation: Fiberglass
Area of Attic(ft): 320 ft2          Attic Fans (Yes/No): no     A/C (Yes/No): no
Last Time Attic/Home was Vacuumed:        Use of Attic: storage
Condition of Attic:

### Sample Collection Information

| | |
|---|---|
| Sample ID: 1 | Sample ID: |
| Time of Collection: | Time of Collection: 9 am |
| Sample Collection Method: vacuum | Sample Collection Method: |
| Sample Description: dust | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: EMSL Analytical, Inc. | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise

#2

## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethpage

Completed by: Paul Rosenfeld, Line Savage, Sylvia Winter

Sampling Date: 03/16/2023

Resident Name: Robert Turk

Owner Name:

Site Address: 162 Maple Ave.

Duration of Residency:

Contact Info: (516) 313-5720
(516) 931-4783

Comments:

Site Location Sketch

### General Site Information

Date of Construction: 1959

Type of Construction: ranch

Structural Changes: new roof in 2013

Type of Insulation: fiberglass

Area of Attic(ft): 320 ft²          Attic Fans (Yes/No): no     A/C (Yes/No): no

Last Time Attic/Home was Vacuumed:          Use of Attic: storage

Condition of Attic:

### Sample Collection Information

| | |
|---|---|
| Sample ID: 2 | Sample ID: |
| Time of Collection: | Time of Collection: 8:30 am |
| Sample Collection Method: vacuum | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: Enthalpy Analytical, Inc. | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise

#3

## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### *General Information*

Project Name: Bethpage

Completed by: Paul Rosenfeld, Lina Savage, Sophia Winter

Sampling Date: 03/16/2023

Resident Name: Ralph Cutone

Owner Name:

Site Address: 267 North Seventh St.

Duration of Residency: 1981

Contact Info: (516) 633-5519

Comments:

**Site Location Sketch**

### *General Site Information*

Date of Construction: 1960

Type of Construction: Wood w/ brick

Structural Changes: A lot. living room opened up, bedroom expansion, garage turned into TV room.

Type of Insulation: fiberglass (rolled)

Area of Attic(ft): 300 - 400 ft²     Attic Fans (Yes/No): Yes (1)   A/C (Yes/No): Yes, central

Last Time Attic/Home was Vacuumed: never     Use of Attic: Storage

Condition of Attic: ~~attic~~

### *Sample Collection Information*

| | |
|---|---|
| Sample ID: 3 | Sample ID: |
| Time of Collection: | Time of Collection: 9:13 AM |
| Sample Collection Method: vacuum | Sample Collection Method: |
| Sample Description: dust | Sample Description: |
| Quantity of Sample Collected: enthalpy | Quantity of Sample Collected: |
| Analytical Laboratory: ~~Enthalpy~~ Analytical, Inc. | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise

#4

## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethpage

Completed by: Paul Rosenfeld, Lina Savage, Sophia Winter

Sampling Date: 03/16/2023

Resident Name: Andrew Haugen, Mary Haugen

Owner Name:

Site Address: 172 N 2nd St.

Duration of Residency:

Contact Info: (516) 721-4828
(516) 931-7593

Comments:

Site Location Sketch

### General Site Information

Date of Construction: 1955

Type of Construction: Ranch

Structural Changes: addition in 1980

Type of Insulation: rolled fiber

Area of Attic(ft): 300        Attic Fans (Yes/No): y        A/C (Yes/No): yes

Last Time Attic/Home was Vacuumed: no        Use of Attic: storage

Condition of Attic: clean

### Sample Collection Information

| | |
|---|---|
| Sample ID: 4 | Sample ID: |
| Time of Collection: 1:10 | Time of Collection: |
| Sample Collection Method: vacuum | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: Enthalpy Analytical, Inc | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise


#5

# ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethpage
Completed by: Paul Rosenfeld, Lina Savage, Sophie Winker
Sampling Date: 03/16/2023
Resident Name: Edward Gaylardo
Owner Name:
Site Address: 1064 Stewart Ave.

