| Residence Address | Resident Name | Sample ID | Laboratory ID | Sample Date | Analyzed |
|---|---|---|---|---|---|
| 162 Maple Avenue, Bethpage, NY 11714 | Robert Turk | 1 | | | |
| 162 Maple Avenue, Bethpage, NY 11714 | Robert Turk | 2 | 481897-001 | 3/16/2023 | Yes |
| 267 North Seventh Street, Bethpage, NY 11714 | Ralph Cutone | 3 | | | |
| 172 North Second Street, Bethpage, NY 11714 | Andrew Haugen | 4 | | | |
| 1064 Stewart Avenue, Bethpage, NY 11714 | Edward Gogliardo | 5 | | | |
| 31 Coronet Crescent, Bethpage, NY 11714 | Lois Schiaretta | 6 | 481897-002 | 3/16/2023 | Yes |
| 130 Bloomingdale Road, Levittown, NY 11756 | Emile Lemansky | 7 | 481897-003 | 3/16/2023 | Yes |
| 209 North Fourth Street, Bethpage, NY 11714 | Imed Touhiri | 9 | 481897-004 | 3/16/2023 | Yes |
| 35 Cherry Avenue, Bethpage, NY 11714 | Celeste Checchia | 10 | | | |
| 248 North Fifth Street, Bethpage, NY 11714 | Joseph Mongan | 11 | 481897-005 | 3/17/2023 | Yes |
| 127 Maple Avenue, Bethpage, NY 11714 | Louis Cevo | 12 | 481897-006 | 3/17/2023 | Yes |
| 7 Ceil Place, Bethpage, NY 11714 | Bella Kholodny | Ceil | 485559-001 | 5/18/2023 | Yes |
| 87 Caffrey Avenue, Bethpage, NY 11714 | Sara Smith | Caffrey | 485558-001 | 5/18/2023 | Yes |
| 38 Blacksmith Road, Levittown, NY 11756 | Robert Glaser | Blacksmith | 485557-001 | 5/18/2023 | Yes |
| 15 North Peach Street, Bethpage, NY 11714 | Randy McCormick | Peach | 485556-001 | 5/18/2023 | Yes |
| 68 Sherman Avenue, Bethpage, NY 11714 | Rosalie Romano | | | | |
| 18 Parkview Circle, Bethpage, NY 11714 | Linda Schmitt | Parkview | 485550-001 | 5/19/2023 | Yes |
| 19 Belmont Avenue, Bethpage, NY 11803 | Guy Denigris | Belmont | 485551-001 | 5/19/2023 | Yes |
| 6 Jupiter Lane, Levittown, NY 11756 | Doris Gillot | Jupiter | 485555-001 | 5/19/2023 | Yes |
| 22 Troscher Lane, Bethpage, NY 11714 | Stephanie Bell | Troscher | 485549-001 | 5/19/2023 | Yes |

**Exhibit D - Summary of Residences with Attic Dust Samples Collected and Analyzed**