| Sample ID | Sample Date | Laboratory ID | Chromium (mg/kg) | MDL (mg/kg) | RL (mg/kg) | Hexavalent Chromium (mg/kg) | MDL (mg/kg) | RL (mg/kg) | Lab Job Number | Report Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 3/16/2023 | 481897-001 | 110 | 0.073 | 0.98 | 0.089 B,J | 0.027 | 0.4 | 481897 | 3/30/2023 |
| 6 | 3/16/2023 | 481897-002 | 52 | 0.071 | 0.96 | 0.44 | 0.027 | 0.4 | 481897 | 3/30/2023 |
| 7 | 3/16/2023 | 481897-003 | 30 | 0.071 | 0.96 | 0.44 | 0.027 | 0.4 | 481897 | 3/30/2023 |
| 9 | 3/16/2023 | 481897-004 | 31 | 0.071 | 0.96 | 0.24 B,J | 0.026 | 0.4 | 481897 | 3/30/2023 |
| 11 | 3/17/2023 | 481897-005 | 81 | 0.073 | 0.99 | 0.14 B,J | 0.027 | 0.4 | 481897 | 3/30/2023 |
| 12 | 3/17/2023 | 481897-006 | 33 | 0.073 | 0.99 | 0.13 B,J | 0.027 | 0.4 | 481897 | 3/30/2023 |
| Ceil | 5/18/2023 | 485559-001 | 55 | NR | 0.98 | ND | NR | 0.41 | 485559 | 5/30/2023 |
| Caffrey | 5/18/2023 | 485558-001 | 35 | NR | 0.94 | ND | NR | 0.4 | 485558 | 5/30/2023 |
| Blacksmith | 5/18/2023 | 485557-001 | 82 | 0.093 | 0.98 | 0.18 B,J | 0.027 | 0.4 | 485557 | 5/23/2023 |
| Peach | 5/18/2023 | 485556-001 | 39 | 0.091 | 0.95 | 0.14 B,J | 0.026 | 0.39 | 485556 | 5/23/2023 |
| Parkview | 5/19/2023 | 485550-001 | 57 | 0.092 | 0.97 | 0.39 B,J | 0.026 | 0.4 | 485550 | 5/23/2023 |
| Belmont | 5/19/2023 | 485551-001 | 37 | 0.091 | 0.95 | 0.13 B,J | 0.027 | 0.41 | 485551 | 5/23/2023 |
| Jupiter | 5/19/2023 | 485555-001 | 55 | 0.092 | 0.96 | 0.3 B,J | 0.026 | 0.39 | 485555 | 5/23/2023 |
| Troscher | 5/19/2023 | 485549-001 | 36 | 0.092 | 0.96 | 0.21 B,J | 0.027 | 0.4 | 485549 | 5/23/2023 |

mg/kg = milligrams per kilogram.

B = Contamination found in associated Method Blank.

J = Estimated value.

ND = Not Detected.

NR - Not Reported.

**Exhibit E – Analytical Results for Chromium and Hexavalent Chromium in Attic Dust Samples**