

**Sample ID: 11**
Chromium (Total) = **81**
Hexavalent Chromium = **0.14** B,J

**Sample ID: 2**
Chromium (Total) = **110**
Hexavalent Chromium = **0.089** B,J

**Sample ID: 9**
Chromium (Total) = **31**
Hexavalent Chromium = **0.24** B,J

**Sample ID: Blacksmith**
Chromium (Total) = **82**
Hexavalent Chromium = **0.18** B,J

**Sample ID: 7**
Chromium (Total) = **30**
Hexavalent Chromium = **0.44**

**Sample ID: Jupiter**
Chromium (Total) = **55**
Hexavalent Chromium = **0.3** B,J

**Sample ID: Belmont**
Chromium (Total) = **37**
Hexavalent Chromium = **0.13** B,J

**Sample ID: Caffrey**
Chromium (Total) = **35**
Hexavalent Chromium = ND

**Sample ID: 12**
Chromium (Total) = **33**
Hexavalent Chromium = **0.13** B,J

**Sample ID: Parkview**
Chromium (Total) = **57**
Hexavalent Chromium = **0.39** B,J

**Sample ID: 6**
Chromium (Total) = **52**
Hexavalent Chromium = **0.44**

**Sample ID: Peach**
Chromium (Total) = **39**
Hexavalent Chromium = **0.14** B,J

**Sample ID: Troscher**
Chromium (Total) = **36**
Hexavalent Chromium = **0.21** B,J

**Sample ID: Ceil**
Chromium (Total) = **55**
Hexavalent Chromium = ND

**Exhibit F – Chromium and Hexavalent Chromium Concentrations in Attic Dust Samples**

Concentrations are shown in units of milligrams per kilogram (mg/kg).  B = Contamination found in associated Method Blank.  J = Estimated value.
Source:  Basemap from Google Earth, aerial photograph date: June 18, 2023.