| Sample ID | Attic Dust Total Chromium Concentration (mg/kg) | New York State 50th Percentile Chromium Concentration (NYS-50th) | Attic Dust Total Chromium Divided by NYS-50th | New York State 98th Percentile Chromium Concentration (NYS-98th) | Attic Dust Total Chromium Divided by NYS-98th | Attic Dust Hexavalent Chromium Concentration (mg/kg) |
|---|---|---|---|---|---|---|
| 2 | 110 | 10.7 | 10.28 | 30 | 3.67 | 0.089 |
| 6 | 52 | 10.7 | 4.86 | 30 | 1.73 | 0.44 |
| 7 | 30 | 10.7 | 2.80 | 30 | 1.00 | 0.44 |
| 9 | 31 | 10.7 | 2.90 | 30 | 1.03 | 0.24 |
| 11 | 81 | 10.7 | 7.57 | 30 | 2.70 | 0.14 |
| 12 | 33 | 10.7 | 3.08 | 30 | 1.10 | 0.13 |
| Parkview | 57 | 10.7 | 5.33 | 30 | 1.90 | 0.39 |
| Belmont | 37 | 10.7 | 3.46 | 30 | 1.23 | 0.13 |
| Jupiter | 55 | 10.7 | 5.14 | 30 | 1.83 | 0.3 |
| Troscher | 36 | 10.7 | 3.36 | 30 | 1.20 | 0.21 |
| Peach | 39 | 10.7 | 3.64 | 30 | 1.30 | 0.14 |
| Blacksmith | 82 | 10.7 | 7.66 | 30 | 2.73 | 0.18 |
| Caffrey | 35 | 10.7 | 3.27 | 30 | 1.17 | ND |
| Ceil | 55 | 10.7 | 5.14 | 30 | 1.83 | ND |
| AVERAGE | 52 | 10.7 | 4.9 | 30.0 | 1.7 | |
| UCL | 66.7 | | | | | |

mg/kg = milligrams per kilogram.

NYS-50th = The 50th percentile value for Chromium (Total) in Table 6b of NYSDEC (2005).

NYS-98th = The 98th percentile value for Chromium (Total) in Table 9.1-9 of NYSDEC (2006).

UCL = Upper Confidence Limit

NYSDEC (2005). Appendix D - Concentrations of Selected Analytes in Rural New York State Surface Soils: A Summary Report on the Statewide Rural Surface Soil Survey. August 2005. Table 6b. PDF Page 97.

NYSDEC (2006). New York State Brownfield Cleanup Program - Development of Soil Cleanup Objectives - Technical Support Document. New York State Department of Environmental Conservation and New York State Department of Health. September 2006. Table 9.1-9. PDF Page 97.

**Exhibit G – Analytical Results of Attic Dust Samples Compared to Background**