# EXHIBIT 28

Groundwater Property-Value Damages Expert Report

By:
Dr. Kevin J. Boyle

ROSALIE ROMANO, ET AL.
vs.
NORTHROP GRUMMAN CORPORATION, ET AL.
Case No. 16-cv-5760

Prepared for:
Environmental Litigation Group, P.C.
2160 Highland Avenue South, Suite 200
Birmingham, Alabama 35205

July 22, 2025

1

**Summary of Opinions**

This report investigates the monetary damages that accrue to 30 randomly selected properties located over the TCE groundwater plume emanating from the Northrop Grumman site in Bethpage New York.

Properties experience a common property value diminution from their current values of 18.3 percent plus a distance diminution, ranging from 0.2 to 2.4 percent, based on proximity to the Northrop Grumman facility. Properties located adjacent to the facility experience the greatest distance diminution.

Individual property-value damages range from $88,848 (19 Lee Ct, Massapequa) to $207,813 (434 Briarwood Rd, Massapequa) with an average property damage of $113,690 as of June 2024. The confidence range on the average damage per property of $113,690 is ±7 percent, which is a range from $105,732 to $121,648.

Computing property-value diminutions based on current market values of properties considers unique property characteristics of each property such as square feet of living area, lot size, depreciation due to age and current market conditions.

There is ample public information on the environmental contamination emanating from the Northrop Grumman site such that buyers and sellers, and realtors, in the affected area would be aware of the contamination. Thus, the contamination is capitalized into current market values of properties such that they sell for less than what their values would be in the absence of contamination. Based on the timing of the release of information to the public regarding the groundwater contamination, property values are unlikely to be impact prior to 2020 and current property values are impacted as described above.

The Federal Reserve Bank of St. Louis, reports Nassau County, New York property values increased in value by an average of about 8% from 2019 to 2024. The increasing market value of residential properties does not negate the impact of environmental contamination on values as properties would sell for even more in the absence of contamination.

The property damages outlined above describe how much more properties would sell for in the absence of the TCE groundwater contamination plume based on current values that reflect unique characteristics of each property. Thus, the monetary damages reported for all 30 properties in Table 3 of this report are the best estimates of damages for each of the 30 properties.

With the release of public information on the groundwater contamination plume in December 2019 and February 2020, properties would not be affected by this information prior to 2020 and are affected by the information after 2020.

**Qualifications of Dr. Kevin J. Boyle**

Dr. Boyle is the Blackwood Professor and Founding Head of the Blackwood Department Real Estate, Pamplin College of Business at Virginia Tech. Dr. Boyle has nearly 40 years of experience in the economic valuation of environmental amenities and disamenities. One of his specialties is the estimation of property-value models to understand how amenities and disamenities affect real estate market values. He has studied the property value impacts of air pollution, forest pest infestations, surface and groundwater quality, urban stormwater infrastructure, tree cover, and other applications. His research on these topics has been published in the top environmental economics journals (a copy of his current CV is provided

3

herewith). Further he is a co-author on a peer-reviewed journal article documenting the state of the art in the estimation of property-value models (Bishop et al., 2020).

Dr. Boyle has received recognition for the quality of his research. He was named a *Distinguished Maine Professor*, which is the highest recognition for faculty at the University of Maine. He is a *Fellow* of the Agricultural and Applied Economics Association and of the Association of Environmental and Resource Economists, the top professional association of environmental economists in the U.S. He received the highest research award bestowed by Virginia Tech, *Alumni Award for Research Excellence*. He was also recognized as one of the "Top 100 in Real Estate" in 2022.

Dr. Boyle has served in several prominent advisory roles including the External-Environmental Economics Advisory Committee's review of the *Repeal of the Clean Water Rule and its Replacement with the Navigable Waters Protection Rule to Define Waters of the United States (WOTUS)*, the *Independent Particulate Matter Review Panel* supported by the Union of Concerned Scientists, U.S. EPA Science Advisory Board *Environmental Economics Advisory Committee*, U.S. EPA Clean Air Scientific Advisory *Committee Particulate Matter Review Panel*, U.S. EPA Science Advisory Board *Advisory Council on Clean Air Compliance Analysis*.

Dr. Boyle has served as an economic valuation expert on cases involving surface water, groundwater and other media contamination in Alabama, California, Ohio, Oklahoma, New Jersey, U.S Virginia Islands, West Virginia, Wisconsin, and other locations. He served as an expert for the National Oceanic and Atmospheric Administration and Department of Justice with the Deepwater Horizon oil spill natural resources damage assessment team (Bishop et al., 2017).

**Northrop Grumman Site Contamination**

4

TCE (Trichloroethylene) releases that contributed to groundwater contamination emanating from the Northrop Grumman site date back to 1940s and hexavalent chromium was identified in public drinking water wells in 1947 (See: I2M Associates, LLC, and W. Richard Laton reports). This contamination led to the site becoming a New York State Superfund site, and numerous other contaminants have been identified in the groundwater flowing from the site.[1,2] Subsequently, actions were undertaken to remove on-site contamination and control off-site migration of groundwater contamination.[3] However, the contamination has continued to spread and will take many decades to fully remediate (See: W. Richard Laton report).

The boundaries of the groundwater contamination plume are shown in Figure 1 (pink shaded area). The Northrop Grumman property is outlined in yellow on the map. Market values of properties located over the contamination plume or near the plume are diminished by the stigma of the contamination as will be explained below. It is my understanding that the plume extends beyond Bethpage into the communities such as parts of Hicksville, Levittown, Massapequa and North Massapequa, Plainview, Old Bethpage, Seaford, and Wantagh.

---

[1] Source: https://www.dec.ny.gov/docs/remediation_hudson_pdf/130003ou3rod.pdf, accessed June 18, 2024.

[2] Source: https://www.dec.ny.gov/docs/remediation_hudson_pdf/130003abdraftarod.pdf, accessed June 18, 2024.

[3] Source: https://www.epa.gov/hwcorrectiveactionsites/hazardous-waste-cleanup-naval-weapons-industrial-reserve-plant-and-northrop, accessed June 18, 2024.



