# EXHIBIT 29

Hexavalent Chromium Property-Value Damages Expert Report

Dr. Kevin J. Boyle

ROSALIE ROMANO, ET AL.
vs.
NORTHROP GRUMMAN CORPORATION, ET AL.
Case No. 16-cv-5760

Prepared for:

Environmental Litigation Group, P.C.
2160 Highland Avenue South, Suite 200
Birmingham, Alabama 35205

July 22, 2025

1

**Summary of Opinions**

This report builds on and expands the content of my July 2025 Groundwater Property-Value Damages Expert Report.

There are three classes of damaged residential properties due to environmental contamination released from the Northrop Grumman facilities in Bethpage, New York. I will refer to these as Class 1, 2 and 3 properties:

1. Class 1 properties that are located over the groundwater contamination plume, but not within the hexavalent chromium air-deposition plume.

2. Class 2 properties that are located over the groundwater contamination plume and are within the boundary of the hexavalent chromium air-deposition plume.

3. Class 3 properties that are not located over the groundwater contamination plume but are within the hexavalent chromium air-deposition plume.

Property-value diminution damages for each of the three classes of properties are as follows:

Opinion 1 – Class 1 properties experience a common property-value diminution of 18.3%.

Opinion 2 – Class 2 properties experience a common property-value diminution of 27.4% that includes an additional 9.1% diminution due to hexavalent-chromium contamination.

Opinion 3 – Class 3 properties experience a common property-value diminution of 18.9% that excludes 8.5% due to groundwater contamination.

Opinion 4 – All properties experience an additional, modest, diminution in value based on proximity to the Northrop Grumman site that ranges from 0.2% to 2.4% with properties adjacent to the site experiencing the greatest distance diminution.

With the release of public information on the groundwater contamination plume in December 2019 and February 2020, properties would not be affected by this information prior to 2020, and Class 1 and 2 properties experience the 18.3% diminution in value due to that information after 2020. Properties would not be affected by the hexavalent chromium contamination prior to the public release of information on this contamination in August 2023.

2

After August 2024, Class 2 properties experience an additional 9.1% value diminution (27.4% total diminution) from being wholly or partially located within the air-deposition plume. Class 3 properties experience the 18.9% diminution after August 2024.

**Qualifications of Dr. Kevin J. Boyle**

Dr. Boyle is the Blackwood Professor and Founding Head of the Blackwood Department Real Estate, Pamplin College of Business at Virginia Tech. Dr. Boyle has nearly 40 years of experience in the economic valuation of environmental amenities and disamenities. One of his specialties is the estimation of property-value models to understand how amenities and disamenities affect real estate market values. He has studied the property value impacts of air pollution, forest pest infestations, surface and groundwater quality, urban stormwater infrastructure, tree cover, and other applications. His research on these topics has been published in the top environmental economics journals (a copy of his current CV is provided herewith). Further he is a co-author on a peer-reviewed journal article documenting the state of the art in the estimation of property-value models (Bishop et al., 2020).

Dr. Boyle has received recognition for the quality of his research. He was named a Distinguished Maine Professor, which is the highest recognition for faculty at the University of Maine. He is a Fellow of the Agricultural and Applied Economics Association and of the Association of Environmental and Resource Economists, the top professional association of environmental economists in the U.S. He received the highest research award bestowed by Virginia Tech, Alumni Award for Research Excellence. He was also recognized as one of the "Top 100 in Real Estate" in 2022.

Dr. Boyle has served in several prominent advisory roles including the External-Environmental Economics Advisory Committee's review of the Repeal of the Clean Water Rule and its Replacement with the Navigable Waters Protection Rule to Define Waters of the United States (WOTUS), the Independent Particulate Matter Review Panel supported by the Union of Concerned Scientists, U.S. EPA Science Advisory Board Environmental Economics Advisory Committee, U.S. EPA Clean Air Scientific Advisory Committee Particulate Matter Review Panel, U.S. EPA Science Advisory Board Advisory Council on Clean Air Compliance Analysis.

