# EXHIBIT 31

# Exhibit C

**Attachment C**
Photographs and Sample Results of Sludge Materials Unearthed During Grumman's Anomaly
Investigation of June 25- 27, 2025



Yellow-green sludge-like found in Test Pit A8. Sample results indicated elevated levels of total chromium (14,200 mg/kg) and hexavalent chromium (7,240 mg/kg). The chromium level exceeded the threshold for hazardous waste as determined by the Toxicity Characteristic Leaching Procedure. Photo by D&B Engineers, June 25, 2025.



Blue-green-gray sludge-like material found in Test Pit A1. Sample results indicated elevated levels of total chromium (63,700 mg/kg), hexavalent chromium (105 mg/kg), cadmium (415 mg/kg), and arsenic (1,370 mg/kg). Photo by D&B Engineers, June 26, 2025.



Blue-green sludge-like material found in Test Pit B1. Sample results indicated elevated levels of total chromium (83,800 mg/kg), cadmium (2,270 mg/kg), and arsenic (113 mg/kg). Photo by D&B Engineers, June 26, 2025.

# TOWN OF OYSTER BAY
# FORMER GRUMMAN SETTLING PONDS
# SOIL ANOMALY TEST PITS
# SUBSURFACE SOIL SAMPLES
# SELECT METALS and PCBs

**DRAFT UNVALIDATED**

| | | | | Sample ID | A8 (3 1/2FT) | A8 (6-8FT) | A1 (8FT) | A1 (3 1/2 FT) | B1 (8FT) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Sampling Date Sampler | 6/25/2025 D&B | 6/25/2025 D&B | 6/26/2025 D&B | 6/26/2025 D&B | 6/26/2025 D&B |
| | | | | Units | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg |
| METALS | CAS Number | NYCRR 6 Part 375 Unrestricted Use Soil Cleanup Objectives (SCO) | NYCRR 6 Part 375 Restricted-Residential Use Soil Cleanup Objectives (SCO) | | | | | | |
| Arsenic | 7440-38-2 | 13 | 16 | | 8.63 | 1.38 U | **1370** | **60.1** | **113** |
| Cadmium | 7440-43-9 | 2.5 | 4.3 | | **159** | 2.11 | **415** | **211** | **2270** |
| Chromium | 7440-47-3 | 30 | 180 | | **2990** | **14200** | **63700** D | **11800** D | **83800** D |
| Hexavalent Chromium | 18540-29-9 | 1 | 110 | | **29.4** | **7240** | **105** D | **26.6** | 1.24 U |
| | | | | | | | | | |
| PCBS | | | | | | | | | |
| Aroclor 1016 | 12674-11-2 | 0.1 | 1 | | 0.0199 U | 0.0215 U | 0.0402 U | 0.0250 U | 0.0403 U |
| Aroclor 1221 | 11104-28-2 | 0.1 | 1 | | 0.0199 U | 0.0215 U | 0.0402 U | 0.0250 U | 0.0403 U |
| Aroclor 1232 | 11141-16-5 | 0.1 | 1 | | 0.0199 U | 0.0215 U | 0.0402 U | 0.0250 U | 0.0403 U |
| Aroclor 1242 | 53469-21-9 | 0.1 | 1 | | **0.230** | 0.0215 U | 0.0402 U | 0.0315 P | 0.0403 U |
| Aroclor 1248 | 12672-29-6 | 0.1 | 1 | | 0.0199 U | 0.0767 | 0.0402 U | 0.0250 U | 0.0403 U |
| Aroclor 1254 | 11097-69-1 | 0.1 | 1 | | 0.0910 | 0.0215 U | 0.0402 U | 0.0250 U | 0.0403 U |
| Aroclor 1260 | 11096-82-5 | 0.1 | 1 | | 0.0199 U | 0.0215 U | 0.0402 U | 0.0250 U | 0.0403 U |
| Aroclor-1262 | 37324-23-5 | 0.1 | 1 | | 0.0199 U | 0.0215 U | 0.0402 U | 0.0250 U | 0.0403 U |
| Aroclor-1268 | 11100-14-4 | 0.1 | 1 | | 0.0199 U | 0.0215 U | 0.0402 U | 0.0250 U | 0.0403 U |
| | | | | | | | | | |
| Total PCBs | 1336-36-3 | 0.1 | 1 | | **0.321** | 0.0767 | 0.0402 U | 0.0315 P | 0.0403 U |

Footnotes/Qualifiers:

mg/kg: Milligrams per kilogram

U: Analyzed for but not detected

J: Estimated value or limit

P:This qualifier indicates the compound detected exhibited greater than 40% between the quantitation and confirmatory columns.

D: Result taken from diluted analysis

**Exceeds Unrestricted Use SCO**

**Exceeds Unrestricted Use SCO and Restricted-Residential Use SCO**



Case 1:16-cv-01730-GRB-ARL Document 322-13 Filed 07/18/25 Page 5 of 5



**TOWN OF OYSTER BAY**
**FORMER GRUMMAN SETTLING PONDS**
**SOIL ANOMALY TEST PITS**
**SUBSURFACE SOIL SAMPLES**
**SELECT TCLP METALS**

**DRAFT UNVALIDATED**

| Sample ID | A8 (3 1/2FT) | A8 (6-8FT) | A1 (8FT) | A1 (3 1/2FT) | B1 (8FT) | RCRA Maximum Concentration of Contaminants for Toxicity Characteristic |
|---|---|---|---|---|---|---|
| Sampling Date | 6/25/2025 | 6/25/2025 | 6/26/2025 | 6/26/2025 | 6/26/2025 | |
| Sampler | D&B | D&B | D&B | D&B | D&B | |
| Units | mg/L | mg/L | mg/L | mg/L | mg/L | |
| TCLP METALS | | | | | | |
| Arsenic | 0.375 U | 0.375 U | 0.375 U | 0.375 U | 0.375 U | 5 |
| Cadmium | 1.14 | 0.0750 U | 0.120 | 0.632 | 0.498 | 1 |
| Chromium | 0.260 | 141 | 0.300 | 0.232 | 0.138 | 5 |

Footnotes/Qualifiers:
U: Analyzed for but not detected
J: Estimated value or limit
mg/L: milligrams per Liter
**Exceeds RCRA Maximum Concentration of Contaminants for Toxicity Characteristic**

