# EXHIBIT 32

# Proposed Class Boundary for Medical Monitoring – Alternate Subclass

