NAPOLI SHKOLNIK PLLC
ATTORNEYS AT LAW

Robert Gitelman, Esq.
rgitelman@napolilaw.com

September 4, 2026

**Via ECF**

The Honorable Steven L. Tiscione
Magistrate Judge
U.S. District Court for the
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Romano v. Northrop Grumman Corporation et al.*, No. 16-cv-05760

Dear Judge Tiscione:

The parties jointly submit this letter to respectfully request that the Court defer issuing a decision on the pending Motion for Class Certification and related Daubert motions through December 18, 2026, while the parties pursue renewed mediation efforts.

As the Court is aware, the parties submitted fully briefed class certification and *Daubert* motions by June 2023. Thereafter, at the parties' request and with the Court's assistance, the parties engaged in mediation in an effort to resolve this litigation. Following those efforts, Plaintiff filed an amended Motion for Class Certification, which was fully briefed in April 2026.

During the April 24, 2026, conference, the Court advised the parties that it had begun reviewing the class certification and Daubert submissions and anticipated a decision in the coming months. Since that conference, developments including the retention of new defense counsel have led the parties to reengage in resolution discussions. Following a recent meeting among counsel and a subsequent conference with the mediator, the parties agreed that additional

mediation session(s) would be productive. The parties are presently scheduled to participate in mediation in the fall of 2026, in New York City.

In light of these renewed efforts, the parties respectfully request that the Court defer issuing a decision on the pending Rule 23 and Daubert motions until at least December 18, 2026. The parties believe that this brief period will provide a meaningful opportunity to determine whether a resolution can be reached through mediation and may avoid the need for further proceedings concerning those motions. The parties will promptly advise the Court regarding the outcome of the mediation process and, in any event, provide a status report no later than December 18, 2026.

If the Court believes a conference would be helpful before ruling on this request, the parties would be pleased to participate in a brief telephone conference at the Court's convenience.

The parties appreciate the Court's consideration of this request.

Respectfully submitted,

NAPOLI SHKOLNIK PLLC

*By: _/s/ R. Gitelman*

Robert Gitelman
400 Broadhollow Road, Suite 305
Melville, New York 11747
Telephone: (212) 397-1000
rgitelman@napolilaw.com

Hunter Shkolnik
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
Telephone: (787) 493-5088
hunter@nsprlaw.com

*Attorneys for Plaintiffs*

DLA PIPER LLP (US)

*By: _/s/ C. Gismondi*

Christopher Gismondi
Christopher Campbell
1251 Avenue of the Americas
New York, New York 10020-1104____
Telephone: (212) 335-4876
christopher.gismondi@us.dlapiper.com
christopher.gismondi@us.dlapiper.com

*Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation*

ENVIRONMENTAL LITIGATION
GROUP, P.C.

*By: _/s/ G. Cade*

Kevin B. McKie
Gregory A. Cade
Gary A. Anderson

2160 Highland Avenue South
Birmingham, Alabama 35205
Telephone: (205) 328-9200
kmckie@elglaw.com
GregC@elglaw.com
gary@elglaw.com

*Attorneys for Plaintiffs*