Duration of Residency:
Contact Info: (516) 384-7339
(516) 938-3034

Comments:

Site Location Sketch

### General Site Information

Date of Construction: 1971
Type of Construction: high ranch

Structural Changes:

Type of Insulation: rolled
Area of Attic(ft): 7 1000 ft²
Last Time Attic/Home was Vacuumed: no
Condition of Attic:

Attic Fans (Yes/No): yes    A/C (Yes/No): no
Use of Attic: Storage

### Sample Collection Information

| | | |
|---|---|---|
| Sample ID: 5 | Sample ID: | |
| Time of Collection: 2:00 | Time of Collection: | |
| Sample Collection Method: Vacuum | Sample Collection Method: | |
| Sample Description: | Sample Description: | |
| Quantity of Sample Collected: | Quantity of Sample Collected: | |
| Analytical Laboratory: Enthaley Analytical Inc. | Analytical Laboratory: | |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: | |

Soil/Water/Air Protection Enterprise



## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethpage

Completed by: Paul Rosenfeld, Lisa Savage, Sophia Winter

Sampling Date: 03/16/2023

Resident Name: Lois Schiavetta

Owner Name:

Site Address: 31 Coronet Crescent

Duration of Residency:

Contact Info: (516) 236-1674

Comments:

Site Location Sketch

### General Site Information

Date of Construction: 1950

Type of Construction: ranch

Structural Changes:

Type of Insulation: rolled

Area of Attic(ft): 900 ft2          Attic Fans (Yes/No): no        A/C (Yes/No): no

Last Time Attic/Home was Vacuumed:              Use of Attic: storage

Condition of Attic: good

### Sample Collection Information

| | |
|---|---|
| Sample ID: 6 | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: vacuum | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: Enthalpy Analytical, Inc. | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise



## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethpage
Completed by: Paul Rosenfeld, Lino Savage, Sophia Winter
Sampling Date: 03/16/23
Resident Name: Emile Lemonsky
Owner Name:
Site Address: 130 Bloomingdale Rd.

Duration of Residency:
Contact Info: (516) 735-5385

Comments:

Site Location Sketch

### General Site Information

Date of Construction: 1965
Type of Construction:

Structural Changes: Basement

Type of Insulation: Fiberglass
Area of Attic(ft): 200-300 ft²     Attic Fans (Yes/No): ~~Yes~~ NO   A/C (Yes/No): NO
Last Time Attic/Home was Vacuumed: Never    Use of Attic: Storage
Condition of Attic:

### Sample Collection Information

| | |
|---|---|
| Sample ID: 7 | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: vacuum | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: ~~Enthalpy~~ Analytical, Inc. | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise


(#9)

## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethpage

Completed by: Paul Rosenfeld, Lisa Savage, Sophia Winter

Sampling Date: 03/16/23

Resident Name: Imed Touhivi (decedent: Jeavette Touhivi)

Owner Name:

Site Address: 209 North 4th St.

Duration of Residency:

Contact Info: (516) 813-5137

Comments:

**Site Location Sketch**

### General Site Information

Date of Construction:

Type of Construction:

Structural Changes:

Type of Insulation:

Area of Attic(ft):                          Attic Fans (Yes/No):          A/C (Yes/No):

Last Time Attic/Home was Vacuumed:          Use of Attic:

Condition of Attic:

### Sample Collection Information

| | |
|---|---|
| Sample ID: 9 | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: vacuum | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: ~~Entulps~~ Analytical, Inc. | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise

## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethpage
Completed by: Paul Rosenfeld, Lisa Savage, Sophia Winter
Sampling Date: 03/17/2023
Resident Name: Celeste Checchia
Owner Name:
Site Address: 35 Cherry Ave.

Duration of Residency:
Contact Info: (516) 749-6577
(516) 681-0106

Comments:

Site Location Sketch

### General Site Information

Date of Construction:
Type of Construction:

Structural Changes:

Type of Insulation:
Area of Attic(ft):                         Attic Fans (Yes/No):          A/C (Yes/No):
Last Time Attic/Home was Vacuumed:          Use of Attic:
Condition of Attic:

### Sample Collection Information

| | |
|---|---|
| Sample ID: 10 | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: vacuum | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: ~~Entalpy~~ Analytical, Inc. | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise



## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethpage

Completed by: Paul Rosenfeld, Lina Savage, Sophia White

Sampling Date: 03/17/2023

Resident Name: Joseph Mongan

Owner Name:

Site Address: 248 N. 5th St.