**Figure 1. Naval Weapons and Northrop Grumman Facilities Groundwater Contamination Plume (Source: Expert Report, W. Richard Laton, PhD).**

**Understanding Property Values**

Residential and commercial properties are commodities that are differentiated by their characteristics or attributes (Rosen, 1974; Bishop et al., 2020). In the very simplest case, two properties that are identical in all ways except one is zoned commercial and the other is zoned residential will have different market values because the zoning defines how the properties can be used. An obvious example is two identical residential lots in a subdivision where one has a house built and one that does not; these two properties will have different market values because the former includes the value of the land and the built structure whereas the latter is just the land value. Thus, the market value of any property is a function of the attributes that enhance or diminish value. The approach economists use to quantify the effects of positive and

6

negative attributes on market prices are called a hedonic property-value model. This is a statistical method that uses fair market values (arms-length sale prices) of properties to quantify the amount that property values increase or decrease due to the presence or absence of property attributes. The term hedonic arises from buyers (sellers) acting in their own best interests, paying (asking) more for properties with desirable attributes and paying (asking) less for properties with undesirable attributes.

The hedonic property value model is a well-established method to statistically understand how characteristics affect property values, the relationships between sale prices of properties and their characteristics (Palmquist, 2005; Sirmans, Macpherson and Zietz, 2005; Bishop et al., 2020). Properties are multi-attribute goods whose values are a function of their characteristics. Sale prices of properties are a function of:

- land features (LF) such as acreage, location, etc.,

- community features (CF) such as zoning, school quality, etc.,

- characteristics of the structures (SC) on the property such as square feet of built area, age of structure, etc., and

- proximity to amenities and disamenities (A/DC) such as open space or pollution, respectively, and other environmental characteristics.

This relationship can be presented in a simplified equation. As an example, consider the following:

$$sp = \beta_0 + \beta_{LF}LF + \beta_{CF}CF + \beta_{SC}SC + \beta_{A/DC}A/DC + e.$$

Here, *sp* is sale prices of properties, *LF*, *CF*, *SC* and *A/DC* are variables as described above, and *e* is an error term. It is never possible to include all variables in an equation because data on all property characteristics are not available; the effects of these omitted variables are captured in

7

the error term ($e$). *sp, LF*, *CF*, *SC* and *ADC* are from observed property data, while the $\beta's$ are estimated effects of each characteristic on sale price. If a $\beta$ for a specific characteristic of properties is significant and positive, this is evidence that the characteristics increase property values and is a measure of the amount the characteristic contributes to the total value of a property. On the other hand, a significant and negative $\beta$ is evidence that the characteristic decreases property values and is a measure of the amount the characteristic diminishes the total value of a property. The $\beta\_s$ are common effects that would affect all properties within a market.

Environmental contamination would be considered an *A/DC* disamenity variable, and one would expect the estimated $\beta$ to be statistically significant and negative, diminishing property values. There are numerous hedonic property value studies in the peer-reviewed literature showing the price-diminution effects of hazardous contamination sites (e.g., Greenstone and Gallagher, 2008; McCluskey and Rausser, 2003; Thayer, Albers, and Rahmatian, 1992). The economics literature contains studies that analyze property values in the presence of air, water, and soil contamination.

**Estimating Impacts of Environmental Amenities/Disamenities on Property Sale Prices**

There are two common approaches used in the literature to estimate the impacts of environmental amenity/disamenity impacts on property values. The first is to estimate a hedonic model as described in the preceding paragraph. The impact ($\beta_{A/DC}$) is estimated by including variables in the equation that measure the extent of contamination or proximity of a property to the contamination using observations on properties that are and are not affected by the contamination. The other variables in the equation, *LF*, *CF* and *SC*, control for differences in characteristics of properties that can also affect value.

8

A condition for this estimation is that people in the community are aware of the contamination and the real estate market has adjusted to the information. In the case of the Northrop Grumman site concerns about contaminated groundwater from the site have come to the fore, as shown in a series of 2020 articles by LaRocco and Schwartz in Newsday.[4]  On July 13, 2022, Governor Kathy Hochul and Attorney General Letitia James announced "the filing of a consent decree with the court that formally requires Northrop Grumman to advance a comprehensive plan to contain and clean up the groundwater plume associated with the Northrop Grumman Bethpage Facility and Naval Weapons Industrial Reserve Plant sites in Bethpage."[5] ABC news reported on the contamination in 2023.[6] In April 2024 Governor Hochul addressed further contamination identified from former operations at the Northrop Grumman site from drums buried below the site.[7]  A community group maintains a Facebook site on the contamination.[8] The groundwater contamination emanating from the Northrop Grumman is well established, common knowledge at this time.

The effect of contamination on property values can follow multiple pathways. It could be that the contamination has a direct impact on soil, drinking water, air quality or other media

---

[4] Source: https://projects.newsday.com/long-island/grumman-plume-history/, https://projects.newsday.com/long-island/grumman-plume-evidence-discovery/, https://projects.newsday.com/long-island/northrop-grumman-navy-plume/, and https://projects.newsday.com/long-island/northrop-grumman-navy-plume-bethpage-community-park/, accessed June 18, 2024.

[5] Source: https://www.governor.ny.gov/news/governor-hochul-and-attorney-general-james-announce-formal-filing-binding-consent-decree, accessed June 18, 2024.

[6] Source: https://abc7ny.com/toxic-compound-hexavalent-chromium-northrop-grumman-nassau-county/13663600/, accessed June 18 2024.

[7] Source: https://www.governor.ny.gov/news/governor-hochul-directs-department-environmental-conservation-work-federal-state-and-local#:~:text=Governor%20Kathy%20Hochul%20today%20directed,off%20area%20beneath%20the%20former, accessed June 18, 2024.