Dr. Boyle has served as an economic valuation expert on cases involving surface water, groundwater and other media contamination in Alabama, California, Ohio, Oklahoma, New Jersey, U.S Virginia Islands, West Virginia, Wisconsin, and other locations. He served as an expert for the National Oceanic and Atmospheric Administration and Department of Justice with the Deepwater Horizon oil spill natural resources damage assessment team (Bishop et al., 2017).

**Grumman Site Contamination**

This report updates my October 2021 and July 2025 expert reports related to property-value damages due to groundwater contamination emanating from the Northrop Grumman site in Bethpage, Town of Oyster Bay, New York, located in Nassau County on Long Island. The groundwater contamination plume addressed in my previous reports is replicated in Figure 1. Properties experiencing value damage due to groundwater contamination are located wholly or partially over the groundwater contamination plume, which is the brown shaded area in Figure 1.

This report addresses historical hexavalent chromium contamination that emanated from the Northrop Grumman site in Bethpage, Town of Oyster Bay, New York, located in Nassau County on Long Island. The presence of hexavalent chromium is confirmed by test results from attic dust samples taken from residential properties (Expert Report, P.E. Rosenfeld, PhD, 2025).

4

The area of contamination is the pink shaded area on the map in Figure 1. The boundary of the hexavalent chromium class extends approximately 1.5 miles in a south westerly direction from the Northrop Grumman site towards Levittown and about 1.6 miles in a northeasterly direction toward Plainview. Properties within the air-deposition plume experience value damages like properties located over the groundwater-contamination plume.

The groundwater contamination plume proceeds in a southerly direction from the Northrop Grumman site due to the direction of the groundwater flow. The hexavalent chromium deposition covers a 360° area around the Northrop Grumman site due to air-transport deposition.

The overlapping groundwater and air-deposition plumes in Figure 1 are the basis for three types of property damages. There are properties that are only affected by the groundwater contamination to the south of the Northrop Grumman site (Class 1 properties). The hexavalent chromium and groundwater contamination plumes overlap to the south of the Northrop Grumman site (Class 2 properties). Other properties experience hexavalent chromium contamination to the west, north and east of the Northrop Grumman site (Class 3 properties).



**Figure 1. Naval Weapons and Northrop Grumman Facilities Groundwater Contamination Plume and Hexavalent Chromium Aire Deposition Plume (Source: Expert Paul E. Rosenfeld, PhD, 2025).**

Knowledge of contamination from the Northrop Grumman facility is documented in the media. Quoting from my *Groundwater Property-Value Damages Expert Report*:

"… concerns about contaminated groundwater from the site have come to the fore, as shown in a series of 2020 articles by LaRocco and Schwartz in Newsday.[1]  On July 13, 2022, Governor Kathy Hochul and Attorney General Letitia James announced "the filing of a consent decree with the court that formally requires Northrop Grumman to advance a comprehensive plan to contain and clean up the groundwater plume associated with the Northrop Grumman Bethpage Facility and Naval Weapons Industrial Reserve Plant sites in Bethpage."[2] ABC news reported on the contamination in 2023.[3] In April 2024 Governor Hochul addressed further contamination identified from former operations at the Northrop Grumman site from drums buried below the site.[4]  A community group maintains a Facebook site on the contamination.[5] (pp. 9)

The 2023 ABC news release, based on the dust samples analyzed by Dr. Rosenfeld, documented:

"… evidence of hexavalent chromium in the dust in the residents' attics."[6]

These news stories make knowledge of environmental contamination from the Northrop Grumman facility publicly available to buyers and sellers of residential properties in proximity to the facility.

Responses to deposition questions posed to plaintiffs indicate community knowledge of contamination emanating from the Northrop Grumman facility and concerns regarding consequences such as health impacts and diminished property values:

---

[1] Source: https://projects.newsday.com/long-island/grumman-plume-history/, https://projects.newsday.com/long-island/grumman-plume-evidence-discovery/, https://projects.newsday.com/long-island/northrop-grumman-navy-plume/, and https://projects.newsday.com/long-island/northrop-grumman-navy-plume-bethpage-community-park/, accessed June 18, 2024.

[2] Source: https://www.governor.ny.gov/news/governor-hochul-and-attorney-general-james-announce-formal-filing-binding-consent-decree, accessed June 18, 2024.