Duration of Residency:

Contact Info: (516) 822-3873

Comments:

Site Location Sketch

### General Site Information

Date of Construction: Early 50s

Type of Construction:

Structural Changes: No additions

Type of Insulation:

Area of Attic(ft):

Last Time Attic/Home was Vacuumed:

Condition of Attic:

Attic Fans (Yes/No):          A/C (Yes/No): No, just wall unit

Use of Attic: Storage but infrequently accessed

### Sample Collection Information

| | |
|---|---|
| Sample ID: 11 | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: vacuum | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: Enthalpy Analytical, Inc. | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise


#12

## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethpage
Completed by: Paul Rosenfeld, Lisa Savage, Sophia Winter
Sampling Date: 03/17/2023
Resident Name: Louis and Yolanda Caso
Owner Name:
Site Address: 127 Maple Ave.

Duration of Residency:
Contact Info: (516) 375-1602
(516) 732-7163

Comments:

Site Location Sketch

### General Site Information

Date of Construction:
Type of Construction:

Structural Changes:

Type of Insulation:
Area of Attic(ft): 
Attic Fans (Yes/No): 
A/C (Yes/No): 
Last Time Attic/Home was Vacuumed: 
Use of Attic: 
Condition of Attic:

### Sample Collection Information

| | |
|---|---|
| Sample ID: 12 | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: vacuum | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: EMSL Analytical, Inc. | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise

## DAILY FIELD ACTIVITIES LOG

COMPLETED BY: Paul        PERSONNEL: Cameron
DATE: 5/18                          Maddie
PAGE: 1 of 1                        Sophia

### FIELD NOTES

| TIME (24-HR) | | DESCRIPTION OF ACTIVITIES |
|---|---|---|
| 9-10 | 1* | Hankins = canceled |
| 10-11 | 1 | Kholodny = sample, above garage + in home ★ |
| 11-12 | 2 | Smith = sample, paper to sort out but lots of dust |
| 2-3 | 3* | Iovino = did not take sample, attic is finished w/ a small crawl space, insulation is blown |
| 5-6 | 3 | Glaser = sample. fine dust, concentrated next to chimney |
| 6-7 | 4 | McCormick = dub samples!!! filter mishap, put on wrong way will combine samples into same jar "4a" and "4b" |

For 5/19 sampling to do list:

☐ charge all batteries

☐ transfer dust to jars

◻ update map
            ↳ Denise Batch Sat @11AM

---

**SOIL / WATER / AIR PROTECTION ENTERPRISE**



## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethage

Completed by: SWAPE

Sampling Date: 5/18/23

Resident Name: Bella Kholodny

Owner Name: "

Site Address: 7 Ceil Place
Bethpage, NY 11714

X Duration of Residency:

Contact Info: (516) 622-3032

Comments:

Site Location Sketch

### General Site Information

X Date of Construction: 1955

Type of Construction:

X Structural Changes: NO

X Type of Insulation: FIBERGLASS / New SIDINGS (15-20 years)

Area of Attic(ft): ___ Attic Fans (Yes/No): ___ A/C (Yes/No): ___

X Last Time Attic/Home was Vacuumed: NEVER    Use of Attic: ___

Condition of Attic:

### Sample Collection Information

| | |
|---|---|
| Sample ID: 1 | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: Enthalpy | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise



**#2**

## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethpage
Completed by: SWAPE
Sampling Date: 5/18/23
Resident Name: Sara Smith
Owner Name: "
Site Address: 87 Caffrey Avenue
Bethpage, NY 11714

Duration of Residency: 42~43
Contact Info: (516) ~~456~~ 455-8832

Comments:

Site Location Sketch

### General Site Information

Date of Construction: 1955
Type of Construction: put a fan, AC up there, solar panels (2016) +
more in 2019  ('80s')  (2000)
Structural Changes:

Type of Insulation: Fiber Glass
Area of Attic(ft): ___ Attic Fans (Yes/No): ___ A/C (Yes/No): ___
Last Time Attic/Home was Vacuumed: Never    Use of Attic: ___
Condition of Attic: go in not clean

### Sample Collection Information

| | |
|---|---|
| Sample ID: | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise



#3 #14

## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: Bethpage

Completed by: SWAPE

Sampling Date: 5/18/23

Resident Name: Robert Glaser

Owner Name: Robert Glaser

Site Address: ~~Levittown~~ 38 Blacksmith Rd

Levittown, NY 11756

Duration of Residency: 58 years

Contact Info: (516) 520-3143

Comments: _____

Site Location Sketch

### General Site Information

Date of Construction: 1951

Type of Construction: _____

Structural Changes: 32 years ago, 6 rooms upstairs

Type of Insulation: _____

Area of Attic(ft): _____  Attic Fans (Yes/No): _____  A/C (Yes/No): _____

Last Time Attic/Home was Vacuumed: _____  Use of Attic: yes

Condition of Attic: _____

### Sample Collection Information

| | |
|---|---|
| Sample ID: | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

6 years

Soil/Water/Air Protection Enterprise



## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: **Bethpage**
Completed by: **SWAPE**
Sampling Date: **5/18/23**
Resident Name: **Randy McCormick**
Owner Name: **"**
Site Address: **15 North Peach St**
**Bethpage, NY ~~11050~~**
**11714**

X Duration of Residency: **33 years**
Contact Info: **(516) 581-7276**

Comments:

**Site Location Sketch**

### General Site Information

X Date of Construction: **1947**
Type of Construction:

X Structural Changes: **nothing affecting attic space**

X Type of Insulation:
Area of Attic(ft):                          Attic Fans (Yes/No):              A/C (Yes/No):
X Last Time Attic/Home was Vacuumed: **never**    Use of Attic: **not much use**
Condition of Attic:

### Sample Collection Information

| | |
|---|---|
| Sample ID: | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: **Enthalpy** | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise

## DAILY FIELD ACTIVITIES LOG

COMPLETED BY: Paul     PERSONNEL: Cameron

DATE: 5/19     Maddie

PAGE: ____ of ____     Sophia

**FIELD NOTES**

TIME (24-HR)     DESCRIPTION OF ACTIVITIES

"6"
Rosalie Romano, 68 Sherman Ave, 8:30 - 9:00 AM
- Attic was covered by plywood ~10 years ago.
- Attic was vacuumed @ same time plywood was installed.
- Under insulation = clean, not a lot of dust  (not a good sample)
- fan to outside was directly above region of attic used for storage
- Romano family accesses attic 4 times per month
- Storage containers had no dust
- part of attic farther from fan to outdoors was not dusty

"7"
Linda Schmitt, 18 Parkview Circle, 10:15 - 11:15
- attic had plywood over ~~the~~ whole floor, installed ~55 years ago.
- Sample collected from edges of plywood, and side  (* sample)
crawl spaces, and sides where insulation was exposed, eves
- most dust was collected near/inside crawl space as
that area was pretty inaccessible = dust was undisturbed
and collected ~~over~~ over time

"8"
Guy Denigris, 19 Belmont Ave, 11:30 -
- sampled under insulation (a little bit), on vents, on floorboards
- there was lots of insulation
- couldn't reach far side for sampling

Doris Gillot, 6 Jupiter Lane, Levittown NY 11756,

Maureen X

Joanne X

"12"
Ball, Stephanie, 22 Troscher Lane, Bethpage NY 11714 5:30 - 6:30
- sampled mainly under insulation, sampled in vent leading to outside,
& in some items

SOIL / WATER / AIR PROTECTION ENTERPRISE

## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: ~~NOK~~ Bethpage

Completed by: SWAPE

Sampling Date: 5/19/23

Resident Name: Rosalie Romano

Owner Name: " "

Site Address: 68 Sherman Ave
Bethpage NY 11714

X Duration of Residency: 25

Contact Info:

Comments: vent right above storage area (used 4x a month), layed down plywood about 10 yrs ago, last vacuumed ~10 yrs ago when put down plywood, no dust under insulation

Site Location Sketch

### General Site Information

X Date of Construction: 1959

Type of Construction:

X Structural Changes: No

X Type of Insulation: Fiberglass

Area of Attic(ft): 

Attic Fans (Yes/No):          A/C (Yes/No):

X Last Time Attic/Home was Vacuumed: ~10 yrs ago     X Use of Attic: A lot ~4 x months

Condition of Attic:

### Sample Collection Information

| | |
|---|---|
| Sample ID: | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise



## ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: ~~SWAPE~~ Bethpage

Completed by: SWAPE

Sampling Date:

Resident Name: Linda Schmitt

Owner Name: " "

Site Address: 18 Parkview circle
Bethpage NY 11714

Duration of Residency: 750 yrs ~~1967~~

Contact Info: ~~1958~~
(516) 937-6072    moved in ~~58~~ 1967

Comments:

Site Location Sketch

### General Site Information

Date of Construction: 1954

Type of Construction:

Structural Changes: floorboards put in 55 years ago, put door to attic in when moved in

Type of Insulation: pink fiberglass (not original, was switched)

Area of Attic(ft):                          Attic Fans (Yes/No):          A/C (Yes/No):

Last Time Attic/Home was Vacuumed: never    Use of Attic: hardly anymore, 1-2x a month now for 10 years stored greyhound gear yearly

Condition of Attic:

### Sample Collection Information

| Sample ID: | Sample ID: |
|---|---|
| Time of Collection: | Time of Collection: |
| Sample Collection Method: | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise

#8

# ATTIC DUST FIELD SAMPLE COLLECTION LOG

## General Information

Project Name: Bethpage

Completed by: SWAPE

Sampling Date: 5/19/23

Resident Name: Guy Denigris

Owner Name:

Site Address: 19 Belmont Ave

Plainview, NY 11803

Duration of Residency: 30

Contact Info: (917) 806-5222

Comments:

Site Location Sketch

## General Site Information

Date of Construction:

Type of Construction:

Structural Changes: None affecting attic

Type of Insulation:

Area of Attic(ft):

Last Time Attic/Home was Vacuumed: Never

Condition of Attic:

Attic Fans (Yes/No): Y    A/C (Yes/No): Y

Use of Attic: Couple times a year

## Sample Collection Information

| Sample ID: | Sample ID: |
|---|---|
| Time of Collection: | Time of Collection: |
| Sample Collection Method: | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise

#9

# ATTIC DUST FIELD SAMPLE COLLECTION LOG

### General Information

Project Name: __Bethpage__

Completed by: __SWAPE__

Sampling Date: __5/19/23__

Resident Name: __Doris Gillot__

Owner Name: _____

Site Address: __6 Jupiter Lane__
__Levittown, NY 11756__

Duration of Residency: __1957 moved in__

Contact Info: __(516) 796-2109__

Comments: _____

Site Location Sketch

### General Site Information

Date of Construction: __~1949 maybe '48__

Type of Construction: _____

Structural Changes: __NO__

Type of Insulation: __Fiberglass (ong. insulation - rolled__

Area of Attic(ft): __Never/__ Attic Fans (Yes/No): ____ A/C (Yes/No): ____

Last Time Attic/Home was Vacuumed: __50-60 yrs ago__ Use of Attic: __1-2x a year, previously used as storage but not since ~2020 or so,__

Condition of Attic: __2 circulator/heating unit there, occasionally people__ __didn't go in, mainly dragged stuff out__

__oiled it__

### Sample Collection Information

| | |
|---|---|
| Sample ID: | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise

# ATTIC DUST FIELD SAMPLE COLLECTION LOG

## General Information

Project Name: Bethpage

Completed by: SWAPE

Sampling Date:

Resident Name: Stephanie Ball

Owner Name:

Site Address: 22 Troschier
Bethpage, NY 11714

Duration of Residency: since 1963

Contact Info:

Comments:

Site Location Sketch

## General Site Information

Date of Construction: 1963

Type of Construction:

Structural Changes: roof two layers of roofing added on top of old one

Type of Insulation: rolled insulation

Area of Attic(ft):

Last Time Attic/Home was Vacuumed: never

Condition of Attic:

Attic Fans (Yes/No): No    A/C (Yes/No): not through attic

Use of Attic:

## Sample Collection Information

| | |
|---|---|
| Sample ID: | Sample ID: |
| Time of Collection: | Time of Collection: |
| Sample Collection Method: | Sample Collection Method: |
| Sample Description: | Sample Description: |
| Quantity of Sample Collected: | Quantity of Sample Collected: |
| Analytical Laboratory: | Analytical Laboratory: |
| Contaminant(s) to be Tested: | Contaminant(s) to be Tested: |

Soil/Water/Air Protection Enterprise