[8] Source: https://www.facebook.com/BethpageMassapequaPlumeCoalition/, accessed June 18, 2024.

directly on a property. Alternatively, properties not immediately impacted by the contamination can be in the path of an expanding contamination area, e.g., a migrating groundwater plume. Conversely, when there are clean-up activities and actions to stem the spatial spread of the contamination people fear the actions are incomplete or imperfect. In addition, people do not desire to live next to or near an area that has a known history of contamination. These later two pathways give rise to contamination stigma, and this is likely the primary source of property value diminution associated with the Northrop site.

Identifying the impact of contamination on property values is not simply accomplished by observing property values diminish after contamination becomes known. There are multiple market forces that can affect prices, and it is even possible for prices to increase in the presence of contamination due to other factors. For example, the Federal Reserve Bank documents the recent limited supply of residential properties during COVID driving up residential-property prices nationally.[9] More recently, the Federal Reserve Bank of St. Louis' reported year-over-year average increase for Nassau County, New York property values of 7.8 percent on average from 2019 through 2024.[10]

While Nassau County property values have increased[11], this does not mean that the Northrop Grumman site history of contamination is not affecting market values of properties. Rather the questions are:

- How much were property prices diminished before the price escalation?

---

[9] Source: https://www.federalreserve.gov/econres/notes/feds-notes/housing-market-tightness-during-covid-19-increased-demand-or-reduced-supply-20210708.htm, June 18, 2024.

[10] Source: https://fred.stlouisfed.org/series/ATNHPIUS36059A, accessed July 20, 2025.

[11] Source: https://newyork.cbslocal.com/2021/01/22/nassau-county-tax-assessment-roll/ and https://www.newsday.com/long-island/politics/nassau-reassessment-laura-curran-1.43402646, accessed June 18, 2024.

- How much more would prices have increased if the groundwater from the Northrop Grumman site was not present in the market?

These questions can only be answered using models that rely on data from properties that are and are not affected by contamination as noted above.

The second approach is a meta-analysis, a statistical analysis of multiple hedonic studies of the effects of contamination on property values. Meta-analysis is a procedure that is widely used in economics and other fields of study to statistically summarize results from multiple empirical studies (Nelson and Kennedy, 2009; Stanley, 2001). A typical meta-analysis takes observations on a variable of interest (sale-price here) and estimates an equation that explains variation in this variable across studies as a function of key study characteristics. The estimated equation is like that described for hedonic models above, but the variables differ; the variables used are attributes that describe differences in individual studies. This will be explained in more detail in the following sections.

Any single hedonic study represents site-specific characteristics, whereas multiple studies collectively present variation in site-specific characteristics that is not possible in a single study. Stanley (2001) states that "(i)*f a number of independent studies have been conducted on a particular subject, using different data sets and methods, then combining their results can furnish more insight and greater explanatory power than the mere listing of individual results*" (p. 131). Based on the statistical summary of results from multiple studies, a meta-analysis equation can be used to make customized predictions of diminutions in property values.

The opinions in this report are based on hedonic models of actual property sales and a meta-analysis of results from the hedonic models.

**Pollution and Residential Real Estate Market Values**

11

Boyle and Kiel (2001) reviewed studies that measured the effects of pollution on sale prices of properties and, collectively, these studies show that price diminutions from pollution occur in many instances and are not unique to specific case studies. They identified 12 studies where sale prices were diminished by air pollution around properties, with the earliest study dating back to 1967. They cite seven studies, dating back to 1968, where reduced surface water quality diminished sale prices. They reference 16 studies where undesirable land uses (including those that led to groundwater contamination) diminished sale prices; the earliest of these studies was 1974. Thus, the peer-reviewed economics literature dates to the late 1960s and early 1970s with studies demonstrating that pollution reduces sale prices of residential real estate.

The latter group of studies reviewed by Boyle and Kiel, undesirable land uses, are the most relevant for the current case. Here, 12 of the 16 studies found that the negative impact on property values from undesirable land uses and the value diminution at each study site followed a common decline with distance from the source of the contamination. That is, a single relationship determines the decline in property values with distance from the contamination site and all affected properties, at the same distance, have the same percentage price diminution. As noted above, these reductions in sale prices of properties can be due to contamination emanating from the sites directly having an adverse impact on a property (e.g., well-water contamination, vapor intrusion, contaminated soils, and other pathways of exposure) or simply the stigma of being located near one of these sites.

Reviewing the content of Exhibit 3 in Boyle and Kiel, Michaels and Smith (1990) found that property values increased by $190 (1982-84$s) per mile of distance from a hazardous site

($429/mile, 2020$s)[12]. The table shows Kohlhase (1991) found that property values increased by $2,197 (1982-84$s) at one mile from a Superfund site ($4,959 at one mile, 2020$s). In addition, Smollen, Moore & Conway (1992) found that houses at 2.6 miles from a hazardous site increased in value between $8,187 and $11,452 (1982-84$s) ($18,478-$25.847 at 2.6 miles, 2020$s). Finally, a study by Kiel (1995) found that properties at one mile from a Superfund site increased by $1,377 to $4,610 (1982-84$s) ($3,108-$10,407 at one mile,2020$s).

The studies reviewed by Boyle and Kiel show that homes located at the same distance from a hazardous waste site experience a common level of price diminution with values increasing with distance from the hazardous waste sites. Other researchers have investigated what can be learned collectively from property-value diminution studies while controlling for differences across sites and studies (Kiel and Williams, 2007; Simons and Saginor, 2006; Schütt 2021). This type of investigation is referred to as meta-analysis (Van den Bergh et al., 2013).

Meta-analyses are statistical investigations of outcomes of empirical studies. A general meta-equation can be written as:

$$\beta_{spd} = \gamma_0 + \gamma_1 S + \gamma_2 M + \gamma_3 D + \gamma_4 E + \varepsilon.$$

Here, $\beta\_spd$ is the estimated sale price diminution from original hedonic studies, $S$ is study site conditions of the hedonic studies (e.g., the type and extent of contamination), $M$ are market conditions (e.g., unemployment rate), $D$ are studied population demographics (e.g., suburban/rural mix), $E$ are study estimation procedures characteristics (e.g., sample size), and $\varepsilon$ is an error tern to account for study site and procedures that data are not available to include in

---

[12] See, Table B-39, Total column, page 503, using 1983 as a base year and October 2020 as the current year (Source: https://www.govinfo.gov/content/pkg/ERP-2021/pdf/ERP-2021.pdf, June 18, 2024).

the meta-equation. In this manner, a meta-analysis can inform what is learned collectively from a set of hedonic property value studies while controlling differences across studies.