[3] Source: https://abc7ny.com/toxic-compound-hexavalent-chromium-northrop-grumman-nassau-county/13663600/, accessed June 18 2024.

[4] Source: https://www.governor.ny.gov/news/governor-hochul-directs-department-environmental-conservation-work-federal-state-and-local#:~:text=Governor%20Kathy%20Hochul%20today%20directed,off%20area%20beneath%20the%20former, accessed June 18, 2024.

[5] Source: https://www.facebook.com/BethpageMassapequaPlumeCoalition/, accessed June 18, 2024.

[6] Op. cit., footnote 3.

- Arlene Meadow (July 20, 2021): "… it started from a toxic dump and spread through the water, the soil and the air to surrounding areas, and it's … not going to go away on its own" (p. 31, line 11).

- Bella Kholodny (July 29, 2021): "I got a brochure that they even have map where it's going, the water, what it's carrying" (p. 106, line 11).

- Melissa Cirino-Sambade (August 12, 2021): "… mothers would say, you don't want to come here because the soil is contaminated, the water is contaminated, you know, the value of your house is not going to be good" (p. 98, line 9).

- Dale Blades (August 19, 2021): "I'm … going based on … plume maps and the information … at the meeting" (p. 115, line 13). "All the information was handed to me at the meeting … why am I going to dispute that?" (p. 238, line 13).

- Gerald Mann (August 23, 2021): "… neighbors have tried to sell their house and sales have … been cancelled due to the stigma of the Grumman plume. (p. 130, line 4).

- Robert franks (August 30, 2021): "… whatever it is that's going on, it has to be something for this many people to have cancer" (p. 96, line 13).

- Michael Gallante (September 2, 2021): Referring to his property, "I was told verbally in a phone conversation that the property did test positive for volatile chemicals" (p. 67, line 4).

These quotes represent sources of knowledge about the contamination beyond media stories and discussions among community members. Contamination emanating from the Northrop Grumman facility is known and available to the communities.

**Understanding Property Values**

It is well established that hedonic models demonstrate that property value diminutions due to environmental contamination are based on proximity to the source of the contamination and meta-analysis is a common approach to synthesize the results of many hedonic property value studies (Smith and Huang, 1995; Boyle and Kiel, 2001; Simons and Saginor, 2006, Braden et al., 2011). These methods are explained in my 2021 *Class Certification Expert Report* (pp. 5-13)

8

and 2025 *Groundwater Property-Value Damages Expert Report* (pp. 6-14). Additional information on these methods is provided in my 2022 *Rebuttal Report in Support of Class Certification Report*.

**Residential Property Value Diminutions**

The three classes of damaged residential properties I address in this report are:

1. Class 1 properties that are located over the groundwater contamination plume, but not within the hexavalent chromium air-deposition plume.

2. Class 2 properties that are located over the groundwater contamination plume and are within the boundary of the hexavalent chromium air-deposition plume.

3. Class 3 properties that are not located over the groundwater contamination plume but are within the hexavalent chromium air-deposition plume.

I rely on Simons and Saginor's (2006) meta-analysis to compute damages for all three classes of properties.

***Class 1 Properties – Groundwater Contamination Plume***

I computed a common property-value diminution of 18.3% for these properties that are located over the groundwater contamination plume but not within the hexavalent chromium air-deposition plume (Figure 1) in my *Groundwater Property-Value Damages Expert Report*.[7] I replicate Table 2 (p. 19) from that report as Table 1 below. Explanations of the Coding, third column in Table 1, is provided on pages 17-18 of the *Groundwater Property-Value Damages Expert Report*. Each property experiences a unique property-value diminution based on the distance from the Northrop Grumman site ("Log of distance" row in Table 1). In the *Groundwater Property Value Damages Expert Report* I show that the "Log of distance" variable has a small

---

[7] This percentage differs from the 26.1% common percentage diminution in my 2021 *Class Certification Expert Report* due changes in local economic conditions that affect property values. These differences were a lower unemployment rate and higher 30-year mortgage interest rate in 2024 versus 2021, "2000 unemployment rate" and "30yrrt" variables in the Simons and Saginor meta-equation. I also revised the "Log of sample size" variable value. I have not updated the unemployment and interest rates for this report to current values.

effect, ranging from 0.2% to 2.4% with properties adjacent to the Northrop Grumman site experiencing the greatest distance diminution in value (p. 23). If the distance diminution effect is included, the total diminution ranges from 18.5% to 20.7%.