Simons and Saginor (2006) collected data from the 75 peer-reviewed hedonic property value studies. The meta-equation they estimated revealed that log of distance from the contamination source is positive and significant (see their Exhibit 3), indicating a price diminution for properties located nearer to undesirable land uses that include hazardous contamination. They also found that other study site and procedure characteristics are moderations that influence the magnitude of the price diminutions.

**Residential Property Value Diminutions from the Northrop Grumman Site**

Referencing the Simons and Saginor (2006) study, the dependent variable in their meta-analysis is the percentage decrease in property values (labeled DIMPERC in Table 1). The variables used to explain changes in the percentage decrease loss in property values include average sale prices of properties in each study area, geographic location of each study, institutional classifications of pollution, type of pollution, community characteristics, etc. (Table 1). Notable variables that apply to the Northrop Grumman site application include "Northeast" (identifies the region of the country where New York is located), "Log of distance" (average distance from contamination site to properties in each hedonic study), "Superfill" (hazardous waste/Superfund site), "Groundwater" (identifies groundwater contamination), "Litigation dummy" (litigation has been initiated), "Announcement of a bad thing" (there are public announcements in the media), "Suburban" (site is located in a suburban area), and "Unemployment", "30yrrt" and "Log of sample size".

Simons and Saginor (2006) identified 58 studies where the impacts of disamenities (negative amenities) were valued, which generated 184 observations. I use the equation where outlier observations have been removed from the data (Simons and Saginor, Exhibit 3, page 85). The 184 observations were used to estimate the effects of each of the variables listed in Table 1 on the percent loss in property values. I use this equation to compute the likely percent of property-value diminutions of properties affected by the Northrop Grumman site contamination.

**Table 1. Meta Equation Variable Definitions**
**(Source: Simons and Saginor, 2006)**

| Variables | Definitions |
|---|---|
| **Dependent Variable** | |
| DIMPERC | Percent loss in property Value |
| **Independent Variables** | |
| Constant | Residual effect after all variables defined below are accounted for |
| Real 2003$ value | Average sale price in 2003 dollars for each study |
| Northeast | =1 if study conducted in the Northeast region, 0 otherwise |
| Industrial Midwest | =1 if study conducted in the Industrial Midwest region, 0 otherwise |
| South | =1 if study conducted in the South region, 0 otherwise |
| Farmland | =1 if study conducted in the Farmland region, 0 otherwise |
| Mineral Extraction | =1 if study conducted in the Mineral Extraction region, 0 otherwise |
| Southern Calif. | =1 if study conducted in Southern California, 0 otherwise |
| Northern Calif. | =1 if study conducted in the Northern California, 0 otherwise |
| U.S. | =1 if a national study, 0 otherwise |
| Sudden | =1 if contamination from a sudden event, 0 otherwise |
| NFA Postrem | =1 if remediation completed, 0 otherwise |
| Log of distance | Natural log of the average distance from border of each site |
| Nukemanf | =1 if nuclear facility, 0 otherwise |
| Superfill | =1 if hazardous waste site, 0 otherwise |
| Groundwater | =1 if groundwater contamination, 0 otherwise |
| AirCAFO | =1 if air pollution from a confined animal feeding operation (CAFO) |
| Urban disamenity | =1 if an urban disamenity, 0 otherwise |
| Litigation dummy | =1 if litigation filed, 0 otherwise |
| Announcement of a bad thing | =1 if public announcement of contamination, 0 otherwise |
| Announcement of closing | =1 if announcement of closing contamination site, 0 otherwise |
| Suburban | =1 if study conducted in an urban market, 0 otherwise |
| Rural | =1 if study conducted in a rural market, 0 otherwise |
| Mix | =1 if study conducted in a mixed market, 0 otherwise |
| Unemployment | Unemployment rate in county from the 2000 Census |
| 30yrrt | Conventional 30-year mortgage rate |
| Log of sample size | Natural log of the number of impacted properties |
| Case | =1 if case study, 0 otherwise |
| Survey | =1 if survey-based study, 0 otherwise |
| Other | =1 of other study method, 0 otherwise. |

16

To use the Simons and Saginor meta-analysis equation to compute residential property-value diminutions for Bethpage area residential properties, I need to select the variables in the equation that will be used to calibrate a customized property-value diminution estimate and then assign values to these variables. The variables selected and the assigned values are:

- Constant – This represents all factors that influence property-value diminutions that are not controlled by the variables in the equation. This variable is multiplied by "1" to include in the property-value diminution calculation.

- Real 2003$ value – This represents the market value of a property. While this variable is relevant, the Simons and Saginor estimate of the effect on property values is so small (<0.000, Exhibit 3, p. 85) that it does not influence the property-value diminution calculation and is not included in my calculations.[13]

- Northeast – This identifies the region of the country where the properties affected by the TCE groundwater contamination plume are located. This variable is multiplied by "1" to include it in the property-value diminution calculation.

- Log of distance – This variable represents the natural log of distance from Northrop Grumman site to each property located over the TCE groundwater contamination plume. This variable shows that property-value diminutions decline with distance from the plume. The damage effects on property values are computed by comparing the effect on each property located over the TCE groundwater contamination plume with a property that would be located about 5.75 miles from the source of the TCE contamination, adjacent the Sunrise Highway, which is about 1.39 miles beyond the southernmost extent of the TCE groundwater contamination plume. Such a property, which is well outside of the TCE groundwater contamination plume, is assumed to be unaffected by the groundwater contamination emanating from the Northrop Grumman site in Bethpage.[14]

- Superfill – This variable indicates the presence of a property with hazardous waste or Superfund designation, which is the condition of the Northrop Grumman site as a New York Superfund site.[15]  This variable is multiplied by "1" to include it in the property-value diminution calculation.