### Table 1. Meta-equations and Percentage Changes in Property Values
#### (Groundwater Contamination Plume)
#### (Source: Simons and Saginor, 2006)

| Estimated Meta-equation | | Predicted Losses in Property Values | |
|---|---|---|---|
| **Independent Variables** | **Coefficient Estimates (CE)** | **Coding** | **Percent Effects (CE x Coding x 100)** |
| Constant | -0.043 | 1 | -4.3 |
| Real 2003$ value | 0.000 | 0 | 0 |
| Northeast | -0.041 | 1 | -4.1 |
| Industrial Midwest | -0.087*[a] | 0 | 0 |
| South | -0.074* | 0 | 0 |
| Farmland | -0.101* | 0 | 0 |
| Mineral Extraction | 0.021 | 0 | 0 |
| Southern Calif. | 0.023 | 0 | 0 |
| Northern Calif. | 0.041 | 0 | 0 |
| U.S. | 0.007 | 0 | 0 |
| Sudden | 0.064 | 0 | 0 |
| NFA Postrem | 0.115 | 0 | 0 |
| Log of distance | 0.006* | -{ln(5.75)-ln(property distance)} | To be calculated for each property |
| Nukemanf | -0.097* | 0 | 0 |
| Superfill | -0.048 | 1 | -4.8 |
| Groundwater | -0.085 | 1 | -8.5 |
| AirCAFO | -0.091* | 0 | 0 |
| Urban disamenity | -0.043 | 0 | 0 |
| Litigation dummy | -0.061* | 1 | -6.1 |
| Announcement of a bad thing | 0.012 | 1 | 1.2 |
| Announcement of closing | 0.128* | 0 | 0 |
| Suburban | 0.001 | 1 | 0.1 |
| Rural | -0.102* | 0 | 0 |
| Mix | -0.013 | 0 | 0 |
| 2000 unemployment rate | 0.004 | 3.0 | 1.2 |
| 30yrrt | 0.014* | 6.14 | 8.6 |
| Log of sample size | -0.003 | ln(200) | -1.6 |
| Case | -0.116* | 0 | 0 |
| Survey | -0.063* | 0 | 0 |
| Other | 0.083 | 0 | 0 |
| **Common Property Value Diminution** | | | **-18.3%** |

[a] Indicates coefficient estimates are significant at the 10% level for the hypothesis that the CE is equal to 0 (zero) versus not equal. This is a two-tailed test of significance. Since peer-reviewed literature provides evidence of the direction of the effects of the CE's, one-tailed tests are more appropriate in most cases. As an example, the Groundwater hypothesis would be that the CE is negative versus not negative, and the CE for groundwater is significant with this test.

11

***Class 2 Properties – Groundwater Contamination Plume and Hexavalent Chromium Air-Deposition Plume***

Properties located over the groundwater contamination plume and within the hexavalent chromium air-deposition plume (Figure 1) experience an additional common diminution in value in value of 9.1% due to the attic dust contamination (Table 2). This results in a total common property diminution of 27.4%. If the average distance diminution of 0.3% from sample properties (Table 3, *Groundwater Property-Value Damages Expert Report*) is included, the total diminution would be 27.7%. Properties located within and on the boundaries of the overlap of these plumes experience this property value diminution. Of course, the modest effect of distance would be unique for each property depending on distance from the Northrop Grumman site.

The air-dust contamination diminution is represented by the "AirCAFO" variable in the Simons and Saginor (2006) meta-analysis. They define this variable as "air pollution including that from concentrated animal feeding operations". The U.S. EPA (2024) concludes that:

> "… Cr(VI) is likely to cause GI tract, liver, developmental, and lower respiratory toxicity in humans. Evidence suggests the Cr(VI) may cause male reproductive effects, immune effects, hematological toxicity in humans" (p. 1).