---

[13] Current market values for purposes of damage calculations are the current market value of each affected property multiplied by the aggregate proportion property value diminution from the Simons and Saginor models (see Table 2).

[14] In the Simons and Saginor (2006) study, the distances from the source of contamination in the hedonic property value studies relied upon, ranged from zero miles (e.g., on-site mold contamination) to 25 miles for nuclear power plants (p. 77).

[15] See: https://www.dec.ny.gov/docs/remediation_hudson_pdf/130003ou3rod.pdf, accessed June 18, 2024.

17

- Groundwater – This variable indicates that groundwater contamination has occurred. This variable is multiplied by "1" to include it in the property-value diminution calculation.

-  Litigation dummy – This variable indicates ongoing litigation related to the contamination. This variable is multiplied by "1" to include it in the property-value diminution calculation.

- Announcement of a bad thing – This variable indicates that there has been an announcement that contamination is present and the potential consequences of the contamination. This variable is multiplied by "1" to include it in the property-value diminution calculation.

- Suburban – This variable indicates that the contamination occurred in a suburban area. This variable is multiplied by "1" to include it in the property-value diminution calculation.

- Unemployment rate – This variable indicates the unemployment rate in the area where the contamination is located. The April 2024 unemployment data for Nassau County (3.0%) is used, which is the area where the groundwater contamination plume is located.[16]

- 30yrrt – This variable is the mortgage rate for a 30-year conventional mortgage. The current loan rate for a conventional 30-year mortgage for Long Island (6.14%), provided by *realtor.com*, is used.[17]

- Log of sample size – The maximum sample size from the studies relied on by Simons and Saginor of 200 is used (Exhibit 1, p. 80, $200 = \text{antilog}_e(5.30)$).

The results of the calculated property-value diminution effects are summarized in Table 2. The first column repeats the variable names from Table 1. The second column presents the effects of each variable on property-value diminutions as estimated by Simons and Saginor (see Exhibit 3, p. 85 in their report). The third column is the coding for relevant variables as I discussed in the bullets immediately above. The fourth column presents the calibrated predictions of property-value diminution effects. The common property value diminution affecting all properties located over the TCE groundwater contamination plume is 18.3% (bottom row, Table 2). Then, each

---

[16] See: https://fred.stlouisfed.org/series/NYNASS9URN, accessed June 17, 2024.
[17] See: https://www.realtor.com/mortgage/rates/Long-Island_NY, recorded June 17, 2024. Assumes a purchase price of $750,000, 20% down payment and a credit score of 700-719. The average credit score for the state of New York is 712 (Source: https://www.equifax.com/personal/education/credit/score/articles/-/learn/average-credit-score-state/, accessed June 17, 2024).

**Table 2. Meta-equations and Percentage Changes in Property Values**
**(Source: Simons and Saginor, 2006)**

| Estimated Meta-equation | | Predicted Losses in Property Values | |
|---|---|---|---|
| Independent Variables | Coefficient Estimates (CE) | Coding | Percent Effects (CE x Coding x 100) |
| Constant | -0.043 | 1 | -4.3 |
| Real 2003$ value | 0.000 | 0 | 0 |
| Northeast | -0.041 | 1 | -4.1 |
| Industrial Midwest | -0.087*[a] | 0 | 0 |
| South | -0.074* | 0 | 0 |
| Farmland | -0.101* | 0 | 0 |
| Mineral Extraction | 0.021 | 0 | 0 |
| Southern Calif. | 0.023 | 0 | 0 |
| Northern Calif. | 0.041 | 0 | 0 |
| U.S. | 0.007 | 0 | 0 |
| Sudden | 0.064 | 0 | 0 |
| NFA Postrem | 0.115 | 0 | 0 |
| Log of distance | 0.006* | -{ln(5.75)-ln(property distance)} | To be calculated for each property |
| Nukemanf | -0.097* | 0 | 0 |
| Superfill | -0.048 | 1 | -4.8 |
| Groundwater | -0.085 | 1 | -8.5 |
| AirCAFO | -0.091* | 0 | 0 |
| Urban disamenity | -0.043 | 0 | 0 |
| Litigation dummy | -0.061* | 1 | -6.1 |
| Announcement of a bad thing | 0.012 | 1 | 1.2 |
| Announcement of closing | 0.128* | 0 | 0 |
| Suburban | 0.001 | 1 | 0.1 |
| Rural | -0.102* | 0 | 0 |
| Mix | -0.013 | 0 | 0 |
| 2000 unemployment rate | 0.004 | 3.0 | 1.2 |
| 30yrrt | 0.014* | 6.14 | 8.6 |
| Log of sample size | -0.003 | ln(200) | 1.6 |
| Case | -0.116* | 0 | 0 |
| Survey | -0.063* | 0 | 0 |
| Other | 0.083 | 0 | 0 |
| Common Property Value Diminution | | | -18.3% |

[a] Indicates coefficient estimates are significant at the 10% level.

19

property has an additional, unique property value diminution based on the distance from the Northrop Grumman site that is the source of the TC groundwater contamination plume (Log of distance row in Table 2).

**Example Property-Value Damages**

For this initial step in the analysis, damages are computed for 30 properties located over the TCE groundwater contamination plume. These properties were randomly selected from data provided by counsel, selecting the property data in every 100th row of the spreadsheet until 30 properties were selected. The properties, with their addresses, are identified in the first column of Table 3, and are in the communities of Levittown, Massapequa, and Seaford. The properties are located near the southern boundary of the TCE groundwater contamination plume, north and south of the Southern State Parkway. The clustering of selected properties in this area is an artifact of these properties being in the rows at the top of the spreadsheet containing affected properties. All the same, the 30 properties provide a good example of individual property value diminutions.