The U.S. EPA (2004) states that:

> "Animal and production agriculture may produce emissions of odorous gases such as ammonia, hydrogen sulfide, volatile organic compounds/acids, and particulate matter. Current knowledge does not fully describe or reflect potential air emissions produced from these pollutants" (p. 69).

The primary pathway that CAFOs could affect human health is through surface water contamination and possibly drinking water:

> "… nutrients from livestock and poultry manure have been indicated as a cause of harmful algae blooms in surface waters. Harmful algae blooms produce cyanotoxins that may be harmful to animals and aquatic life, as well as to humans when exposed in recreational waters or from drinking water supplies" (p. vi).

12

With respect to CAFO operations, the primary effect in hedonic property value models is likely the odor that emanates from these operations. Thus, including CAFOs with air pollution is likely to understate damages.

**Table 2. Meta-equations and Percentage Changes in Property Values**
(Groundwater Contamination Plume and Air-Deposition Plume)
(Source: Simons and Saginor, 2006)

| Estimated Meta-equation | | Predicted Losses in Property Values | |
| --- | --- | --- | --- |
| Independent Variables | Coefficient Estimates (CE) | Coding | Percent Effects (CE x Coding x 100) |
| Constant | -0.043 | 1 | -4.3 |
| Real 2003$ value | 0.000 | 0 | 0 |
| Northeast | -0.041 | 1 | -4.1 |
| Industrial Midwest | -0.087*[a] | 0 | 0 |
| South | -0.074* | 0 | 0 |
| Farmland | -0.101* | 0 | 0 |
| Mineral Extraction | 0.021 | 0 | 0 |
| Southern Calif. | 0.023 | 0 | 0 |
| Northern Calif. | 0.041 | 0 | 0 |
| U.S. | 0.007 | 0 | 0 |
| Sudden | 0.064 | 0 | 0 |
| NFA Postrem | 0.115 | 0 | 0 |
| Log of distance | 0.006* | -{ln(5.75)-ln(property distance)} | To be calculated for each property |
| Nukemanf | -0.097* | 0 | 0 |
| Superfill | -0.048 | 1 | -4.8 |
| Groundwater | -0.085 | 1 | -8.5 |
| AirCAFO | -0.091* | 1 | -9.1 |
| Urban disamenity | -0.043 | 0 | 0 |
| Litigation dummy | -0.061* | 1 | -6.1 |
| Announcement of a bad thing | 0.012 | 1 | 1.2 |
| Announcement of closing | 0.128* | 0 | 0 |
| Suburban | 0.001 | 1 | 0.1 |
| Rural | -0.102* | 0 | 0 |
| Mix | -0.013 | 0 | 0 |
| 2000 unemployment rate | 0.004 | 3.0 | 1.2 |
| 30yrrt | 0.014* | 6.14 | 8.6 |
| Log of sample size | -0.003 | ln(200) | -1.6 |
| Case | -0.116* | 0 | 0 |
| Survey | -0.063* | 0 | 0 |
| Other | 0.083 | 0 | 0 |
| Common Property Value Diminution | | | -27.4% |

[a] Indicates coefficient estimates are significant at the 10% level for the hypothesis that the CE is equal to 0 (zero) versus not equal. This is a two-tailed test of significance. Since peer-reviewed literature provides evidence of the direction of the effects of the CE's, one-tailed tests are more appropriate in most cases. As an example, the Groundwater hypothesis would be that the CE is negative versus not negative, and the CE for groundwater is significant with this test.

***Class 3 Properties – Hexavalent Chromium Air-Deposition Plume***

Properties located only within the hexavalent chromium air-deposition plume and not over the groundwater contamination plume (Figure 1),  do not experience the common diminution in value of 8.5% due to groundwater contamination. This results in a total  common property diminution of 18.9% (Table 3). If the average distance diminution from sample properties (Table 3, *Groundwater Property-Value Damages Expert Report*) is included, the total diminution would be 19.2%. Properties located within and on the boundary of the air-deposition plume, but not over the groundwater contamination plume, experience this property-value diminution. Of course, the modest effect of distance would be unique for each property depending on distance from the Northrop Grumman site.