The data provided by counsel includes automated value model estimates for most properties in 2023 (2nd column, Table 3). While it is not known why some property values are missing, one example is the property located at 434 Briarwood Road in Massapequa. This was a bare lot in 2023, and the current structure was built in 2024. The property values ranged from $530,765 (19 Lee Ct, Massapequa) to $827,337 (388 Briarwood Rd, Massapequa) in 2023 with an average property value of $662,523.

As some property values were missing for 2023 and to have current values for each property, Zillow Zestimates were recorded for each property as of June 16, 2024. These values

ranged from $566,800 (again, 19 Lee Ct, Massapequa) to $1,328,000 (434 Briarwood Rd, Massapequa) with an average of $725,050 (3rd column, Table 3). While the Briarwood Road property value may appear high compared to other property values in Table 3, the nearby property at 388 Briarwood Road is the second highest valued property at $887,400, and 434 Briarwood Road is a new build.

The annual increase in property values of 9 percent [($725,050-$662,523)/$662,523))x100] from 2023 to 2024 is plausible. The Federal Reserve Bank of St. Louis' reported year-over-year average increase for Nassau County, New York over the preceding three years (2020-2023) is 8%.[18]

Since all properties are located at the southern extent of the TCE groundwater contamination plume, the distances to the Northrop Grumman site, which is the origin of the plume of contaminated groundwater, do not vary substantially. The distances from the source of the contamination range from about 3.10 to about 4.15 miles with an average of 3.51 miles (4th column, Table 3).

---

[18] Source: https://fred.stlouisfed.org/series/ATNHPIUS36059A, accessed June 16, 2024.

**Table 3. Property-value damages**

| Property Addresses | Property Values | | Distance to Northrop Grumman Site (miles) | Property Value Diminutions | | | Property-value damages as of June 2024 |
|---|---|---|---|---|---|---|---|
| | Automated Valuation Model for 2023 | Zestimates as of 6/16/24 | | Distance Proportion | Common Proportion | Total Proportion | |
| 3939 Daleview Ave, Seaford | $659,105 | $701,600 | 4.10 | -0.002 | -0.183 | -0.185 | $109,547 |
| 4059 Sherrey Ct, Seaford | $738,476 | $763,800 | 3.99 | -0.002 | -0.183 | -0.185 | $119,348 |
| 3989 New Rd, Seaford | $578,141 | $619,100 | 3.87 | -0.002 | -0.183 | -0.185 | $ 96,818 |
| 4003 Heywood Rd, Seaford | $638,627 | $700,300 | 3.80 | -0.002 | -0.183 | -0.185 | $109,330 |
| 823 Jean Pl, Seaford, NY | $689,787 | $656,800 | 3.73 | -0.003 | -0.183 | -0.186 | $102,817 |
| 434 Briarwood Rd, Mass[a] | NA[b] | $1,328,000 | 3.78 | -0.003 | -0.183 | -0.186 | $207,813 |
| 388 Briarwood Rd, Mass | $827,337 | $887,400 | 3.83 | -0.002 | -0.183 | -0.185 | $138,816 |
| 26 Round Ln, Levittown | $548,438 | $625,200 | 3.60 | -0.003 | -0.183 | -0.186 | $ 97,965 |
| 722 Arlington Dr, Seaford | $714,339 | $711,600 | 3.59 | -0.003 | -0.183 | -0.186 | $111,512 |
| 41 Raspberry Ln, Levittown | NA | $648,100 | 3.51 | -0.003 | -0.183 | -0.186 | $101,624 |
| 39 Margaret Rd, Mass | $765,246 | $716,300 | 3.65 | -0.003 | -0.183 | -0.186 | $112,198 |
| 677 Dianne St, Seaford | $630,120 | $750,200 | 3.44 | -0.003 | -0.183 | -0.186 | $117,698 |
| 24 Russet Ln, Wantagh | $708,821 | $767,700 | 3.38 | -0.003 | -0.183 | -0.186 | $120,501 |
| 19 Lee Ct, Massapequa | $530,765 | $566,800 | 3.55 | -0.003 | -0.183 | -0.186 | $ 88,848 |
| 1060 Hicksville Rd, Mass | NA | $638,400 | 4.15 | -0.002 | -0.183 | -0.185 | $ 99,646 |
| 484 N Atlanta Ave, Mass | $699,709 | $845,700 | 3.59 | -0.003 | -0.183 | -0.186 | $132,526 |
| 497 N Atlanta Ave, Mass | $673,177 | $694,100 | 3.56 | -0.003 | -0.183 | -0.186 | $108,795 |
| 24 Amherst Dr, Mass | $660,937 | $682,400 | 3.42 | -0.003 | -0.183 | -0.186 | $107,078 |
| 681 Kildare Cres, Seaford | $731,232 | $811,100 | 3.30 | -0.003 | -0.183 | -0.186 | $127,396 |
| 8 N Wisconsin Ave, Mass | $670,751 | $699,800 | 3.30 | -0.003 | -0.183 | -0.186 | $109,914 |
| 3727 Libby Ln, Wantagh | $675,028 | $786,300 | 3.12 | -0.004 | -0.183 | -0.187 | $123,688 |
| 3655 Libby Ln, Wantagh | $667,919 | $782,100 | 3.12 | -0.004 | -0.183 | -0.187 | $123,028 |
| 516 Heathcliff Dr, Seaford | $693,292 | $792,800 | 3.29 | -0.003 | -0.183 | -0.186 | $124,532 |
| 3649 Richard Ln, Wantagh | $654,911 | $707,300 | 3.12 | -0.004 | -0.183 | -0.187 | $111,261 |
| 315 N Wisconsin Ave, Mass | NA | $671,000 | 3.44 | -0.003 | -0.183 | -0.186 | $105,272 |
| 3728 Jules Ln, Wantagh | $616,844 | $731,400 | 3.10 | -0.004 | -0.183 | -0.187 | $115,073 |
| 477 Whittier Ave, Levittown | $602,393 | $602,900 | 3.10 | -0.004 | -0.183 | -0.187 | $ 94,855 |
| 265 Elm Dr S, Levittown | $593,393 | $599,300 | 3.10 | -0.004 | -0.183 | -0.187 | $ 94,289 |
| 349 N Wyoming Ave, Mass | NA | $611,400 | 3.32 | -0.003 | -0.183 | -0.186 | $ 96,014 |
| 1125 N Baldwin Dr, Mas | $594,295 | $652,600 | 3.32 | -0.003 | -0.183 | -0.186 | $102,484 |
| **AVERAGES** | **$662,523** | **$725,050** | **3.51** | **-0.003** | **-0.183** | **-0.186** | **$113,690** |

[a] Massapequa is abbreviated as "Mass" to compress the Property Addresses column.