### Table 3. Meta-equations and Percentage Changes in Property Values
(Air-Deposition Plume)
(Source: Simons and Saginor, 2006)

| Estimated Meta-equation | | Predicted Losses in Property Values | |
|---|---|---|---|
| Independent Variables | Coefficient Estimates (CE) | Coding | Percent Effects (CE x Coding x 100) |
| Constant | -0.043 | 1 | -4.3 |
| Real 2003$ value | 0.000 | 0 | 0 |
| Northeast | -0.041 | 1 | -4.1 |
| Industrial Midwest | -0.087*[a] | 0 | 0 |
| South | -0.074* | 0 | 0 |
| Farmland | -0.101* | 0 | 0 |
| Mineral Extraction | 0.021 | 0 | 0 |
| Southern Calif. | 0.023 | 0 | 0 |
| Northern Calif. | 0.041 | 0 | 0 |
| U.S. | 0.007 | 0 | 0 |
| Sudden | 0.064 | 0 | 0 |
| NFA Postrem | 0.115 | 0 | 0 |
| Log of distance | 0.006* | -{ln(5.75)-ln(property distance)} | To be calculated for each property |
| Nukemanf | -0.097* | 0 | 0 |
| Superfill | -0.048 | 1 | -4.8 |
| Groundwater | -0.085 | 0 | 0 |
| AirCAFO | -0.091* | 1 | -9.1 |
| Urban disamenity | -0.043 | 0 | 0 |
| Litigation dummy | -0.061* | 1 | -6.1 |
| Announcement of a bad thing | 0.012 | 1 | 1.2 |
| Announcement of closing | 0.128* | 0 | 0 |
| Suburban | 0.001 | 1 | 0.1 |
| Rural | -0.102* | 0 | 0 |
| Mix | -0.013 | 0 | 0 |
| 2000 unemployment rate | 0.004 | 3.0 | 1.2 |
| 30yrrt | 0.014* | 6.14 | 8.6 |
| Log of sample size | -0.003 | ln(200) | -1.6 |
| Case | -0.116* | 0 | 0 |
| Survey | -0.063* | 0 | 0 |
| Other | 0.083 | 0 | 0 |
| Common Property Value Diminution | | | -18.9% |

[a] Indicates coefficient estimates are significant at the 10% level for the hypothesis that the CE is equal to 0 (zero) versus not equal. This is a two-tailed test of significance. Since peer-reviewed literature provides evidence of the direction of the effects of the CE's, one-tailed tests are more appropriate in most cases. As an example, the Groundwater hypothesis would be that the CE is negative versus not negative, and the CE for groundwater is significant with this test.

**Concluding Comment**

The monetary damages presented in Tables 1, 2 and 3 are the best estimates of property-value diminutions for each of the three classes of properties.

**Computing Class Property-Value Damages**

Following my 2025 *Groundwater Property-Value Damages Expert Report*, Class 1 property values are not affected by the groundwater contamination prior to 2020. ***Current Class 1 property values are diminished by 18.3 percent (Table 1) plus the additional effect due to proximity to the Northrop Grumman site.***

News of the hexavalent chromium air-deposition plume became known in an August 2023 new story.[8] Using the same logic applied for the groundwater contamination plume with the public release of the Amended Record of Decision[9] in December 2019, where property values were adjusting to the contamination information during 2020, property values prior to August 2023 are not affected by the hexavalent chromium contamination. Current values of properties that are wholly or partially located within the hexavalent air-deposition plume are diminished by this contamination. ***Current Class 2 property values are diminished by 27.4 percent (Table 2) and current Class 3 property values are diminished by 18.9 percent (Table 3) plus the additional effect due to proximity to the Northrop Grumman site.***

---

[8] Op. cit., footnote 3.
[9] See: https://extapps.dec.ny.gov/data/DecDocs/130003B/ROD.HW.130003B.2019-12-20.Navy-Northrop_Grumman_Full_AROD_Final.pdf, accessed July 17, 2024.