[b] The Automated Valuation Model values were missing in the data. For example, the house at 434 Briarwood Road, Massapequa was constructed in 2024 so the value would not be recorded as the property was a bare lot in 2023.

The distance property-value diminutions (DPVD) range from -0.002 to -0.004, or 0.2 to 0.4 percent (5th column, Table 3). These calculations follow the formula roughly outlined in Table 2:

$$DPVD = 0.006 x \, (-1) x (ln(5.75) - ln(x_i))$$

where *PD* is the approximate distance of each property (*i*) from the Northrop Grumman source of the TCE groundwater contamination plume. Given the condition that the 30 properties are located near the most distant extent of the TCE groundwater contamination plume, consider a property located 0.1 miles from the source of the TCE contamination. The distance proportion diminution would be 0.024 or 2.4 %. Thus, the distance diminution effect on the values of properties located over the TCE groundwater contamination plume range from about 0.2 percent to about 2.4%.

The distance diminution effect is added to the common diminution effect from Table 2 (18.3%) to get the total diminution effect for each property (5th, 6th, and 7th columns in Table 3). The average across the 30 properties is 18.6 percent, which means that **properties are selling at a diminution of 18.6 percent on average for what they would sell for in the absence of the TCE groundwater contamination plume**.

Since property values are diminished by the long-standing and well-known TCE groundwater contamination plume, each property would have a higher value but for the contamination. Thus, current values are 18.6 percent less, on average, than they would be but for the contamination:

$$Current \; Value = (1 - 0.186) * (Value \; without \; Contamination).$$

Therefore:

$$Value \; without \; Contamination = (Current \; Value)/(1 - 0.186).$$

23

Individual property monetary damages (*PVD*) at the average distance diminutions are:

$$PVD = \left[ {Current\ Value}/{(1 - 0.186)} \right] - Current\ Value.$$

Individual property-value damages range from $88,848 (19 Lee Ct, Massapequa) to $207,813(434 Briarwood Rd, Massapequa) with an average property damage of $113,690 (8th column, Table 3). The damages are computed using the unique distance diminution in value for each property. Zillow provides minimum and maximum values for each Zestimates which for the 30 properties in Table 3 is ±7%. Thus, the confidence range on the average damage per property of $113,690 is $105,732 to $121,648.

**Considerations**

- Multiplying the proportion property value diminution by the current market value for each property takes account of unique property characteristics such as square feet of living area, lot size, depreciation due to age and current market conditions.

- Above it is noted that according to the Federal Reserve Bank of St. Louis, Nassau County properties increased in value by an average of 8% from 2020 to 2023. The increasing market value of residential properties does not negate the impact of environmental contamination on property values as properties would sell for even more in the absence of contamination.

Thus, the monetary damages reported in Table 3 are the best estimates of damages for each of the 30 properties.

**Computing Class Property-Value Damages**

For environmental contamination to impact property values, there must be information that documents the contamination, and the information must be available to and known by people selling and buying properties in the affected market area. The December 2019 Amended

Record of Decision[19] (ROD) for the Northrop Grumman Bethpage Facility addresses off-site groundwater contamination that originated from the facility. The Amended ROD states:

*"The amendment is intended to attain the remedial action objectives identified for these sites for the protection of public health and the environment."* (p. 6)

The Amended ROD further states that:

*"… not only does groundwater contamination continue to migrate south toward currently unimpacted public water supplies and unimpacted portions of the Long Island Sole Source Aquifer, but this southward migration is causing contaminant concentrations to increase in off-site groundwater."* (p. 6).

Thus, the Amended ROD documents an expanding area of contamination and concerns regarding the impacts of the contamination.

Public comment in developing the Amended ROD, including a public meeting on June 10 2019 (Section 2, p.7 and Appendices A, B and C) began to extend this information into nearby communities. The Amended ROD is a public document, and the public input during the development of the Amended ROD made the contamination and remediation actions available to the public.

The public input in developing the Amended ROD and the document itself initiated knowledge in the community of the groundwater contamination, and the Amended ROD included maps of the groundwater-contamination plume (e.g., Figure 2). This information, while fundamental to affecting property values, may not have been known to all residents in the affected area and is less likely to have been known to buyers of properties in the affected area.

---

[19] See: https://extapps.dec.ny.gov/data/DecDocs/130003B/ROD.HW.130003B.2019-12-20.Navy-Northrop_Grumman_Full_AROD_Final.pdf, accessed July 17, 2024.

25

Broad public knowledge of groundwater contamination was established through the media in February 2020 by LaRocco and Schwartz.[20] A more recent announcement of a previously unknown source contamination from the Northrop Grumman facility by Governor Hochul and Attorney General James[21] July 2022 has maintained the contamination in the public domain.

It takes time for knowledge of environmental contamination to disseminate and affect real estate markets. Thus, for purposes of assessing damages I would use 2020 as the transition year where property values prior to 2020 are not affected by groundwater contamination. Current property values are diminished as shown by the examples in Table 3.

---

[20] Op. cit., footnote 4.
[21] Op. cit., footnote 5.