**Testimony Last Four Years**

Rosalie Romano, et al. v. Northrop Grumman Corporation, et al., United States District Court, Eastern District of New York, Civil Division, No. 16-CV-5760 (Deposition - February 2022)

Lazy S Ranch Properties, LLC, an Oklahoma Limited Liability Company v. Valero Terminaling and Distribution Company, Valero Partners Operating Co. LLC, and Valero Partners Wynnewood, LLC. United States District Court Eastern District of Oklahoma, Case No. 19-cv-425-JWB (Deposition - September 2022)

Distribution of Cable Royalty Funds, Consolidated Docket Number No. 16-crb-0009 cd (2014-17), Copyright Royalty Judges, Library of Congress, Washington, D.C. (Testimony - March 2023)

Jed Behar et al. v. Northrop Grumman Corp., et al., United states District Court, Central District of California, western Division, Case No. 2:21-cv-02946 (Deposition - December 2023).

Candy Caporale, et al. v. E.I. Du Pont de Nemours and Company et al., U.S. District Court, District of Delaware, Civil Action No. 19-1672-JLH-SRF (Deposition – January and May,2025)

Lazy S Ranch Properties, LLC, an Oklahoma Limited Liability Company v. Valero Terminaling and Distribution Company, Valero Partners Operating Co. LLC, and Valero Partners Wynnewood, LLC. United States District Court Eastern District of Oklahoma, Case No. 19-cv-425-JWB (Daubert Hearing – February 2025)

**Consulting Rate**

- $500/hour for analysis and report preparation
- $1,000/hour for deposition and testimony

July 22, 2025

## References

Boyle, K.J. 2021. *Class Certification Expert Report*.

Boyle, K.J. 2022. *Rebuttal Report in Support of Class Certification Report*.

Boyle, K.J. 2025. *Groundwater Property-Value Damages Expert Report*.

Boyle, M., and K. Kiel. 2001. "A Survey of House Price Hedonic Studies of the Impact of Environmental Externalities." *Journal of Real Estate Literature*, 9 (2): 117-143. (https://www.tandfonline.com/doi/abs/10.1080/10835547.2001.12090098)

Braden, J.B., Feng, X., and D. Won. 2011. Waste sites and property values: A meta-analysis. *Environmental and Resource Economics*, 50: 175-201. (https://link.springer.com/article/10.1007/s10640-011-9467-9)

Laton, W. Richard. 2021. *Expert Report*.

Simons, R.A., and J.D. Saginor. 2006. "A Meta-Analysis of the Effect of Environmental Contamination and Positive Amenities on residential Real Estate Values." *Journal of Real Estate Research*, 28 (1): 71-104. (https://www.tandfonline.com/doi/abs/10.1080/10835547.2006.12091168)

Smith, V.K., and J.C. Huang. 1995. Can markets value air quality? A meta-analysis of hedonic property value models. *Journal of Political Economy*, 103 (1): 209-227.

Rosenfeld, P. E. 2025. *Report on March and May 2023 Attic Dust Sampling for Chromium in the Community Surrounding the Former Grumman Aerospace Corporation and Naval Weapons Industrial Reserve Plant Facilities in Bethpage, Nassau County, New York*.

U.S. EPA. 2004. *Risk Assessment Evaluation for Concentrated Animal Feeding Operations*. Office of Research and Development, National Risk Management Laboratory, Cincinnati, OH. EPA/600/R-04/042. (https://nepis.epa.gov/Exe/ZyPDF.cgi/901V0100.PDF?Dockey=901V0100.PDF)

U.S. EPA. 2013. *Literature Review of Contaminants in Livestock and Poultry Manure and Implications for Water Quality*. Office of Water (4304T). EPA 820-R-13-002. (https://nepis.epa.gov/Exe/ZyPDF.cgi/P100H2NI.PDF?Dockey=P100H2NI.PDF)

U.S. EPA. 2024. *IRIS Toxicological Review of Hexavalent Chromium [Cr(VI)]*, CASRN 18540 29-9. Integrated Risk Information System, Center for Public Health and Environmental Assessment, Office of Research and Development, Washington, DC. EPA/635/R-24/164Fc. (https://iris.epa.gov/static/pdfs/0144_summary.pdf)