**Testimony Last Four Years**

Rosalie Romano, et al. v. Northrop Grumman Corporation, et al., United States District Court, Eastern District of New York, Civil Division, No. 16-CV-5760 (Deposition - February 24, 2022)

Lazy S Ranch Properties, LLC, an Oklahoma Limited Liability Company v. Valero Terminaling and Distribution Company, Valero Partners Operating Co. LLC, and Valero Partners Wynnewood, LLC. United States District Court Eastern District of Oklahoma, Case No. 19-cv-425-JWB (Deposition - September 20, 2022)

Distribution of Cable Royalty Funds, Consolidated Docket Number No. 16-crb-0009 cd (2014-17), Copyright Royalty Judges, Library of Congress, Washington, D.C. (Testimony - March 2023)

Jed Behar et al. v. Northrop Grumman Corp., et al., United states District Court, Central District of California, western Division, Case No. 2:21-cv-02946 (Deposition - December 2023).

**Consulting Rate**

- $500/hour for analysis and report preparation
- $1,000/hour for deposition and testimony

July 22, 2025

## References

Bishop, K.C., N.V. Kuminoff, H.S. Banzhaf, K.J. Boyle, K. von Gravenitz, J.C. Pope, V.K. Smith, and C.D. Timmins. 2020. "Best Practices in Using Hedonic Property Value Models to Measure Willingness to Pay for Environmental Quality." Review of Environmental Economics and Policy, 14(2): 260–281. (https://academic.oup.com/reep/article-abstract/14/2/260/5894759)

Bishop, Richard C., Kevin J. Boyle, Richard T. Carson, David Chapman, W. Michael Hanemann, Barbara Kanninen, Raymond J. Kopp, Jon A. Krosnick, John List, Norman Meade, Robert Paterson, Stanley Presser, V. Kerry Smith, Roger Tourangeau, Michael Welsh, Jeffrey M. Wooldridge, Matthew DeBell, Colleen Donovan, Matthew Konopka, Nora Scherer. 2017. "Putting a value on injuries to natural assets: The BP oil spill." Science, Vol. 356 (6335): 253-254. (http://science.sciencemag.org/content/356/6335/253.summary)

Boyle, M., and K. Kiel. 2001. "A Survey of House Price Hedonic Studies of the Impact of Environmental Externalities." Journal of Real Estate Literature, 9(2): 117-143. (https://www.tandfonline.com/doi/abs/10.1080/10835547.2001.12090098)

Greenstone, M., and J. Gallagher. 2008. "Does hazardous waste matter? Evidence from the housing market and the superfund program." The Quarterly Journal of Economics, 123(3):951-1003. (https://doi.org/10.1162/qjec.2008.123.3.951)

Kiel, K. A. 1995. "Measuring the Impact of the Discovery and Cleaning of Identified Hazardous Waste Sites on House Values." Land Economics, 71(4):428-35. (https://doi.org/10.2307/3146708).

Kiel, K. A., and M. Williams. 2007. "The impact of Superfund sites on local property values: Are all sites the same?" Journal of Urban Economics, 61(1):170-192. (https://doi.org/10.1016/j.jue.2006.07.003)

Kohlhase, J. E. 1991. "The Impact of Toxic Waste Sites on Housing Values." Journal of Urban Economics, 30(1):1-26. (https://doi.org/10.1016/0094-1190(91)90042-6)

McCluskey, J.J., and G.C. Rausser. 2003. "Hazardous waste sites and housing appreciation rates." Journal of Environmental Economics and Management, 45(2):166-176. (https://doi.org/10.1016/S0095-0696(02)00048-7)

Michaels, R.G., and V. K. Smith. 1990. "Market Segmentation and Valuing Amenities with Hedonic Models: The Case of Hazardous Waste Sites." Journal of Urban Economics, 28(2):223-242. (https://doi.org/10.1016/0094-1190(90)90052-O)

Nelson, J.P., and P.E. Kennedy. 2009. "The Use (and Abuse) of Meta-Analysis in Environmental and Natural Resource Economics: An Assessment." Environmental and Resource Economics, Vol. 42 (3): 345-377. (https://link.springer.com/article/10.1007%2Fs10640-008-9253-5)

Palmquist, R.B., 2005. Property value models. Chapter 16 in Handbook of Environmental Economics, Elsevier, pp.763-819. (https://www.sciencedirect.com/science/article/abs/pii/S1574009905020164)

Rosen, S. 1974. "Hedonic Prices and Implicit Markets: Product Differentiation in Pure Competition." Journal of Political Economy, 8 (1): 34-55. (https://www.tandfonline.com/doi/abs/10.1080/10835547.2001.12090098)

Schütt, M. 2021. "Systematic Variation in Waste Site Effects on Residential Property Values: A Meta-Regression Analysis and Benefit Transfer." Environmental and Resource Economics, 78(3):381-416. (https://link.springer.com/article/10.1007/s10640-021-00536-2)

Simons, R.A., and J.D. Saginor. 2006. "A Meta-Analysis of the Effect of Environmental Contamination and Positive Amenities on residential Real Estate Values." Journal of Real Estate Research, 28(1): 71-104. (https://www.tandfonline.com/doi/abs/10.1080/10835547.2006.12091168)

Sirmans, S., Macpherson, D. and Zietz, E. 2005. The composition of hedonic pricing models. Journal of Real Estate Literature, 13(1), pp.1-44.

Stanley, T.D. 2001. "Wheat from Chaff: Meta-Analysis as Quantitative Literature Review." Journal of Economic Perspectives, Vol. 15 (3): 131-150. (https://www.aeaweb.org/articles?id=10.1257/jep.15.3.131)

Thayer, M., Albers, H. and Rahmatian, M., 1992. The benefits of reducing exposure to waste disposal sites: a hedonic housing value approach. Journal of Real Estate Research, 7(3), pp.265-282. (https://doi.org/10.1080/10835547.1992.12090680)

Van den Bergh, J.C., K.J. Button, P. Nijkamp, and G.C. Pepping. 2013. Meta-analysis in Environmental Economics. Springer Science & Business Media. (https://books.google.com/books?hl=en&lr=&id=tc2oBwAAQBAJ&oi=fnd&pg=PT10&dq=Meta-analysis+in+Environmental+Economics.+&ots=wpvFEB9CKg&sig=kEV6RN63Krc1qQezpYThiJTF0pE#v=onepage&q=Meta-analysis%20in%20Environmental%20Economics.&f=false)